IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| HOULIHAN SMITH & COMPANY, INC., and HOULIHAN SMITH ADVISORS LLC, <br><br> Plaintiffs <br><br> v. <br><br> JULIA FORTE, individually, <br> JULIA FORTE d/b/a 800notes.com AdventLLC, <br> JULIA FORTE d/b/a whocallsme.com, <br> JAMON SILVA, individually, <br> JAMON SILVA d/b/a whocalled.us.com <br> JOHN DOES 1-30; <br> JANE DOES 1-30, <br><br> Defendants. | Case No. |

**NOTICE FILING OF REMOVAL NOTICE IN FEDERAL COURT**

Please take notice that on April 19, 2010, the Forte defendants in this case, who contest the Court's personal jurisdiction over them, filed the attached Notice of Removal in the United States District Court for the Northern District of Illinois. Pursuant to 28 U.S.C. § 1446(d), no further action may be taken in this Court unless this case is remanded by the federal court.

                                                                             /s/ L. Steven Platt
                                                                             L. Steven Platt
                                                                             lsplatt@arnoldandkadjan.com
                                                                             ARNOLD & KADJAN
                                                                             19 West Jackson Blvd.
                                                                             Chicago, Illinois 60604
                                                                             312-236-0415

                                                                            /s/ Paul Alan Levy

Paul Alan Levy<br>
plevy@citizen.org<br>
(pro hac vice admission to be sought)<br>
Gregory Beck<br>
gbeck@citizen.org<br>
<br>
Public Citizen Litigation Group<br>
1600 - 20th Street, N.W.<br>
Washington, D.C. 20009<br>
(202) 588-1000<br>
<br>
Attorneys for Defendants

April 19, 2010

## PROOF OF SERVICE

The undersigned being an attorney licensed to practice law in the State of Illinois hereby certifies that a copy of the foregoing was served on the parties listed below by personal delivery on this 19th day of April, 2010:

>Richard P. Darke
>DUANE MORRIS
>190 S. LaSalle, Suite 3700
>Chicago, IL 60603

/s/ L. Steven Platt