## INDEX TO EXHIBITS

| | |
|---|---|
| A | HOULIHAN'S TRADEMARK REGISTRATIONS |
| B | 800NOTES POSTINGS |
| C | WHOCALLSME POSTINGS |
| D | WHOCALLED.US POSTINGS |
| E | CHARLES BOTCHWAY AFFIDAVIT |
| F | ANDREW SMITH AFFIDAVIT |
| G | SERVICE AGREEMENT TERMS FOR 800NOTES |
| H | SERVICE AGREEMENT TERMS FOR WHOCALLSME |
| I | PLAINTIFFS' 4/12/10 LETTER TO JULIA FORTE |
| J | PLAINTIFFS' 4/12/10 LETTER TO JAMON SILVA |
| K | FORTE 4/13/10 RESPONSE |
| L | SILVA 4/13/10 RESPONSE |