

**United States Patent and Trademark Office**
Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 9 04:04:15 EDT 2010*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:    OR [Jump] to record:    **Record 1 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# HOULIHAN SMITH & COMPANY INC.

| | |
|---|---|
| Word Mark | HOULIHAN SMITH & COMPANY INC. |
| Goods and Services | IC 035. US 100 101 102. G & S: Merger and acquisition advisory services. FIRST USE: 19960901. FIRST USE IN COMMERCE: 19960901<br><br>IC 036. US 100 101 102. G & S: Investment banking; Restructuring services, namely, financial risk management; Private placement services, namely, financial management; Financial opinion services, namely, financial consultation. FIRST USE: 19960901. FIRST USE IN COMMERCE: 19960901 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters, punctuation and mathematical signs, zodiac signs, prescription marks |
| Serial Number | 76674612 |
| Filing Date | March 26, 2007 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 18, 2007 |
| Registration Number | 3390591 |
| Registration Date | March 4, 2008 |
| Owner | (REGISTRANT) HOULIHAN SMITH & COMPANY INC. CORPORATION NEVADA 105 West Madison, Suite 1500 Chicago ILLINOIS 60602 |
| Attorney of Record | Julian R. Warner |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANY INC." APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |

**EXHIBIT A**

Trademark Electronic Search System (TESS)                                                        Page 2 of 2

Live/Dead Indicator    LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Apr 9 04:04:15 EDT 2010*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:    OR [Jump] to record:    **Record 2 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Word Mark | H HOULIHAN SMITH & COMPANY INC. |
| Goods and Services | IC 035. US 100 101 102. G & S: Investment banking, namely, merger and acquisition advisory services. FIRST USE: 19960901. FIRST USE IN COMMERCE: 19960901<br><br>IC 036. US 100 101 102. G & S: Investment banking; Restructuring services, namely, financial risk management; Private placement services, namely, financial management; Financial opinion services, namely, financial consultation. FIRST USE: 19960901. FIRST USE IN COMMERCE: 19960901 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.11.02 - Plain single line rectangles; Rectangles (single line) |
| Trademark Search Facility Classification Code | LETS-1 H A single letter, multiples of a single letter or in combination with a design<br>NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters, punctuation and mathematical signs, zodiac signs, prescription marks<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| Serial Number | 76674613 |
| Filing Date | March 26, 2007 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |

| | |
|---|---|
| Published for Opposition | December 11, 2007 |
| Registration Number | 3387276 |
| Registration Date | February 26, 2008 |
| Owner | (REGISTRANT) Houlihan Smith & Company Inc. CORPORATION NEVADA 105 West Madison, Suite 1500 Chicago ILLINOIS 60602 |
| Attorney of Record | Julian R. Warner |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANY INC." APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY