Ah yes, same old story - John Hamilton called and asked for my boss by his first name, as though they are old friends. Usually I just tell people like this (who I do not recognize, when I know 99% of my boss' contacts) that he's not in, but I was off my game this morning. Happily, it turned out he really HAD stepped out of the office, so I miraculously didn't put this fella through. When I said his name to the boss, "oh, John Hamilton called for you..." I got the "confused" face, so I googled his name and phone number, and of course, got this site. Arg. Anyway, unprofessional tactics - where do they think this will get them? My boss is actually a very nice man, and if I had put John H. through, my boss would have humored him for a few minutes, and then firmly ended the conversation. Why must these jokers waste our time?

*Caller: Houlihan*

Reply | |



**Warning**
6 Apr 2010

This company is the biggest scam on the face of the earth and it is definitely a lawsuit waiting to happen. In fact, I know they are being looked at. It's sad that a man, Andy Smith, who seems like such a family guy is a scam artist. He has no clue what he is talking about as far as valuations. They hire kids to do the reports and if you are given a quote, don't believe it. They will find a way to squeeze more money out of you. They charge $2500/cusip and they've valued those cusip's a million times. They collparate and receive $20,000 for something that took a half hour. If a company asks Houlihan if they provide a certain service and they have never done it, they will tell you they have, try to figure it out, deliver the report late and in horrible quality. Auditors have not accepted these reports and the company is forced to spend more money. Charles Botchway is an ex-con for a scam involving commodities. Check out their website. That's why he is not listed under the professionals tab. They paid Rip Off report a lot of money to remove all the complaints. And everything I read about the "boiler room" is true. They pass around folders of companies and don't put the phone down. They are trained to be rude to administative assistants and they will get the wrath of charles if not. They are verbally abusive to their employees. Both the 3rd floor and 15th floors are scams. DO NOT TRUST THEM WITH YOUR MONEY!!! I can't wait for the day they finally get busted.  It won't be too much longer I can assure you.

*Caller: Houlihan Smith*

Reply | |



**Jack**
12 Apr 2010

Houlihan is an outstanding company.  Any reports that is anything but an outstanding company are entirely untrue.

*Caller: 3124995900*

Reply | |



**A grown-up replies to Jack**
12 Apr 2010

Good try at putting a complete sentence together...next thing you know you will be able to recite the alphabet...without notes!!!!

Reply | |

1  2  3  4  5  6  7  8  [9]

---

**Report a phone call from 312-499-5900:**

Your Name *

Your name or nickname as you would like it to appear in the title of your post.

Message *

Caller Company

The company that called you

Call Type                    Unknown

EXHIBIT

B

tabbies®

phone however and the caller hears a male voice, they seem to be thrown off a little. Sad to say most of them expect that those that answer telephone at an organization are not only low-level employees, but also female.

It is very easy to deal with these types of calls.

1) If you don't recognize the telephone number, as soon as you pick up, type their telephone number into a Google search. If a forum such as this shows up, be polite, but get off the call a.s.a.p. Then, take the telephone number, place it into your telephone directory as Do Not Answer. If you can't do that, then start a list with telephone numbers, names, notes, etc. This will help you screen the calls better in the future.

2) If you don't find a forum such as this, continue to be polite and listen to the caller.

3) Ask them for their name, company and nature of their business.

4) Ask them to "please hold" as if you are going to transfer them, but instead, put them on hold. Listen to see if you hear anything that could clue you into if the call is a sales call, etc.

5) Come back to the line, as if you had them on hold, let them know the person they are calling for his not available and ask them to take a message. If it is a sales call and they really don't want to deal with you, they will say they don't have a message, or something along those lines.

6) If they are rude, pushy, etc. at any point, call your position into question, ask for your name and position, anything like this, continue to be polite as you disconnect the call.

6) If they person calls back, apologize for the call being disconnected (never admit you did it) and offer to transfer them to the person they are seeking "right away" and don't forget to apologize. Then, as nicely as you did before, hang up.

Eventually, they will get the point. By being polite, you are not in any danger of upsetting those individuals who are being asked for when the caller contacts you and there is nothing that can show that you didn't do what you said you were doing, the phone system must be on the fritz or something.

Bottom line, you are the gatekeeper, you are the eyes and ears of the individuals you support. If people can easily make it past you and take up precious time for decisions makers in your organization, trust me, you will not be around for long. Letting calls like these through can be a direct reflection upon your abilities to do your job.

Whenever you start at a new organization, take on a new role, have a new individual join the team you support, etc., come right out and ask them how they would like you to handle sales calls that come into the office for them. Most of the time, they will tell you to either take a message, place the person into voicemail or vet the call further and bring the information to them as the caller is on hold. This will also gain you quick respect as it shows you are committed to supporting those on your team above and beyond the roles and responsibilities of your position (unless of course your job description specifically says you have to screen calls, etc.).

Yes, we may be administrators, but what most people don't realize is that we are the secretaries back during the era when Working Nine To Five was made. We typically are highly capable, educated, seasoned professionals who know what we are doing and do our jobs very well. We are typically at the office earlier than we are expected to be, leave later than expected, on call at night when we have a stranded traveler or emergency to deal with, most likely the first person to be approached for guidance on company policy, process, etc. We are hired to be the gatekeepers and these days, more and more organizations are realizing our value and what we have to contribute to the organization.

Don't allow others to downplay your role, make fun of your position and treat you like a second-class citizen. You don't need to be rude in kind though, always take the high road, but be assertive and most of all, be consistent.

Good luck.

Caller: Houlihan Smith
Call Type: Telemarketer

Reply  |



**Former Employee** replies to Office Manager (15+ yrs. exp.)
13 Mar 2010

You have just articulated with great professional eloquence, the difference between a seasoned and authentic professional from the inexperienced and scripted robots that Houlihan Smith Advisors LLC, literally hires off the street.

You do get what you pay for.

Pay nothing much and you get what the 3rd floor produces...vile first impressions with zero credibility.

Good hard working kids for the most part who are turned into liars and beggars.

It is a real shame but that's what happens when the almighty dollar controls everything...even basic human dignity.

Reply  |



**Exec Assistant**
5 Apr 2010

**Shippy**
26 Jan 2010

1-26-10 I just received the 2nd call from Jacob at Houlihan Smith, he was everything bad mentioned above. I work directly for the President of the Company and I would not be on his good side if I allowed rude callers such as "Jacob" beyond my desk. I don't understand why there isn't something that we can do to stop these calls? It appears there are enough of us who have been irritated by them, why don't we call them continually, daily and be rude and see how they like it?

*Caller: Houlihan Smith*

Reply · |



**Admin Assistant**
27 Jan 2010

Received a call. Yes pushy, good sales people are. I did not put them through but they did not get irate or swear. I took a message (name, number, company, nothing more) which I will pass on.

*Caller: Houlihan Hernandez*

Reply | |



**Jacksonville, FL**
1 Feb 2010

Houlihan & Smith just called and ask for the president of our company by his first name. i asked if i could take a message, he just kept repeating "Is he going to be in today". I said I could probably get ahold of him if he told me the purpose of the call. He did not. I told him we do not take solicitation phone calls. He said it wasn't. He hung up

*Caller ID: 312-499-5900*
*Caller: Houlihan & Smith*
*Call Type: Telemarketer*

Reply · |



**Rest Of The Story**
2 Feb 2010

There are 2 Houlihan Smith entities...Houlihan Smith & Co. is a legitimate, regulated mid-market investment banking firm. "Houlihan Smith Advisors LLC" is the nightmare being described and the boiler room on the 3rd floor is kept intentionally separate and away from the ivory tower real headquarters upstairs in the leased corporate headquarters in Chicago. Concerning background checks...indeed...a former senior associate who collected checks in the field for HS Advisors LLC was an ex-con who ran a commodity pool scam and bilked 26 investors out of $5 million and spent 51 months in a federal "condo".

Everything else reported from the others here is true...very true...I know I worked for them.

As the late Paul Harvey said..."now you know the rest of the story".

Reply · |



**Aaron**
1 Mar 2010

Same as above really...they call and ask for the CEO by first name only (big mistake!). I always put the caller to voicemail. They call at least 4-5 times a week. They are persistent though, they've been trying to get through for months.

*Caller: Houlihan Smith*
*Call Type: Telemarketer*

Reply · |



**Pam**
3 Mar 2010

Houlihan Smith called twice today wanting to talk to me about raising capital for my company. I told them I wasn't interested in talking to them about my finances. The immediately called back after I terminated the call. I told them I wasn't interested and hung up again. Who are these people?

