**WhoCallsMe**    sign in | register

312-499-5900
Got a call from 312-499-5900? Report it and help to identify who and why is calling from this number.

**Block Unwanted Calls Now**
Amazing Telebouncer TB1000 Call Blocker. Deal of the week...$49.99!
www.shopitchicago.com

**FreeConferenceCall.com**
24/7 Unlimited Free Conferencing. Calls. Easy Sign Up Online!
FreeConferenceCall.com

**Reverse Phone # Lookup**
Find out who owns a phone number. Search a reverse phone directory.
www.reverselookupphones.com

**FHTM Reps Warning**
Simple Short Cuts To Add 7 Reps A Day Into FHTM Business - Free PDF
www.mlmMarketingBlueprint.com/FHTM

Ads by Google

Phone Number Search

[ Search ]
Type a phone number, for example: 777-777-7777



Susan replies to heidi
2 Apr 2010

Reply

WARNING
6 Apr 2010

This company is the biggest scam on the face of the earth and it is definitely a lawsuit waiting to happen. In fact, I know they are being looked at. It's sad that a man, Andy Smith, who seems like such a family guy is a scam artist. He has no clue what he is talking about as far as valuations. They hire kids to do the reports and if you are given a quote, don't believe it. They will find a way to squeeze more money out of you. They charge $2500/cusip and they've valued those cusip's a million times. They cut/paste and receive $20,000 for something that took a half hour. If a company asks Houlihan if they provide a certain service and they have never done it, they will tell you they have, try to figure it out, deliver the report late and in horrible quality. Auditors have not accepted these reports and the company is forced to spend more money.
Charles Botchway is an ex-con for a scam involving commodities. Check out their website. That's why he is not listed under the professionals tab. They paid Rip Off report a lot of money to remove all the complaints. And everything I read about the "boiler room" is true. They pass around folders of companies and don't put the phone down. They are trained to be rude to administrative assistants and they will get the wrath of charles if not. They are verbally abusive to their employees. Both the 3rd floor and 15th floors are scams. DO NOT TRUST THEM WITH YOUR MONEY!!! I can't wait for the day they finally get busted. It won't be too much longer I can assure you.

Caller: Houlihan Smith

Reply

shamaka sunshine
7 Apr 2010

1 2 3 4

**Stop Collection Calls**
Stop Collection Calls - No Consumer Costs - Submit Your Case Now Free!
FCRALawFirm.com

**"Reverse Lookup" - Free**
Find personal info using only a phone number. Search Free Now!
www.PhoneAgentSource.com

**Ripoff Report Inquiry**
See Report on the Investigation of M&A Firm, Generational Equity
www.ripoffreport.com

**Provident Royalties**
Legal investigation into alleged securities fraud. Contact us.
www.GirardGibbs.com

Ads by Google

Submit a comment about 3124995900 phone number:
Your Name *
Your name or nickname as you would like it to appear in the title of your post.



EXHIBIT C

3124995900 - who calls me from 312-499-5900? 1/4

**Fiona**
17 Dec 2008

they called asking for the CEO and I asked to take a message and "mike" responded with "I know you have to screen his calls, but I'll wait and stay on hold." I told him he would have to leave a message and he said "here's the message: i am on hold and want to speak with him." That's when I hung up. If he calls back I'll put him on hold and leave him there until he hangs up. At least I did what he said! A$$ hole.

*Caller: Houlihan Smith*

Reply |



**916**
24 Dec 2008

The person is usually rude when he asks to speak to the CEO, I do not know why they are so rude...and when you asks them who they are with they respond with an attitude "Well is he available or not??" or give me a false name... I just put them on hold and let them listen to our crappy music.

*Caller ID: 312-499-5900*

Reply |



**Houlihan Scam**
5 Jan 2009

My former employer was scammed out of business by these guys...unfortunately he was desperate and gullible. They called the CEO with the "we understand you need capital" routine and were flown to our office within 2 days. It sounded too good to be true from day 1, but the CEO and COO had swallowed the hook. Close to $40K later, we had a valuation document that looked great, complete with the resumes/biography of each of the key employees. The problem is that there was never any capital going to come our way. Originally they had promised we'd have access to the money in 4-6 weeks...several months later...nothing. The CEO and the COO became greedy from the first phone call and effectively pushed our main investor out of the valuation and finally out of the company.