*Caller: Houlihan Smith*

Reply | |



**Office Manager (15+ yrs. exp.)**
12 Mar 2010

I am an Office Manager with 15+ years of experience in supporting C-level executives and members of several BODs within Fortune 100 companies. I too get calls from this organization and the other administrators just seem to get flustered and upset when the callers treat them rude. When I answer the

1-312-499-5900 / 13124995900

**800Notes** (Directory of UNKNOWN Callers)

## 312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

Comments about 3124995900 number:

**mandy - 25 Oct 2007**    Rating: +5 ☆☆☆☆☆

Push-ie sob. Keeps wanting to talk to my boss and is my job to keep weirdos away from my boss. This guy is very rude and has called 3 times since I have been working here. I give his phone number out to all my enemies and pricks at the bars.

Mandy

Caller ID: hoolihan smith
Caller: hoolihan something
Caller Type: Telemarketer

                    ⏎ Reply   !

**AP - 2 Oct 2008**    Rating: +5 ☆☆☆☆☆

Hey learn how to spell idiot! It's Houlihan, not hoolihan, and there are also grade school level spelling mistakes in your description. I was an executive at that company before selling my company stock back to the company for a little under $9,000,000 to go and pursue my passion of racing italian sports cars. So it looks like our little company did someting well. Sounds like you have not been very successful in the relationship department either if you are at bars getting picked up by retards. Mandy you should really use spell check and possibly GET A LIFE!

                    ⏎ Reply   !

**Paul Johnston - 17 Oct 2008**    Rating: +5 ☆☆☆☆☆

and your name would be ????? It's easy to throw trash around behind a keyboard.

                    ⏎ Reply   !

**Teresa Williams - 23 Oct 2008**    Rating: +5 ☆☆☆☆☆

Not everyone is a great speller or a computer expert. Does it really make you feel that superior to insult people like Mandy and not only insult them, but stomp, kick, and spit on them as well. Maybe you should spend some time on self improvement and relationship building instead of posting online. I suggest you start with the book Conversation Styles by Deborah Tannen. (And no, I did NOT use spell check)

                    ⏎ Reply   !

**Gatekeeper from Hell - 16 Jan 2009**    Rating: +5 ☆☆☆☆☆

No YOU get a REAL company so you can be a big boy and wear big boy pants and not just talk about your new lollipop you purchased with your $9mil SCAM

                    ⏎ Reply   !

**Spelling - 27 Feb 2009**    Rating: +6 ☆☆☆☆☆

AP~~~~You just confirmed all of what we were saying~~RUDE!! And who really cares about spell check!! This is a site about phone numbers! Not the national spelling bee!! And I'm thinking you should maybe use spell check before you try to down someone~~~~relationship??? What are those are they the same as relationships???

                    ⏎ Reply   !

**Sam F - 27 Feb 2009**    Rating: +5 ☆☆☆☆☆

Yeah, I saw that too! Trying to down someone for misspelling words, then he does the exact same thing! What an idiot! He's probably bankrupt, using a computer out of a public library, crying because he caught his wife sleeping with a big black guy like me! Loser

                    ⏎ Reply   !

**jack ass - 12 May 2009**    Rating: 0 ☆☆☆☆☆

You must be the one who called us, yeah you got 9,000,000 dick for your a**

                    ⏎ Reply   !

**PU - 19 Jun 2009**    Rating: 0 ☆☆☆☆☆

I know how to spell "idiot," Perhaps you should learn to punctuate.

                    ⏎ Reply   !

**Compliance - 30 Oct 2007**    Rating: -18 ☆☆☆☆☆

HOULIHAN SMITH & COMPANY INC. is a specialized investment banking firm that provides financial advisory and financing services to public and private businesses. Founded in 1996, Houlihan is recognized as a leading provider of financial opinions, financing, merger and acquisitions advisory, and other corporate advisory services.
The Houlihan name is synonymous with deal-making expertise and leadership in valuation and fairness issues. As a licensed and regulated company Houlihan receives referrals from attorneys, CPA's, lenders, investors and clients. As a matter of confidentiality Houlihan will not discuss the nature of the referral with anyone other than the referred business owner/s.

**Site Menu**
- Homepage
- News
- Articles
- Videos
- Contact Us

**Search Phone Number**

[                    ] [Search]

For example, 777-777-7777

**Latest News**
- Vision Media Sues 800notes
- This Week Roundup: New In Phone Scams (Jan. 24)
- FDA Warn Consumers About Phone Scam to Collect Fake Fines
- Toronto Telemarketing Firm Fined $15M For Business Directory Scam
- This Week Roundup: New In Phone Scams (Dec. 11)

**Latest Articles**
- 10 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

**Latest Videos**
- Gaert's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

**Link Buttons**
Place one of these buttons on your blog and spread the word! The more people participate the stronger our voice is.

[Directory of Unknown Callers]
[Phone Fraud? Report it! Stop it!]

1-312-499-5900 / 13124995900

For more information on Houlihan Smith & Company or the services it provides please visit www.houlihansmith.com or call Toll Free 1-800-654-4977.

Copyright 800notes.com 2008 | Privacy Policy | Terms of Service | Legal Stuff

Caller: Houlihan Smith & Company
Caller Type: Commercial

Reply !

---

Loretta - 5 Dec 2008                                    Rating: +3

Stop soliciting everyone with your obnoxious salesmen! Thank you!

Reply !

---

Gatekeeper from Hell - 16 Jan 2009                      Rating: +5

If you're such an UPSTANDING company - why must you resort to these types of tactics? Can't imagine ANY of your sales people getting by the gate keepers! How DO you sell ANYTHING? Slipping charges on unknowing peoples credit cards too? hmmmmm

Reply !

---

greygoose6 - 7 Nov 2007                                 Rating: +3

Same deal here. The caller implied that our President was expecting his call regarding a 'confidential business matter'. I confirmed that he wasn't and hung up.

Reply !

---

fishie - 14 Jan 2008                                    Rating: +2

Same thing as stated before, "acted familiar, assertive and vague." I got a woman who really was pushy.

Caller ID: 312-499-5900
Caller: Houlihan Smith

---

**Investment Bank Bootcamp**
4-Wk Philadelphia IBank & Valuation Training By Sr Bankers $95+ Billion
www.ibtraining.com
Ads by Google

---

receptionist - 23 Jan 2008                              Rating: +2

Male caller identified self as "Jay Miller" of Houlihan/Smith and asked for the President by familiar first name. I asked if the call was regarding a specific project. He answered "No." I asked if it was a sales call. He said "No." I said I would need to take a message. Man asked quite rudely "is he not in?" I put him on hold and he hung up within a couple of minutes.

Caller ID: Illinois 312 499 5900
Caller: Unknown

Reply !

---

Former Employee - 4 Feb 2008                            Rating: +10

I was stupid enough to take a job with this strong armed scam company that calls itself an investment banking advisory firm. We had to cold call 300 or more numbers a day. We would be barked and yelled at by our supervisors and managers every day. We all used fictious names. This company lies to its so called clients. It lies to it's employees. And they all lie to each other. Why did we have to use fake names when we called clients????? An investment bank is typically filled with ivy league graduates and MBAs. This company is filled with people who can hardly get a job. The cold calling floor I worked on was led by a team of non college educated scammers who all came from a highly fraudulent company called IPA or International Profit Associates. They scammed their clients at that firm and they are doing the same here. BEWARE!!!! I guarantee they will get sued numerous times for scamming clients for $30K to $100K for so called advisory work as a bait to get them to think they will get funded with debt or equity. Yeah right. Worse is the strong armed intimidating techniques they do to business owners.

Reply !

---

A.C. - 25 Apr 2008                                      Rating: +4

Ahh, this makes a lot of sense now. I too received a call from a vaguely rude man. I have had dealings with the IPA people. I have a file on all the calls they made to us and the reports I made to the BBB. My advise is for everyone to follow suit!

Reply !

---

Trixie - 30 Apr 2008                                    Rating: 0

Who is the BBB? And how would I contact them?

Reply !

---

Trixie - 30 Apr 2008                                    Rating: -1

DUH!!! Nevermind!

Reply !

---

EA - 14 Feb 2008                                        Rating: +2

This guy is very rude. I know they have called my boss before but they are not getting past me. I like the put him on mute idea I'll remember that one.

Caller ID: HOULIHAN SMITH

1-312-499-5900

**800Notes** Directory of Unknown Callers

## 312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

Comments about 3124995900 number:

Site Menu
• Homepage
• News
• Articles
• Videos
• Contact Us

Search Phone Number

[Search]

For example, 777-777-7777

Latest News
• Vision Media Sues 800notes
• This Week Roundup: New in Phone Scams (Jan. 24)
• FDA Warn Consumers About Phone Scam to Collect Fake Fines
• Toronto Telemarketing Firm Fined $15M For Business Directory Scam
• This Week Roundup: New in Phone Scams (Dec. 11)

Latest Articles
• 16 Ways You Can Be Phone Scammed
• 9 Things To Do When Your Identity Stolen
• Harassing Phone Calls: What To Do
• The Truth about Cell Phones and the Do Not Call Registry

Latest Videos
• Gaeri's PSA on telemarketers
• Fun with Telemarketers
• Tom Mabe - Cemetery Telemarketer Prank
• Tom Mabe Pranks Telemarketer With Fake Death Scene
• Silly Telemarketer

Link Buttons
Place one of these buttons on your blog and spread the word!
The more people participate the stronger is our voice is

[Directory of Unknown Callers]

[Phone Fraud? Report it! Stop it!]