Once the scam was complete and Houlihan had all of our cash reserves and we couldn't afford to give them anymore to produce these pretty looking folders...they disappeared. No return calls, emails that were never replied to, contacts ALWAYS in a meeting, etc., etc. No money ever came to us (because there was never any in the first place) and after being drained, the owner of the company finally realized he'd been rooked and gave a tearfull goodbye to all the employees as he announced the closing of a business he had run for 18 years.

Houlihan will tell you that they CAN'T tell you how they got your name and number, just that somebody out there has their eye on you and is interested in investing or purchasing your company. They follow that by fluffing up a series of relationships/alliances they have with banks and firms that will swoop in and dump cash on you after the valuation is complete.

I could go on and on and I'd be pleased to answer any question anyone might have.

Reply |



**Mary**
16 Jan 2009

They call at least twice a week, asking for my boss by name. The caller we get calls himself Damion. He is always rude and sounds like he is in a hurry, and is never forth coming. My boss doesn't know of them, even though Damion says the call is regarding "private matters". HA! They never get through and insist on calling and calling and calling AND being extremely RUDE. This company must be run by idiots if they this type of telemarketing, or any telemarketing works.

*Caller: HULIHAN SMITH*

Reply |



**Mike**
19 Jan 2009

*Caller ID: 3124995900*
*Caller: Houlehan Smith*

3124995900 - who calls me from 312-499-5900? 1/4

Copyright WhoCallsMe.com 2010 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff

i have had the same experance as all the other postings, thank god i checked these guys out. i have had my two days of meetings and BS and was quoted a price of $36,000.00 for a annaliss prior to selling my busness for me.
thank god for this web site!

Caller ID: 3214995900
Caller: houlihan smith

Reply

### Gordon Gekko, Investment Banker
26 Jun 2008

It's an Investment Banking firm. Ask anyone of high repute in the business(Merrill Lynch, Goldman Sachs, Salomon Smith Barney, Morgan Stanley, etc), about their hours as an entry level associate, 7a-7p is considered a pleasure cruise.
Investment Banking is for bold, driven, take-charge individuals, not wusses. If you're looking to engage an IB firm to do half-assed work, look elsewhere. If you're looking for a 30-hour work week, Starbucks might be more to your liking.

Reply

### check out this site too
4 Jul 2008

www.800notes.com and type in 312-499-5900, you'll be amazed!

Reply

### here's another great site
14 Jul 2008

www.ripoffreport.com and type in Houlihan Smith!

Reply

### Gayle
12 Aug 2008

I receive calls from that number probably once a week and the guy "insists" that he has talked to my boss (President) before and I know he hasn't. He also says, "I'll call him on his cell then." Yeah right. I just got a call from him and he pulled the same tricks but to no avail. He left his # and I just called and spoke to someone named Kim and passed the message on to her to remove our phone # from their call list! The guy that calls me all the time is "supposedly" Nick Passick and always says it's in regards to a personal business matter. I hope they'll stop calling now, and if they don't, I'll get in touch w/our local PUC.

Caller ID: 312-499-5900
Caller: Houlihan Smith

Reply

### TJ in AZ
15 Aug 2008

They call a few time's a week and have been doing so for about a year. Today I felt adventurous and I answered the phone. The guy was short with me and rude. All he wanted was to talk to the owner. Is there a way to get them to stop calling?

Caller ID: 3124995900
Caller: HOULIHAN SMITH

Reply

### jenn
18 Aug 2008

Got a call this morning. "Tony" asked to speak to my boss private business matter. Was quite rude when i said he was not able to take the call would you like to leave a message. Didn't want to - will call back.
Unfortunaletly for him – i man the phones all day. Looks like I'm gonna have some fun with "tony".

Caller ID: 312-499-5900
Caller: HOULIHAN SMITH

Reply

Copyright WhoCallsMe.com 2010 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff

I felt she was deceiving me into getting our CEO on the line.

*Caller ID: Houlihan Smith*

Reply | 1


BC
17 Sep 2009

Just got a call from a guy and asked for my boss' name who's the president of the company I'm working for. I told my boss the name of the caller and since the name didn't ring a bell, he said to put the call to his voice mail. When I went back to tell the guy that my boss is in a meeting, he said in a very arrogant manner "I tell you what, I'll give you my number, it's 312-499-5900 to give to (first name of my boss)". Good thing I researched this number on the internet first before doing anything further...