Gordon Gekko, Investment Banker - 28 Jun 2008      Rating: -10

It's an investment Banking firm. Ask anyone of high repute in the business(Merrill Lynch, Goldman Sachs, Salomon Smith Barney, Morgan Stanley, etc), about their professional demeanor. Investment Banking is for bold, driven, take charge individuals, not wusses. Consider this, do you think a business owner/c-level executive really wants a nosey, gossipy secretary/receptionist knowing that he or she took a call regarding the possible sale of the company or search for needed working capital?
Furthermore, as anyone IN the field can attest, hours as an entry level associate are LONG(!); whatever it takes to actually do what it is you claim to do. 7a-7p is considered a pleasure cruise. If you're looking for a 30-hour work week, Starbucks might be more to your liking.

Caller ID: 312-499-5900
Caller: Houlihan Smith
Caller Type: Non-Commercial

     Reply | !

Gordon Gecko got sodomized in prison - 30 Jun 2008      Rating: +6

hey Gordon? quick ? for ya, why do half of the people who work as "investment bankers" at Houlihan not have even the most basic 4-year colige degrees? Can you tell me why those people that runs the "sales" force are not listed in the company website? Maybe if not for lying and ripping off biz owners, all of you would be at starbucks...Can you answer me that one?

     Reply | !

Gekko - 6 Jul 2008      Rating: -7

Wouldn't know anything about their specific employee mix, but in any SUCCESSFUL IB firm there would need to be a much larger support staff under the top tier transaction executives in order to effectively execute its mission.
PEOPLE - with such a juvenile reference to "prison sodomy" and exemplary diction as "those people that runs...", consider the source.

     Reply | !

Interviewed with houlihan - 5 May 2009      Rating: +1

I had the displeasure of speaking with one of the "senior associates" (or a similar title) at Houlihan about job prospects. She was strangely quite rude to me... Thank god I did some due diligence on this worthless company. If they called my business, I would have them fly out to see me and tell them I am not interested to their faces.

Gecko is a wannabe. He has posted the same trash on 2 or 3 other websites that I have seen so far. How is it that these a**holes can afford to be so rude to EVERYONE? You would think that a company of scammers would know to be nice...

     Reply | !

I used to work there too - 4 Jul 2008      Rating: +6

Sure it's an "investment banking firm", but one of high repute? i think not. And you say that you want driven and take charge individuals to work there, however, the first sight of someone that actually has common sense and the knowledge to not be treated as a slave- you do what? get them out of there as quickly as possible because of.... let's say "insubordination"? This company is a joke- the only ones that move up are brown noses. So i'd rather work at Starbucks anyday and earn an honest promo before i bust my butt working for a company like this one 10-14hrs a day, 7 days a week- then on payday worry about whether you are even getting a check. Get real!!

     Reply | !

wahwahwah - 8 Jul 2008      Rating: -8

There's a vast expanse between working your butt off & merely spinning your wheel. Apparently, you took a job without a full understanding of its expectations and compensation. Unfortunately for you, it appears that employer isn't willing to pay its staff just to show up and be unsuccessful at assigned responsibilities.

     Reply | !

I used to work here too - 14 Jul 2008      Rating: +7

No I knew exactly what type of position I was taking and I understood very well what the compensation was- what I wasnt prepared for was the extra nonsense and bull that went along with the job...descrimination, favoritism, and constant verbal abuse to name a few. But fortunately for me I was terminated under false pretences, basically for all of the things listed above,so now I can spin my wheels all day long and I'm being paid for it- so hey thx again to you guys over at the sweat shop that u call Houlihan Smith ----lmao

     Reply | !

dont you have better things to do? - 14 Jul 2008      Rating: +9

Gordon Gekko huh? So somebody from Houlihan actually has the time to check out these sites and post a response? What a waste! What company of high repute should have to fix their reputation like this?

1-312-499-5900

Copyright 800notes.com 2008 | Privacy Policy | Terms of Service | Legal Stuff

Reply :

---

Gekko... - 16 Jan 2009      Rating: 0

is a fictional character from a movie. Apropos, isn't it?

Reply :

---

Nope - 29 Apr 2009      Rating: -1

Not at all.

Reply :

---

JB - 18 Sep 2008      Rating: +7

One of the primary roles of a "nosey, gossipy secretary/receptionist" (aka assistant) is to protect the executive from an "investment banker" (aka salesperson) like you who will never get past the assistant -- at the executive's specific request.

Reply :

---

Gigi - 14 Nov 2008      Rating: +6

These are the type of jerks our government gave hundreds of billions of dollars to because they ran the investment banking industry into the ground. Gordon, people with your attitude should be doing time behind bars. You provide a disservice to humanity, regardless of what company you work for. Your existance is sustained via corporate bribery and the blackmail of politicians.

I laughed out loud when I read this part, "Ask anyone of high repute in the business(Merrill Lynch, Goldman Sachs, Salomon Smith Barney, Morgan Stanley, etc)". High repute? hahahahaha I guess maybe they are highly reputable for conning an entire nation and so far, getting away with it.

Reply :

---

Not quite right - 5 May 2009      Rating: +1

Houlihan clearly is a scam.. but you can't put them in the same class as Goldman or JP Morgan. Not all investment banks are run like angry telemarketing offices

Reply :

---

Sabrina - 19 Jun 2009      Rating: 0

Executive Assistant, like most of the people posting here, work for Pres and CEO's. We are highly qualified and make a pretty decent salary. We are not gossips and our job is to route out all of the sale people calling to bother our bosses. I just got this call too. I told him the boss is out of town. Now I know to make sure to tell him he is on an extended vacation.

Reply :

---

Fred - 2 Jul 2008      Rating: +4

Caller identified himself from Houlihan Smith. Wanted to talk to me about lending our company money. Very arrogant sales person. Did some checking on the internet and found them to be an existing company. Some comments on their tactics were very negative.

- Caller ID: 312-799-5900
- Caller: Houlihan Smith
- Caller Type: Telemarketer

Reply :

---

check out this site too - 4 Jul 2008      Rating: +1

www.whocallsme.com and type in 312-499-5900 you'll be amazed

Reply :

---

Assistant to President - 7 Jul 2008      Rating: +3

Brent Evans with Hoolihan Smith called--same story--asked me to tell my boss he was holding. Wouldn't give any specifics--stated a confidential business matter between him and the President got very upset when he was sent to voice mail. If he ever calls again--I'll just hang up! Thanks!

- Caller: Hoolihan Smith

Reply :

---

Gordon Gekko is an inbred - 10 Jul 2008      Rating: +6

These people have tried getting through to my boss several times now acting as if he is expecting their call and try to find out when he will be in. They'll agree to be transfered to voicemail then hang up.

I am glad I know this about them now, I am going to have some fun next time they call!!!

- Caller ID: 312-499-5900
- Caller: Houlihan Smith
- Caller Type: Telemarketer

Reply :

312-499-5900

**800Notes** (Directory of Unknown Callers)

## 312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

Comments about 3124995900 number:

newsflash - 14 Jul 2008                                                     Rating: +2

DONT FORGET TO CHECK OUT RIPOFFREPORT.COM AND TYPE IN HOULIHAN SMITH

Reply

Peeko - 14 Nov 2008                                                        Rating: +3

Something's up with Rip-off Report.

"UPDATE: Rip-off Report Investigation - Houlihan Smith & Company recognized by Rip-off Report Corporate Advocacy Program as a safe business service - Houlihan Smith pledges to always resolve any issues, feel-safe, confident & secure when doing business with Houlihan-Smith-&-Company-a national investment banking firm that specializes in providing financial opinions, valuation services and corporate advisory to public and private busine"
http://www.ripoffreport.com/searchresults.asp....hmt?2=Search%21

WTF? Did Houlihan Smith post that or did they pay off or threaten Rip-off Report? I doubt everyone here is 100% satisfied. I know our company isn't.

Reply

Lance - 16 Jul 2008                                                        Rating: +1

Yea, I got a call today from sounds like Pete Weddle asking about the funding on one of our real estate investments. Didn't sound right. So I appreciate all the input I have read here. Definitely will not bother to call back.

*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

Reply

president - 28 Jul 2008                                                     Rating: +2

guy named Stan got me on the phone...started out calling me by nickname and saying "its Stan..." then silence waiting for my response

very clever telemarketering

when finally figured out it was not one of our customers in the Chicago area- he claimed he understood I was raising capital

they are growing more clever than their m.o. from previous posts

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

Reply

president - 29 Jul 2008                                                     Rating: +2

...replying to my own message
today it was a cat named Ryan Bailey...same approach

asked them to remove our number

Reply

Edna - 30 Jul 2008                                                         Rating: +1

they called here also, claiming to be great friends. Ya right!!!!