Reply | 1


concerned and annnoyed
28 Sep 2009

this is a scam, same entry as below and a complete waste of time. will write an editorial submission for newspaper and see how long it take so ride the blogs.

appreciate this website gives me a place to at least attempt to stop this type of business practice.

ps you can return call and ask for their ceo voicemail as well, it is at least satisfying

*Caller ID: 312 499 5900*
*Caller: hollihan*

Reply | 1


Scam? Are you kidding me?
2 Oct 2009

To all the people that claim Houlihan Smith is a "SCAM"

I had the pleasure of having a position at Houlihan Smith in the headquarters in Chicago IL. I think I saw one comment on here that said "those guys must get paid per phone call they make." That is not the case and I think any Research Associate (Prospector) that works there now wishes it was that way.

Each RA there averages a little over 350 calls a day in hopes that he/she can reach a business owner to find out what kind of state that business is in. These are not sales calls - they gather information to see if Houlihan Smith can be of assistance to help them climb there way out of an economic crisis.

Now for the business owners that they actually connect with on the phone. The RA finds out what any business may be trying to accomplish to improve the overall state of the business. It is approached with a sense of "professional arrogance" because many of these business owners think they have it all figured out and do not need assistance. They may not have another "way out" by continually speaking to traditional banks and get turned down, time and time again for funding. Especially in the economic climate we all currently face. Business owners do not know there are other ways to accomplish what it is they are looking for (raising money or to sell the business for what the company is actually worth). That is why Houlihan Smith is around. To help business owners find another way by taking an objective look at their overall operations.

I am no longer employed with Houlihan Smith for my own reasons (very little pay for the amount of work put in). It was a tough job and I applaud all those that still put in the hours they do and make as many calls as they do to reach out to the business owners or CEO's of small to mid size businesses across the country. They are there to help, not to annoy or come across as rude.

Houlihan Smith is NOT a Scam - They are licensed properly for the work they do and more receptionists, gatekeepers, etc. should give them a chance to speak with the CEO or Owners because it could be imperative to your job and lively hood if there are financial hardships going on with the company. Houlihan Smith literally saves companies in the small to mid size market. They have proven this many times over since conception in 1996. So you cannot hate until you have all the facts.

Sincerely,
Former Employee and Prospector of Houlihan Smith

*Caller ID: 3124995900*
*Caller: Houlihan Smith*

Reply | 1


DD
8 Oct 2009

They may not be a scam, but they certainly don't act in a professional manner. The sales reps are rude and discourteous. They continue to call, even after being told by the company's owner not to call here again.

312-499-5900 Phone Number Details 3/4

Here's what we do now:
When they ask if the owner is in, instead of answering the question, we simply ask "who's calling please?" The rep will reply with a name, probably fake, but not the company. That's your first clue. A legitimate business caller will almost always say "Bill Smith from Worldwide Widgets"

So, you then ask what company they're with. (Remember, it's your phone, and you're in charge of the call, not them. You don't have to follow their script.) They'll then reply, usually in annoyed tone "Houlihan Smith". Then you simply "Please hold" and put them on hold. That way you waste some of their time.

Works great. I've actually had them stay on hold for a minute or so, then call back. "Oh, I'm sorry, he didn't answer, let me try that extension again" and then quickly put them back on hold before they can reply. :)

It's also foolproof in that if it really is Bill Smith from Worldwide Widgets, you've answered in a polite and professional manner and you can pass the call along.

Note to telemarketers: Don't want me wasting your time like this? Simple solution, DON'T WASTE MY TIME BY CALLING ME! (Especially after being told to stop calling)

Caller ID: 312-499-5900

Reply |



Laughing at these dorks
13 Nov 2009

I just got a call from these guys asking for my CEO. We have two gentleman by the same first name, so I asked to clarify and he tells me "The owner of your business." I told him he was in a meeting. The guy asked me when the meeting would be over and I told him I wasn't sure. He tells to pull him out- he's returning my CEO's call and expecting him. Funny. You didn't know the guy's last name? I told him he was behind closed doors and I couldn't pull him out. He finally tells me "That's fine I'll catch him on his cell later." This is when I got to mess with him and told him "You really must not know him then because you'd know he's one of those anti cell phone people and doesn't carry one." and hung up on him. If they weren't rude, it wouldn't be an issue. They should remember that when you're calling the main line, you don't know who you're getting on the phone. I love this site- thanks for the opportunity to vent against these jerk offs!