*Caller ID: Houlihan Smith*
*Caller: Houlihan Smith*

Reply

**Death Of Short Sales?**
X-Bank Foreclosure Attorney Shows You A Better Way To Invest For Free
XBankAttorney.com                                    Ads by Google

debintexs - 31 Jul 2008                                                    Rating: +3

I received a call for my boss, the President of our company, from "Jim" at this #, ext. 7192. Jim gave his name, the name of his company (Houlihan), and acted very familiar, asking for my boss by his first name. I asked Jim to hold, then announced the call to my boss. My boss had no idea who Jim was, so when I went back on the line, I told Jim that my boss was unavailable & could I take a message? At that point, Jim's attitude kicked in! "Well, what do you mean, he's not available? Did you tell him I was holding? What did he say to you? You must not have told him who I am." The attitude & mouth continued, as I kept asking if I could take a message. He finally gave his name again, with a tel #, and said that I must have gotten his name wrong because this was not a sales call, but a very important call that my boss was expecting. He couldn't give me any more info because "it's a very personal, private financial matter".
Then, click - he hung up on me! They've been calling my office 1-2x/week, and everyone there is extremely rude!

*Caller: Houlihan, Smith & Co. Investment Banking*

### Site Menu
- Homepage
- News
- Articles
- Videos
- Contact Us

Search Phone Number

[ Search ]

For example, 777-777-7777

### Latest News
- Vision Media Sues 800notes
- This Week Roundup: New In Phone Scams (Jan. 24)
- FDA Warn Consumers About Phone Scam To Collect Fake Fines
- Toronto Telemarketing Firm Fined $15M For Business Directory Scam
- This Week Roundup: New In Phone Scams (Dec. 11)

### Latest Articles
- 16 Ways You Can Be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

### Latest Videos
- Gaeti's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

### Link Buttons
Place one of these buttons on your blog and spread the word! The more people participate the stronger our voice is.

[ Directory of "Unknown" Callers ]

[ Phone Fraud? Report It! Stop It! ]

312-499-5900

*Caller Type: Commercial*

Copyright 800notes.com 2008 | Privacy Policy | Terms of Service | Legal Stuff

Reply | !

**Matx - 6 Nov 2008**                                                                                  Rating:

The exact same thing happened to me and after our conversation, our CEO sent me the link to this website! He was completely incredulous that I didn't connect him with our CEO immediately. Jerk. Next time he calls, I'm going to get his email address and send him this link.

Reply | !

**Schlomo - 31 Jul 2008**                                                                              Rating: +1

Asked for the owner by first name as if he knew him. Then refused to ID himself. Said he'd call back later. Avoid this idiot from "Houlihan Smith" on your caller ID.

*Caller ID: "Houlihan Smith"*
*Caller: "Houlihan Smith"*

Reply | !

**Front Desk Abuse - 31 Jul 2008**                                                                     Rating: +3

I get a guy named Andrew Wentz
Calls maybe once a month
I always say the President is in a meeting when people call.
He always lets me know ahead of time if he is expecting anybody anyways.

So this guy always demands I let the pres know here calling, so I just put him on hold and within seconds he hangs up.

At least I know who he is for next time, karma is a b***h

*Caller: Houlihan/Smith*
*Caller Type: Telemarketer*

Reply | !

**Laney - 5 Aug 2008**                                                                                 Rating: +1

This guy was a jerk! I work for my dad as his receptionist, the guy called and he was just an a**. He wont talk to anyone else except for the person who calls for him, so dont let him through!!!!

*Caller: Houlihan Smith*
*Caller Type: Collection Agency*

Reply | !

**Darndl - 5 Aug 2008**                                                                                Rating: +4

Same story here. "Vic" wanted to speak with our owner Steve. When I told him that he was in a meeting he said to tell him that "Vic was on the line." When I got back and told him I'd have to take a message he got REALLY bent out of shape. He finally did gave me his number though. 312-499-5900 Ext. 7198 Give him a call and see if you can sell him something.

*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

Reply | !

**DeannaT - 7 Aug 2008**                                                                               Rating: +1

Rec'd a second call from these folks...asks for CEO by first name as if they are old friends. I did my gatekeeper dance with him and he was very persistent. Finally able to get a name out of him: Matt Perkins but it's probably fictitious. Also, found the info below on the internet:

Houlihan Smith Beaware of bogus Capital Funding Cerrito California
*Consumer Comment ..Get your RADAR up on these folks
Rebuttal Box
Respond to this report!
Are you an owner, employee or ex-employee with either negative or positive information about the company or individual, or can you provide "insider information" on this company?

Victim of this person/company?
Are you also a victim of the same company or individual? Want Justice? File a Rip-off Report, help other consumers to be educated and don't let them get away with it!

Houlihan Smith
Phone: 800-654-4977
Fax:
105 Madison Street
Cerrito, California,
U.S.A.

Submitted: 12/14/2007 3:32:37 AM
Modified: 12/17/2007 3:08:05 PM
Crystal display
Delama City, Delaware

I got a call from a guy name Mike Davis that started with, "I know you are raising capital for your business"... They used this firm & positive approach to get you listen what he wanted to say. Most small business owner would like to raise some capital, but have difficult time with local bank. Houlihan Smith knows most banks would not offer credit line or loan over $100K unless you have significant collateral to

312-499-5900

back it. Anyway, to cut the story short, they want to send a senior regional director to your office the next day to talk about equality financing and other unconventional method to get you funded. When I asked about the fee over the phone, Mike Davis said, 'we are performance based, and bill you the transaction fee after capital raised'. Sounds so wonderful! But it turned out FALSE! When Houlihan Smith regional director shown up at my office, he tried various ways to put our business down and pointed out if they are very 'selective' in choosing customer to work with. Everything comes down to a piece of contract that asked for $1850 to conduct a comprehensive analysis of the business to see if we are qualify to become their clients. On top of $1850 there is a travel fee and hotel re-imbursement for the Houlihan Smith business analysis team to come to our office to analyze our business. It's just full of crap! Absolute scam and only sucker would fall for it. Even though it's very hard to get a good loan from the bank, but at least they will never charge $1850 up front for analysis fee!

Crystal display
Delama City, Delaware
U.S.A.
*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

*Reply*

---

TJ in AZ - 15 Aug 2008                                                                 Rating: +1

They call a few times a week and have been doing so for about a year. Today I felt adventurous and I answered the phone. The guy was short with me and rude. All he wanted was to talk to the owner. Is there a way to get them to stop calling?
*Caller ID: 3124995900/HOULIHAN SMITH*
*Caller: HOULIHAN SMITH*

*Reply*

---

KeeKee - 21 Aug 2008                                                                 Rating: +2

You can call Houlihan at 1-800-654-4977 and request your phone number(s) be removed from any and all lists. I did. I guess I'll find out soon if it really works.
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

*Reply*

---

JustMe - 25 Aug 2008                                                                 Rating: +6

Don't you love it when solicitors call and act as if they are long lost buddies of your employer, asking for him/her by their first name? Don't they know we're on to them by now, especially the ones who use a condescending tone? I love acting like I recognize the telemarketer's name and ask about their fishing trip with my boss, "how's your wife?", etc., as if my boss really has a good friend by that name. Throws them everytime. By the way, don't fall for International Profit Associates (IPA) either. They're in the same Investment Banker "scam" boat with Houlihan Smith.
*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

*Reply*

---

aprilshowers - 28 Aug 2008                                                                 Rating: +1

Just got a call from the same number. I could tell right off that he was a sales person. He acted like he knew my boss and was very rude when I told him that he was out of the office. I played dumb at that point & said I didn't know when he'd be back in the office. I guess that pissed this idiot off because he just got even shorter with me & told me to have my boss call him. I didn't even write the guys name down. Why bother? I came online to do an internet search on the area code & "company name" and ran across this website. That company is ridiculous having those morons call like that.
*Caller ID: 281-312-499-5900*
*Caller: Houlihan*

*Reply*

---

tara - 3 Sep 2008                                                                 Rating: +1

Guy calling for owner by name says his name is Jason hung up when I told him not to call again
*Caller ID: 312-499-5900*

*Reply*

---

Receptionist - 24 Sep 2008                                                                 Rating: +1

Same as all previous entries. Male caller asks for the President of our company by first name. He happens to have a common first name, and when I ask which one he is looking for, there is always a pause before he comes up with the more difficult to pronounce last name. Half the time he mispronounces it. He speaks very quickly and abruptly, claims that he is expecting the call, refuses to leave a voicemail, and often says he will try him on his cell. He calls several times a week, and by now my dealings with this person have become routine. The owner is simply never available.
*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

*Reply*

---

Sybil - 24 Sep 2008                                                                 Rating: +1

Recieved call from Mike Andretti at Houlihan Smith. Would not go into detail only told me "...confidential

3124995900 / 312-499-5900

Caller Type: Telemarketer

Reply !

timbo - 29 Dec 2008                                                          Rating: +1
FYI. They've got some new scam up where they offer a free laptop computer on craigslist and then have
you call them. I think they're harvesting phone numbers to sell...that's the only scam I could think of that
would work with "I gave the laptop away already *click*"

Either that or it was some woman who thought it would be cool to give out the 1-312-499-5900 number.
But then, why would she give out the main number to the company...and then why would someone at
that main number act like they knew what the message was about?  Oh well, no accounting for that
"investment banking" firm...