Caller: Houlihan Smith

Reply |



Tired of it
20 Nov 2009

These guys are a joke. They call here all the time asking for our CEO, lying about appointments and meetings, refuse to tell you who they are calling with, etc. Today they told me they were calling from "the gates of hell." It is always entertaining when they call - as our CEO is not even in this country, doesn't speak English, and has never been to this office.

The only reason I know it is H&S is because a friend of mine almost left his good job to gain an entry level position with them - these kinda sites saved his a**. I saw this site and immediately knew who it was that was always calling being complete pricks.

Reply |



Nature Boy
25 Nov 2009

They called, must have found my resume on Monster/Careerbuilder.com, about coming in for an interview. I had no idea who they were, remember they called me, and asked the lady on the other line to tell me about them. She literally said "Ugh" and seemed completely annoyed that I would want to know anything about a company that wants me to work for them. Needless to say, I declined an interview with them and yet I still get a couple calls a week from them! Sounds like a well run company to me!!! -NOTE THE SARCASM!

Reply |



Lamont Seckman
4 Dec 2009

These guys are scammers and they call all the time...they keep calling even after you forcefully tell them to stop. I would urge anyone getting a call from these people to report them.

Reply |



AJ
11 Dec 2009

312-499-5900 Phone Number Details 3/4

A man called and asked for the owner by his first name. I told the caller he was on another line and asked if he would like to leave a voicemail. He told me he wouldn't mind holding.

I told him that the owner doesn't take these kinds of calls directly, and it would be best for him to leave a voicemail. He sounded very angry and asked "What kind of calls? I don't know what you're talking about!" I said, "Unsolicited calls. I can hear the call center in the background." He got snotty and continued to deny it. I told him again that I could hear other calls in the background.

He asked my name, and his tone suggested that he wanted it so he could complain about me to my boss, and told me he would "just send him an email."

I just love the obvious insiders leaving comments pretending we should be thanking these cold callers for attempting to save our jobs, when all they are doing is trying to save their own.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

Reply |


Executive Assistant
16 Dec 2009

The caller said he'd like to speak to (my boss's first name). I said he wasn't available, take a message? He wanted me to just let my boss know that Rob Becker was on the line. I said my boss wasn't physically in that morning, but I could get a message to him. Then he asked for one of our executives by first and last name. I let the 2nd person know about the call - he didn't recognize the name and wanted him put into voicemail. I told Rob that the 2nd person was in an employee training meeting and would have a break in a hour, would he like voicemail. He said no, he'd try back later, and we ended the call. That's when my 2nd person forwarded me this link. I'll be on guard against any future calls.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

Reply |


former employee
7 Jan 2010

I used to work for this company. This company is bu***hit. They tell you that they got their your info as a referal also a lot of them lie about their name that's bu***hit. They can also be very rude to you and your secratary. If someone from this company calls you tell them to shove the phone up their a**. The biggest thing is that they treat the employees like s**t. They yell and scream at their employees like, the hours are long and the pay is s**t. When they hire they don't do a background check on the applicants because they hire you the next day. For all you know business owners you could be giving your company's financial info to an ex-con. I want to see what houlihan smith has to say about that.

*Caller ID: 3124995900*
*Caller: Houlihan Smith*

Reply |


van
13 Jan 2010

calls and doesn't leave message.

*Caller ID: 312-499-5900*

Reply |


Shauna Brown
14 Jan 2010

A gentleman continues to call and ask for our current CEO - when asked what it is regarding the caller becomes completely evasive.

I was given the following information from him during my call - Caller: Mike Pulumbo Company: Houlihan Smith

I was told to pass on the information but I would have to provide a name of the person they could expect to call back as they "heavily" screen their calls. I answered "then we're at a stalemate as I am not providing that information" I was hung up on.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith?*

Reply |


OperatorB
21 Jan 2010