Reply !

Marysol - 8 Jan 2009                                                         Rating: +1
Steve Richards asked for the president of our company and was very pushy in trying to reach him. I told
him that he was with a client and he said he would hold while I told our president that he was on the line. I
told him I would take a message, then he began to ask if he was off site meeting with someone,
conference call and that's when I told him I would relay the message to my boss. I hung up the phone
while he responding to my comment

Caller: Steve Richards

Reply !

1 2 3 4 5 6 7 8 9

**Report a phone call from 1-312-499-5900:**

Your Name or Nickname

Your name or alias as you would like it to appear in the title of your post.

Call Details

Caller ID (if you know)

Text on your Caller ID.

Caller Company (if you know)

The name of the company that called you

Caller Type (if you know)          Unknown

Validation Code

Type the characters you see in the picture.

[ Submit Report ]

Thank you for your contribution! Oh, and please watch your language and post only truthful information.

Other phone numbers in 1-312 area code

(312) 499-5900 / 3124995900

## 800Notes

### 312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

**Comments about 3124995900 number:**

**Just interviewed - 16 Jan 2009**                                              Rating: +2

Just interviewed at their offices today with Kim LoDolce. Wow what a waste of time. I have experience raising money for a start up company and had the privelage of working with private equity, venture capital, and investment banking professionals. Houlihan Smith is just not right. They dont care about building relationships in a business that is all about people. Funny thing is they will continue to do business because their will always be niave desperate business owners out there.

Caller ID: 1-312-499-5900
Caller: Houlihan SMith & Company
Caller Type: Telemarketer

                                                                               Reply

**Really? - 16 Jan 2009**                                                      Rating: 0

Wow I thought they were a legitimate banking institution. I have an interview scheduled with Kim and I really don't want to waste my time. If you could please tell me what you didnt like about the company, that would be greatly appreciated.

                                                                               Reply

**Some help - 17 Feb 2009**

I have an interview scheduled with them next week. I figured that initially this would be a sales job, but could possibly progress to something more IB oriented??? Did you get the sense that this is even possible? Also, did they mention anything about salary?

                                                                               Reply

**Good luck "just interviewed" - 30 Oct 2009**                                 Rating: 0

If "just interviewed" had a better handle on the English language he might have an easier time finding a job. I'm sure knowing how to write and spell basic words correctly is a requirement for the position.

                                                                               Reply

**Jay - 16 Jan 2009**                                                          Rating: 0

Exact same thing. Guy called himself Jim Coulter. Knew my first name but mispronounced the company name (that was a first). Pretended as if I knew him. Just said hey Jay its Jim Coulter and then there was silence. I said "I am sorry do I know you", Said, I was looking to raise capital, I had called him and he was returning my call. I am a Vice President at my firm. Thinking that he was mistaking me for our CFO I asked for his contact information for a callback from our CFO. Instead he asked me for CFO's name and number at this point I knew something was fishy. I advised him that I could not provide him that information. HE SAID "That's ridiculous, I don't think we will be providing you the funding" and hung up. What's amazing is that despite many many complaints above these guys are still in business. What's happening to corporate America ?

Caller ID: 312-499-5900
Caller: Houlihan Smith
Caller Type: Telemarketer

                                                                               Reply

**TG - 27 Mar 2009**                                                           Rating: 0

I called the number back and asked to be taken off the list of calls- does anyone know if this is successful?

                                                                               Reply

**annoyed - 16 Jan 2009**                                                      Rating: 0

Micheal Polumbo 312-499-5900 called asking for owner of my company. Very rude when I told him owner was not available-stated he understood I had to screen calls. Told him again owner was not available and kept wanting to hold the line. Finally hung up on him as his sneaky ways didn't get past me.

Caller ID: 312-499-5900
Caller Type: Telemarketer

                                                                               Reply

**PMSeattle - 16 Jan 2009**                                                    Rating: 0

You'll never get off the lists, I'm sorry to say, I've been trying for over 10 years. If it's not these guys, it's their other buddies. Over the years I've gotten so I recognize the voices. I started telling them that the owner didn't work there anymore, a few weeks later I got a call from a guy pretending to be a contractor at my boss's house and he needed his cell phone number. He was really rude and insistent that I provide the information. Well, I knew he was lying, my boss was on vacation, I knew he wasn't redoing his kitchen - but by the time he got through with his interrogation, they knew my boss was still there and the calls started again.

I thought I had finally hit the jackpot when my boss actually sold the company and retired. Now they demand to know who's in charge (I won't tell them) and last fall, one guy proceeded to curse me out and call me bad, offensive names (rhymes with hunt), when I hung up on him, he called back and started all over again. I really wish there was something someone could do! I called the phone company and they

**Site Menu**
- Homepage
- News
- Articles
- Videos
- Contact Us

Search Phone Number

[Search]

For example, 777-777-7777

**Latest News**
- Vision Media Sues 800notes
- This Week Roundup: New in Phone Scams (Jan. 24)
- FDA Warn Consumers About Phone Scam to Collect Fake Fines
- Toronto Telemarketing Firm Fined $15M For Business Directory Scam
- This Week Roundup: New in Phone Scams (Dec. 11)

**Latest Articles**
- 16 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

**Latest Videos**
- Gaeri's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

**Link Buttons**
Place one of these buttons on your blog and spread the word!
The more people participate the stronger our voice is.

[Directory of "Unknown" Callers]

[Phone Fraud? Report It! Stop It!]

Copyright 800notes.com 2008 | Privacy Policy | Terms of Service | Legal Stuff

told me there was nothing they could do unless I hit *69 to mark the call or something, but that just tells me 'unable to complete request'

Houlihan Smith called this morning, a similar rude encounter - who immediately called back after I had told them to never call again and hung up on them. Which led me to this website. Thanks for giving me space to vent!

Caller: Holigan or IPA
Caller Type: Telemarketetnr

Reply   !

---

PMS - 16 Jan 2009                                         Rating: 0

called and asked for former owner, I told him he had retired, was there someone else that could help him? He wanted to know who was in charge, I asked what it was regarding. "Personal and Confidential business" When I asked how he could have personal and confidential business with someone he didn't know, he got annoyed and started in with his spiel about how this wasn't a sales call... Which is when I told him "never to call here again" and hung up. He called back immediately and demanded to know why I had hung up on him. By this time I had pulled up HOULIHAN SMITH on my web browser and told him we weren't interested in an investment bank. He again demanded to know who was in charge, I told him "ME" and hung up.

Caller: HOULIHAN SMITH

Reply   !

---

ubi - 21 Jan 2009                                         Rating: -2

Someone named Damian called and wanted to speak with my boss. I told him he was on the phone and asked what the call was in regards to. He was rude and abrupt and just said it was a "confidential matter." I asked for the name of the firm and he said Houlihan Smith and gave 312-499-5900 as the phone number. Definitely a scam.

Caller: Houlihan Smith

Reply   !

---

trg - 18 Feb 2009                                         Rating: 0

Houlihan SMith is using telemarketing techniques and strong arm tactics to get information about company's presidents and such. Do not give any personal or business info to these people

Caller: houlihan smith

Reply   !

---

Heather - 11 Mar 2009                                     Rating: 0

I received a call from a Michael Stevens of Houlihan & Smith what a rude person...
When someone says can I take a message, Why must you argue with them?
That is not the way to go about getting business.
Have you not learned that being polite will get you a lot farther than being rude?
Now after reading some comments about this #, All I can say is "LET THE GAMES BEGIN" your phone call will never get farther than me.
WE DON'T WANT YOUR BUSINESS.....

Caller ID: 312-499-5900
Caller: Houlihan & Smith
Caller Type: Telemarketer

Reply   !

---

skeptic - 26 Mar 2009                                     Rating: 0

Got a call today from Kevin Miller at Houlihan Smith. He asked for the boss, and I said he was away until tomorrow. I did ask what this was about and was told it was "a private business matter". We get all kind of calls soliciting one thing or another, so I am always suspicious. I sensed this guy was bogus, and thanks to Google, now know he is. This actually was the third time this guy has called. Next time I think I know what I'll tell him........

Caller ID: 312 499 5900
Caller: Houlihan Smith

Reply   !

---

TG - 27 Mar 2009                                          Rating: 0

This guy was real jerk- asked for the owner of the business by first name and claimed he needed to discuss a confidential business matter.

I pretended to take down his info and then hung-up. I hope he read this.

Caller ID: 312-499-5900
Caller: Houlihan Smith

Reply   !

---

yousneaki - 17 Apr 2009                                   Rating: 0

you outfoxed him you little sneak!

Reply   !

another one - 10 Apr 2009                                    Rating: +1

I got a call from them too, and I'm not far from their office.  I know all about this company, bad news.

*Caller ID: Houlihan Smith*
*Caller: Houlihan & Smith, Chicago, IL*
*Caller Type: Telemarketer*

                                                              Reply

TiredOfHoulihanSmith - 29 Apr 2009                          Rating: 0

A jerk named Kevin Miller called five times today pretending to be long time friends with our CEO.  When call was routed to CEO assistant, he was told CEO was in a meeting, Kevin Miller said this is an urgent personal matter and go in an interrupt the meeting and pull him out.  Assistant didn't do that.  Miller was very rude and aggresive.  Turns out their whole company is a scam!  Never do business with Houlihan Smith.  Never.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

                                                              Reply

fed up - 30 Apr 2009                                         Rating: 0

oh my word!
could this guy have been any nastier!?
m-A-nopause maybe?
it's so wonderful the word had gotten out about sites like this to research callers.
thanks for the help!!!!!!

*Caller ID: 1-312-499-5900*

                                                              Reply

1 2 3 4 5 6 7 8 9

Report a phone call from 1-312-499-5900:

Your Name or Nickname

                          Your name or alias as you would like it to appear in the title of your post

Call Details

Caller ID (if you know)

                          Text on your Caller ID.

Caller Company (if you know)

                          The name of the company that called you.

Caller Type (if you know)          Unknown

Validation Code

                          Type the characters you see in the picture.

                    [ Submit Report ]

Thank you for your contribution Oli, and please watch your language and post only truthful information.

Other phone numbers in 1-312 area code

(312) 499-5900 / 3124995900

**800Notes**

312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

Comments about 3124995900 number:

Site Menu
• Homepage
• News
• Articles
• Videos
• Contact Us

Search Phone Number

[Search]

For example, 777-777-7777

Latest News
• Vision Media Sues 800notes
• This Week Roundup: New in Phone Scams (Jan. 24)
• FDA Warn Consumers About Phone Scam to Collect Fake Fines
• Toronto Telemarketing Firm Fined $15M For Business Directory Scam
• This Week Roundup: New in Phone Scams (Dec. 11)

Latest Articles
• 16 Ways You Can be Phone Scammed
• 9 Things To Do When Your Identity Stolen
• Harassing Calls from a Debt Collector? Here is what you need to know
• Harassing Phone Calls: What To Do
• The Truth about Cell Phones and the Do Not Call Registry

Latest Videos
• Gaeri's PSA on telemarketers
• Fun with Telemarketers
• Tom Mabe - Cemetary Telemarketer Prank
• Tom Mabe Pranks Telemarketer With Fake Death Scene
• Silly Telemarketer

Link Buttons
Place one of these buttons on your blog and spread the word! The more people participate the stronger our voice is.

[Directory of Unknown Callers]

[Phone Fraud? Report it! Stop it!]

Benny - 8 May 2009                                                  Rating: -1

Hi all,

I was an employee of this place for about 6 days back in the summer of '07. I found the job on monster.com that described it as an investment bank. I interviewed with Jason Robbins, who called me back a couple days later and told me I got the job. I trained with Dean Knudsen(sp?). Jason Robbins, and Chris Gogolewski (sp?). At first I thought it was interesting because I was way up on like the 16th floor of a nice downtown Chicago office. Once I got down to the business room, I definitely lost all interest. I was given a folder with about 300 names of businesses and their CEO's and told to call them up and use my "script". I got 2 leads the first day real early so I was excited and thought, hey maybe this isn't so bad. But after a slow afternoon and Dean constantly harping on us to call more numbers I got really frustrated. I used to be an admin for a small company where I would get my a** kicked (not literally of course) if I ever let anyone the CEO didn't personally know through to her. The way the company makes you seem like the CEO's best friend and all assertive just wasn't for me. My 3rd day of being on the phones, I didn't come back from lunch, I just took the Metra home. I can't vouch for their business side of doing things, like whether or not they actually help companies out or not, I just know it really sucked working there and I had to use a "normal" last name because mine was too hard to pronounce. I do remember Jason Robbins, Michael Andretti and Hitesh Patel as being nice at least to new coworkers. Hitesh was my group's leader. I worked next to some goober who called himself "Charles Rogers" Oh, one more weird thing, they never had enough chairs, so a lot of people had to stand while they called people all day. That kind of sucked. Every time I got an admin who knew what I was doing, I gave up, I didn't care. Someone was like "is this a telemarketer" and I'm like yeah I guess. And this one cool guy from down south was like "how much do you hate your job" and I said "you have no idea." Anyway, thanks for letting me rant. At least I have a job now that I actually like!

Caller: Houlihan Smith
Caller Type: Telemarketer

[Reply]

Amy - 11 May 2009                                                  Rating: 0

Wow, thank you for being so truthful. I wish more people would do the same. It's nice to see a little honesty in the business world from time to time.

[Reply]

capitalist - 24 Sep 2009                                           Rating: 0

do you want some crylenol?

[Reply]

Amy - 11 May 2009                                                  Rating: 0

"Good morning, this is Amy."
"Hi, may I speak to thmumble?"
"I'm sorry. Who did you say you were trying to reach?"
"I was calling for thmthmumble."
"I'm sorry?"
"The owner."
(Pause. Sigh, not another one) "May I tell him who's calling?"
"It's Mark." (Oh that explains everything!)
"One moment, Mark." (Punches "Mark" directly to voice mail.)

Caller ID: 312-499-5900

[Reply]

Caitlin - 15 Jun 2009                                              Rating: -1

This company called my office last week. A gentleman by the name of Rob Schy asked to speak with my boss and referred to him by his first name, indicating it was a "confidential business matter." I relayed the information to my boss, who placed a call back to Rob. The conversation was strange, and as the other commenters have indicated, Rob was rude and curt. Rob then put my boss in touch with a gentleman named Muhammad Azfar, who was again curt and rude. He asked a lot of weird questions, such as why we needed the money, what my boss was planning to do with the money gained by selling his business, etc. Moe arranged for another individual to come to our office to meet with us and sent an NDA, part of which included a $1950 fee just to review our due diligence materials.

This sent up a red flag, naturally. Also, I initiated a google search of this company and found the comments listed here and on whocallsme.com. I had our legal counsel and CFO review the contract with the fee agreement and they both agreed it raised a red flag.

They and our director of special projects called Moe asking for references and to ask that the fee and face-to-face meeting be waved in lieu of a conference call or video conference. Muhammed became very short, accused us of being unprofessional from the moment he had first spoken with my boss, and told us he was going to do us a favor and cancel the meeting altogether.

I found their demeanor strange from the beginning. I understand the need to mask their intentions from "gossipy" administrative assistants, but the questions they asked and their tone, as well as their unwillingness to review our due diligence materials prior to their coming here and meeting our team face to face, indicated to me that they were not in the business of doing anything other than ripping us off. We have been in discussions with several other investment banking groups, none of whom charge upfront

Copyright 800notes.com 2009 | Privacy Policy | Terms of Service | Legal Stuff

fees and all of whom agreed to review of due diligence prior to a meeting.

Thank you very much to the commenters on this site - you just saved my company a lot of money.
*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

<span style="float:right">⟲ Reply  !</span>

---

**student - 15 Jun 2009**                                                                 Rating: -2 ☆☆☆

I recently interviewed with Kim L. and Houlihan Smith thinking that it would present a good opportunity out of college. Having no work experience I was under the impression that I would put my time in at whatever job necessary in order to move into other facets of their investment bank. After interviewing and meeting Kim I was offended multiple times and up in the air about the job. I took it anyway.

For the first day of training there were three total people present to start the new role. By the first break, one person had decided to leave. By lunch, I was the only new hire that remained. Thinking that I must at the very least remain throughout the day, I stayed. They proceeded to go over their scheme and how it would work. Expressing that I should take the "thank you's" "ma'ams" and "sirs" out of my vocabulary. They told me this was because they exercise "professional arrogance." At days end I left laughing at how absurd the company and corporate culture was. I have never been back. Great first job experience.
*Caller ID: 1-312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

<span style="float:right">⟲ Reply  !</span>

---

**good luck - 26 Jun 2009**                                                                Rating: 0 ☆☆☆

pussy

<span style="float:right">⟲ Reply  !</span>

---

**goofygal - 8 Jul 2009**                                                                  Rating: +1 ☆☆☆

After reading all these posts, I decided I am going to use another tactic...instead of putting these people to voicemail or being as rude to them as they are to me, I will politely tell them to wait while I connect them to the CEO and I will keep them on hold. Eventually they will hang up AND I will have the satisfaction of knowing these rude people have lost the opportunity to bother as many people in a day. Just think if everyone does this...
*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

<span style="float:right">⟲ Reply  !</span>

---

**receptionist - 29 Jul 2009**                                                             Rating: 0 ☆☆☆

I receive several calls a week from this company and like most people post, they are very pushy and rude. The last call was from Patrick. They always claim to know the CEO and say they will call him on his cell. Yeah right! Anyway, hang up on these guys!
*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

<span style="float:right">⟲ Reply  !</span>

---

**satine8 - 19 Aug 2009**                                                                  Rating: -1 ☆☆☆

OK...here we go again. Another useless company leeching off of professional companies. Let me tell you something, I have an Iron Fist because I don't have the time to listen to BS. If I don't know you, then chances are the President doesn't know you.

Today I got a call from Rob Becker. He didn't state what company he was calling from but I ALWAYS take their number down so I can post it here. Rob was asking for a "BILL" at our office. The man has not worked for our company in years!!! Shows you how well Houlihan Smith researches its prospects. So I tell him he is not available. Rob asks to speak to the person in charge of Finance. I tell him no one is available so I will take his info down and forward it to their dept. He sounds frustrated but he ends up giving his phone number.

Word of advice...don't ask for an employee that hasn't worked for the company in 5+ years!!! What a bunch of idiots!
*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Commercial*

<span style="float:right">⟲ Reply  !</span>

---

**lacotin - 14 Sep 2009**                                                                  Rating: -2 ☆☆☆

They call here fairly often, and when they do, I'm very polite and ask who's calling and what company they're with. I then say "hold on a moment" and put them on hold. Typically they hold for about 30 seconds or so before giving up.

Why not just hang up on them? They're wasting my time, so I like to waste some of their time in return.

The only Houlihan I want to talk to is Margaret Houlihan, AKA Hotlips!

Caller ID: (312) 499-5900
Caller: Houlihan Smith
Caller Type: Telemarketer

🔊 Reply ⋮

---

**Emh** - 18 Sep 2009                                    Rating: 0

Called asked for me, I am the owner of the company. I told him I was not in. Gave me the message and made it appear like I know him. I do not.

Caller ID: 1-312-499-5900
Caller: Houlihan Smith

🔊 Reply ⋮

---

**boss' wife** - 16 Sep 2009                             Rating: 0

Receive MANY calls from these yahoos. When asked what it is regarding they say 'he knows', I then tell them I cannot put any calls through without detailed information. They say it is "personal business", I then tell them I am his personal secretary and am privy to all personal information. They still refuse to give any information and say they will contact him later. I always wish them good luck knowing they will NEVER get-past-me. They have no idea that I am also the owner's wife and a co-owner of this company. I love to leave them on hold and continually get back on the line asking them to hold longer that he will be right with them.  Play your cards right and you can irritate them more than they irritate you.

Caller ID: 312-499-5900
Caller: Houlihan Smith

🔊 Reply ⋮

---

**TJ in Phoenix** - 18 Sep 2009                          Rating: +1

I received a call from company today asking to speak to the owner (and yes, he did mention the owner's name).

I asked for his name, he said Mark Brown.
I asked for the name of his company, he said Houlihan Smith.

I put him on hold. I figured this call wasn't legit. Plus they've been calling our place of business for the past few years. I told him the owner left for the day and asked him if he wanted to leave a message. He said no and will call back at a later time.

He was very short and curt with me.

Caller: Houlihan Smith
Caller Type: Telemarketer

🔊 Reply ⋮

---

**ss** - 7 Oct 2009                                      Rating: 0

I shouldn't take the "offered right away" entry level position with them huh? Oh by the way, I went to training today and the guy that was training us (his name is Omar, but he calls himself Kevin Miller) didn't know how to spell entrepreneur...he wrote it on the board like entrapanuer (claiming that there should be an "a" somewhere) I wanted to laugh at him so bad but held myself back just in case I decided on taking the job. The receptionist is so rude as well; Kim is nice if you know how to talk to her but she is used to talking to douchbags who usually are the people that work there and that's why she comes off as rude.

Caller: Houlihan Smith

🔊 Reply ⋮

---

**John Thomas** - 13 Oct 2009                            Rating: 0

Got a job offer from a Miss Kim LaDolce, probably one of the rudest most unresponsive human being in North America. My resume is astounding, my past work record is amazing and I'm financially secure for the rest of my life. I was eager to get back to work and this looked like a decent inside sales position. Kim LaDolce called and said she had lost my resume and that I would need to call her backllll I laughed at her and hung up, she preceded to call my phone 4 or 5 more times. I'm so happy I was able to check these loser scam artists out before I ever really considered it. If you hire moron people, you'll have a co. making moron phone calls.

Caller ID: 312-499-5900
Caller: Houlihan Smith
Caller Type: Telemarketer

🔊 Reply ⋮

---

**John Thomas** - 13 Oct 2009                            Rating: 0

Got a job offer from a Miss Kim LaDolce, probably one of the rudest most unresponsive human being in North America. My resume is astounding, my past work record is amazing and I'm financially secure for the rest of my life. I was eager to get back to work and this looked like a decent inside sales position. Kim LaDolce called and said she had lost my resume and that I would need to call her backllll I laughed at her and hung up, she preceded to call my phone 4 or 5 more times. I'm so happy I was able to check these loser scam artists out before I ever really considered it. If you hire moron people, you'll have a co. making moron phone calls.

Caller ID: 312-499-5900
Caller: Houlihan Smith
Caller Type: Telemarketer

🔊 Reply ⋮

---

**Bohdan** - 13 Oct 2009                                 Rating: -1

As someone who worked there for a week,, trust me it is a scam. Oh FYI, you should ask Ms. Lodolce

where she went to college. Can you imagine someone conducting interviews for an investment banking firm and that person doesnt even have an associates degree? Again shows how much of a scam this place is

🔁 Reply | !

Ari - 13 Oct 2009                                                                                  Rating: 0 👍 👎

The male caller was assertive, assured me my boss knew who he was and that he was expecting his call. My boss was not expecting any call nor did he know who he was. Then he asked if he would be in tomorrow morning and I said I wasn't sure. He then asked if he would be checking emails and I said I'm sure he would be...Then the person said okay good talking to you and hung up. He said the call was regarding project funding.

*Caller ID: 312.499.5900*
*Caller: Houlihan Smith*

🔁 Reply | !

Admin - 16 Oct 2009                                                                              Rating: 0 👍 👎

Got a call from Aaron Witsky who said our Pres should recognize the name; no message necessary. I asked him if we were on a list and he said no - I said if we WERE on a list I wanted us off. He said we were not (isn't that illegal?!). Anyone over see "Broiler Room" with Vince Vaughn?! That's these guys. As an FYI - Dunn&Bradstreet sell names and numbers to these companies. You can send them a request to get taken off, but it takes a while.

*Caller ID: 3124995900*
*Caller: Houlihan Smith*

🔁 Reply | !

1 2 3 4 5 6 7 8 9

**Report a phone call from 1-312-499-5900:**

**Your Name or Nickname**

Your name or alias as you would like it to appear in the title of your post.

**Call Details**

**Caller ID** (if you know)

Text on your Caller ID.

**Caller Company** (if you know)

The name of the company that called you.

**Caller Type** (if you know)        Unknown

**Validation Code**

Type the characters you see in the picture.

[ Submit Report ]

Thank you for your contribution! Oh, and please watch your language and post only truthful information.

Other phone numbers in 1-312 area code

(312) 499-5900 / 3124995900

**800Notes**

## 312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

**Comments about 3124995900 number:**

Ari · 22 Oct 2009 — Rating: 0

I received a call from an Alex Roberts and he asked for my boss. Was not rude but asked if he still received emails...I said yes but he didn't ask for his email address. I told the guy he would be out for the next 2 weeks. The guy said that was fine and hung up.

*Caller ID: 312,499,5900*
*Caller: Houlihan Smith*

Reply

---

Extremely Disenchanted !!!! · 25 Oct 2009 — Rating: -2

I worked for this company and it is the worst work environment of all time. If anybody reads this and even thinks about applying there, you are soarly mistaken and will be smoke and mirrored from beginning to end. They promise you that it's the best opportunity and that you will and will have no chance of finding another job in this tough market. Well, guess what - I found a much better job and actually PAYS!!! Do not apply for this "inside sales postion" if you are a talented sales person!!! Your efforts will be rewarded by other companies that are ethical. Kim LaDolce is the recruiter for now - do not be persuaded by her manipulative ways!!! Or by anybody else that works there if you take the job.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

Reply

---

Amy · 9 Nov 2009 — Rating: -2

Good to hear I'm not the only one bothered by Houlihan Smith. They ARE pushy and rude. Don't they realize the receptionist has the power to get them where they want to be? Might be smart to at least be nice. Doesn't matter anyway they will not get past me either! Glad I found this. Finally had to threaten to report to Attorney Gen office...we'll see if it worked.

Reply

---

Kim LaDolce is a slophead · 18 Nov 2009 — Rating: 0

Kim LaDolce is the recruiter for these mopes. She calls me constantly trying to get me in for an interview, finally I went. During the training one of these "Sales Managers" spelled college and business (collegge bizness.....seriously) on the blackboard. 3 or 4 of the people in the room with me began to laugh. Bottom line, 50,000 salary and I'll replace 5 or 6 of these morons. Try asking Kim LaDolce where she went to colllegge?!? What a joke. Turn and burn shithole with no desire to keep people.

*Caller ID: 1-312-499-5900*
*Caller: Kim LaDolce*
*Caller Type: Telemarketer*

Reply

---

Timothy Rogers · 22 Dec 2009 — Rating: 0

I almost took this opportunity years ago when I was first getting out of college through Kim. When she failed to mention that the job was entirely commissions based and got arrogant when I pressed for further information, I decided to no show her. Three years down the road these people were calling me when I placed my ad back on Careerbuilder.

Needless to say after ignoring quite a few calls everyday, I told 2 of the recruiters that I had found a job opportunity and was no longer interested. Another man called me and when I said I had already informed his staff that I was no longer interested, He told me "well why do you have your add on Careerbuilder?", to which I had replied that it was up since I had recently found a job. He got a real snide attitude and then told me I should take it down then if I don't calls. My next instinct was to tell them that if they had trained their staff better and communicated they would no longer be contacted me and I to use some obscenities. They are so unprofessional there...you would think I would be on a no re-hire for never showing up but clearly that company is seriously jacked up and needs all the dults they can get in the operation

Reply

---

In Atlanta · 13 Jan 2010 — Rating: 0

A "Ted Bundt" called to speak with the President. Pushy, rude, aggressive, liar, loser, scumbag! Obviously, these cold-callers have no clue as to how to get by us Executive Assistant Gatekeepers!

As if we would do business with anyone with this type of sales tactic.

Get a real job, Ted! LOSER.

*Caller ID: 312-499-5900*
*Caller: Houlihan's*
*Caller Type: Telemarketer*

Reply

---

**Site Menu**
- Homepage
- News
- Articles
- Videos
- Contact Us

**Search Phone Number**

[                    ] [Search]

For example, 777-777-7777

**Latest News**
- Vision Media Sues 800notes
- This Week Roundup: New in Phone Scams (Jan. 24)
- FDA Warn Consumers About Phone Scam to Collect Fake Fines
- Toronto Telemarketing Firm Fined $15M For Business Directory Scam
- This Week Roundup: New in Phone Scams (Dec. 11)

**Latest Articles**
- 16 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

**Latest Videos**
- Gaeti's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

**Link Buttons**
Place one of these buttons on your blog and spread the word! The more people participate the stronger our voices is

(312) 499-5900 / 3124995900

Copyright 800notes.com 2008 | Privacy Policy | Terms of Service | Legal Stuff

**OperatorB - 21 Jan 2010**                                    Rating: 0

"John Hamilton" has called two times this week. The first time, he asked to speak with "Dave". (Confident "we're best pals" tactic.) I love taking the wind out of their sails by asking "which one?" -- hey, it's a really common name--and he said the Gen. Mgr.'s full name. I said he wasn't available--standard answer for unverified callers--and he started to ask about where he was and when he would be available. I said we don't give out that information. He then pulled out the "you're being mean to me and I don't understand" tactics, going on and on and on. I explained that we don't give out location info for security reasons, which "John" found unacceptable. He kept pushing for a time when he could reach our GM. At this point, given his rudeness and over-the-top tactics which completely destroyed what little credibility he might have had, I wasn't even willing to send him to voicemail file 13. Not worth wasting bytes on. He eventually gave up.

He called again today, and asked for "Dave!" When I asked "which one", he just hung up. Sometimes this is so fun!

Its amazing how they will call again and again just hoping for someone else to bamboozle. Tough luck.

By the way, the GM has a policy that if he wants to talk to someone, he'll give them his direct number. If they don't have it, I can confidently assume he doesn't want the call. So tactics like the above won't work.

*Caller ID: 3124995900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

Reply

**Corp. VP/ partner - 21 Jan 2010**                              Rating: 0

My family owns 4 size able companies our receptionist is out sick, so i was filling in for her. long story short is
I get a call from these Clowns and this guy was very direct and asked for the CEO (my father) without giving any info.
(I heard telemarketing background noise) so i asked what company he's with twice as well as his name, placed him on hold I get back on and he's being very abrasive kind of irritated, he insisted the CEO knew him little did he know I know 95% of his contact group as i work with them as well.
I replied something like he is not in the office right now either I can take a message, send you to his voicemail or if you have his cellphone number you may be able to reach him.

at this point He replies well what is his number, I chuckled (a little unprofessional but he's a moron) and said if you dont have it then "There's no how no way you get to speak to the OZ",

he made a threatening remark and asked for my name at this point im trying not to start howling in laughter as I just finished looking up his company and phone number through google.

i gave him my name laughing at him at this point and directed him to send an email to our receptionist, he said he would try back another day.

The reason i laugh is because i envisioned some little leprechaun goofy guy in a cubicle in this telemarketing floor trying to bully someone over the phone in to talking with their CEO which they would probably get in trouble for putting through if they did, not knowing who he's talking to. it made my day, and it has given me a new found respect for all secretaries, and receptionists, ya'll put up with alot of garbage.

FYI the firm apparently has people who use the internet as a marketing tool on these sites, and this crack pot hooligan smith firm needs to rethink their sales strategy, as its obvious they arent making many friends trying to cold call.

*Caller ID: 1-312-499-5900*

Reply

**ArkyGranny - 22 Jan 2010**                                   Rating: 0

This number was on our caller ID when we got home this evening.  We are an older couple with no business interest and we're not looking for money.  Why would they call us?  Just random, I guess.

*Caller ID: Houlihan Smith*
*Caller: Same, I guess*

Reply

**Shippy - 26 Jan 2010**                                       Rating: 0

1-26-10 I just received the 2nd call from Jacob at Houlihan Smith, he was everything bad mentioned above.  I work directly for the President of the Company and I would not be on his good side if I allowed rude callers such as "Jacob" beyond my desk.  I don't understand why there isn't something that we can do to stop these calls?  It appears there are enough of us who have been irritated by them, why don't we call them continually, daily and be rude and see how they like it?

*Caller: Houlihan Smith*

Reply

**Admin Assistant - 27 Jan 2010**                              Rating: 0

Received a call. Yes pushy, good sales people are. I did not put them through but they did not get irate or swear. I took a message (name, number, company, nothing more) which I will pass on.

*Caller: Houlihan Hernandez*
*Caller Type: Commercial*

Reply

Jacksonville, FL - 1 Feb 2010                                                          Rating: 0
Houlihan & Smith just called and ask for the president of our company by his first name. I asked if I could take a message, he just kept repeating "is he going to be in today". I said I could probably get ahold of him if he told me the purpose of the call. He did not. I told him we do not take solication phone calls. He said it wasn't. He hung up

· Caller ID: 312-499-5900
· Caller: Houlihan & Smith
· Caller Type: Telemarketer

Reply

Rest Of The Story - 2 Feb 2010                                                        Rating: 0
There are 2 Houlihan Smith entities...Houlihan Smith & Co. is a legitimate, regulated mid-market investment banking firm. "Houlihan Smith Advisors LLC" is the nightmare being described and the boiler room on the 3rd floor is kept intentionally separate and away from the ivory tower real headquarters upstairs in the leased corporate headquarters in Chicago. Concerning background checks...indeed...a former senior associate who collected checks in the field for HS Advisors LLC was an ex-con who ran a commodity pool scam and bilked 25 investors out of $5 million and spent 51 months in a federal "condo".

Everything else reported from the others here is true...very true...I know! I worked for them.

As the late Paul Harvey said..."now you know the rest of the story".

Reply

1 2 3 4 5 6 7 8 |9|

## Report a phone call from 1-312-499-5900:

Your Name or Nickname

Your name or alias as you would like it to appear in the title of your post

Call Details

Caller ID (if you know)

Text on your Caller ID

Caller Company (if you know)

The name of the company that called you.

Caller Type (if you know)          · Unknown

Validation Code

Type the characters you see in this picture

[ Submit Report ]

Thank you for your contribution! Oh, and please watch your language and post only truthful information.

Other phone numbers in 1-312 area code