whocalled.us / 312-499-5900

6 Comments

B             2010-01-19 14:37:03 UTC

Call almost daily asking for the CEO. I voicemail 'em & have no clue if they ever leave a message. I think even once they said that our CEO had called them. As said below, yeahright.

Yeahright             2010-01-11 14:28:26 UTC

Houlihan Smith- full of Shenanigans.

Executive             2009-11-13 23:01:04 UTC

Logan:
You are full of sh\*\*! You have been on other complaint sites regarding this scam company Houlihan/Smith. No one believes you actually even did business with them. I would wager you are actually employed by them. Why would you take time out of your day to plug their number in to a search engine and then on complaint sites to say something "nice" about them. IT'S A COMPLAINT SITE!! Wouldn't your time be better spent looking for sites where people looking to sell their business or receive finanical options would appreciate the kind words. You are foolin' no one.

Logan             2009-04-30 05:12:02 UTC

I also got a call from Houlihan Smith... Same routine I was trying to get 5m for expansion purposes. In the end a somewhat lengthy process I got the money. I've been able to create 38 new full time jobs. Had it not been for them I may have had to cut 7-8 key employees due to the economy. Judy my assistant had gotten several calls from these guys before I told her to put them through. The guy I spoke to sounded like a wet noodle, I called the punk out, but he told me was just an intern, I asked where did he hear about me, he told me where they get refferals but that it may be a cold call, he wasnt sure. That didnt matter since I had tried and tried and tried again to get the money before I had to go to my friends and family. I told my uncle of their services who engaged them and sold his business, and might I add that all of the employees kept their jobs. There are other websites like this one giving them a bad wrap. My uncle and I would beg to differ. Thanks to Houlihan and Judy life is good... Very Good

Sam E.             2008-08-26 20:14:55 UTC

The caller identified himself as Ryan Handley. He said he understood that I was trying to raise some capital for my business. I said no I wasn't. He then said well I guess you must be trying to sell your business. I told him no. He then said he must have gotten some wrong information and hung-up.

Sam E.             2008-08-26 20:07:54 UTC

called a business line. gave name as Ryan Handley. Said he understood I was trying to raise capital I said I was not. Then he said well you must be trying to sell your business. I said no I was not. He then told me he must have gotten some wrong information.

EXHIBIT

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| HOULIHAN SMITH & COMPANY, INC.® and HOULIHAN SMITH ADVISORS, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. |
| JULIA FORTE, individually; JULIA FORTE d/b/a 800Notes.com Advent LLC; JULIA FORTE d/b/a whocallsme.com; JAMON SILVA, individually; JAMON SILVA d/b/a whocalled.us.com; JOHN DOES 1-30; and JANE DOES 1-30, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF CHARLES BOTCHWAY

I, Charles Botchway, am over the age of 18 and I am competent to testify about the facts in this Affidavit, all on personal knowledge.

1. Houlihan Smith & Company, Inc.® ("Houlihan Smith") is a Nevada corporation with its principal place of business located at 105 West Madison, Chicago, Illinois. Houlihan Smith also has other offices located in New York, Los Angeles, London, Oxford & Accra.

2. I am currently the Group Managing Director and Vice Chairman for Houlihan Smith.

3. Houlihan Smith Advisors, LLC ("Houlihan Smith Advisors" or "Houlihan Advisors") is a Nevada limited liability company with its principal place of business located at 105 West Madison, Chicago, Illinois.


EXHIBIT E

4. Houlihan Smith is the owner of the common law trademark "Houlihan Smith," which it has used in connection with its investment banking services continuously and exclusively since 1996. Houlihan Smith is also the owner of U.S. Trademark Registration Nos. 3,390,591 for Houlihan Smith & Company, Inc. (words only) and 3,387,276 for Houlihan Smith & Company Inc. (words and design) (hereinafter referred to as "the Houlihan Marks"). *See* Exhibit A. The Houlihan Marks were filed with the USPTO in 2007 and reside on the Principal Register. *See id.* The Houlihan Marks have been used in connection with Houlihan Smith's financial advisory and financing services throughout the state of Illinois and on the internet.

5. Houlihan Smith is a national investment banking firm that provides financial advisory and financing services to public and private businesses. Since its inception in 1996, it has specialized in providing financial opinions, valuation services and corporate advisory services to public and private businesses. It has provided financial opinions for some of the largest publicly traded companies, as well as for complex private transactions. It is recognized as a leading provider of financial opinions, valuation, financing, merger and acquisitions, and other corporate advisory services.

6. Houlihan Smith is also a registered broker-dealer and a member of the Financial Industry Regulatory Authority ("FINRA"). FINRA is the largest independent regulator for all securities firms doing business in the United States. Throughout its 14 years of providing investment banking and other financial related services to customers, Houlihan Smith has never been the subject of a complaint filed by any of its customers before FINRA or its predecessor institution, the National Association of Securities Dealers.

7. I recently learned that various unknown individuals and/or entities have published and continue to publish false, inaccurate and extremely offensive statements about Houlihan

2

Smith, Houlihan Smith Advisors, and their principals, employees, agents and representatives on the websites located at 800Notes.com, Whocallsme.com and Whocalled.us.com (the "Websites"). A copy of the defamatory postings are attached to the Complaint as Exhibits B through D.

8. In particular, the anonymous posting dated April 6, 2010 that was published on 800Notes.com and Whocallsme.com is false, entirely inaccurate, and malicious ("April 6 Posting"). Houlihan Smith is not now and has never been a "scam" or a "lawsuit waiting to happen" as stated in the April 6 Posting. Houlihan Smith is not under investigation by FINRA or any other entity, as claimed in the April 6 Posting. Andrew Smith, the president and founder of Houlihan Smith, is not a scam artist, but a highly experienced and successful investment banker. He has significant knowledge and expertise in the valuation of businesses and all other aspects of valuation in the financial services industry in which Houlihan Smith operates. All of the services Houlihan Smith provides and for which it receives payment are valuable and necessary to an appropriate valuation of a customer's business and/or assets or other financial services provided by Houlihan Smith. At no time has an auditor refused to accept valuations performed by Mr. Smith or any other individual associated with Houlihan Smith.

9. The April 6 Posting also falsely and maliciously accuses me of being "an ex-con for a scam involving commodities." That statement is patently false and highly offensive. I have never been accused or convicted of any crime or scam. I have never been accused or convicted of any crime or scam involving commodities.

10. No employee or individual associated with Houlihan Smith trains its employees to be "rude to administrative assistants." Neither I nor anyone else at Houlihan Smith is "verbally

3

abusive to [Houlihan's] employees" as stated in the April 6 Posting. No aspect of Houlihan Smith is a "scam", including the 3rd floor and 15th floors of Houlihan's offices.

11. No individual employed by or otherwise associated with Houlihan Smith authorized anyone to publish the false information contained in the April 6 Posting.

12. The other publications/postings in Exhibits B through D and appearing on 800Notes.com, Whocallsme.com and Whocalled.us.com are also false, misleading and inaccurate. Among the defamatory statements located on the Websites are the following:

- You are full of sh**! You have been on other complaint sites regarding this scam company Houlihan/Smith. See http://whocalled.us/lookup/3124995900.

- "Once the scam was complete and Houlihan had all of our cash reserves and we couldn't afford to give them anymore to produce these pretty looking folders...they disappeared..." Houlihan Scam - 5 Jan 2009. See http://whocallsme.com/Phone-Number.aspx/3124995900.

- "Absolute scam and only sucker would fall for it." Crystal display, Delama City, Delaware, U.S.A. See http://800notes.com/Phone.aspx/1-312-499-5900/5.

- "looked it up and found out it was Holiahan (sic) and smith... They are like IPA out in Buffalo Grove... Ripe (sic) off artists..." Cocoa MC 20 - 27 Feb 2009. See http://800notes.com/Phone.aspx/1-312-499-5900.

- "I was stupid enough to take a job with this strong armed scam company that calls itself an investment banking advisory firm. ... This company lies to its so called clients. It lies to it's (sic) employees..." Former employee. See http://800notes.com/Phone.aspx/1-312-499-5900/2.

- "Houlihan clearly is a scam..." Not quite right - 5 May 2009. See http://800notes.com/Phone.aspx/1-312-499-5900/4.

- "... they were not in the business of doing anything other than ripping us off.... * * * Thank you very much to the commentors on this site - you just saved my company a lot of money." Caitlin - 15 Jun 2009. See http://800notes.com/Phone.aspx/1-312-499-5900/8.

- "... a former senior associate who collected checks in the field for HS Advisors LLC was an ex-con who ran a commodity pool scam and bilked 25 investors out of $5 million and spent 51 months in a federal "condo". Rest Of The Story - 2 Feb 2010. See http://800notes.com/Phone.aspx/1-312-499-5900/9.

4

Copies of these false and defamatory postings are attached to the Complaint as Exhibits A (800Notes), B (whocallsme), and C (whocalled.us.com). The statements in the attachments are false. Houlihan Smith and Houlihan Smith Advisors are not now and never have been a "scam", "rip off", "fraud", or a "boiler room." Neither Houlihan Smith, Houlihan Smith Advisors, nor any of their employees or representatives has lied to, scammed, ripped off, or defrauded any of their customers or any other individual or entity. They do not operate a "boiler room". Nor has any employee, representative, agent, or individual associated with Houlihan Smith or Houlihan Smith Advisors been accused, or convicted, of a crime. Neither company has any "ex-cons" in its employment or otherwise associated with it. The statements to the contrary that are published on the Websites and attached to the Complaint as Exhibits B through D are false, inaccurate and misleading.

13. The false and defamatory statements on the Websites have caused and continue to cause Houlihan Smith and Houlihan Smith Advisors significant harm to their reputations and to the reputations of their employees, representatives, principals, owners, and agents, including Andrew Smith and myself. The false and defamatory statements on the Websites have caused and continue to cause significant monetary damage to Houlihan Smith, Houlihan Smith Advisors, and to their employees, representatives, principals, owners, and agents, including Andrew Smith and myself.

14. If the false publications are not removed from the Websites or all access to them forever blocked, Houlihan Smith and Houlihan Smith Advisors will continue to suffer irreparable harm to their reputations and to the reputations of their employees, representatives, principals, owners, and agents. In particular, the harm to the reputation of Mr. Smith and me that the postings have already caused is immeasurable and that harm will continue into the future

with untold negative consequences if the postings are not immediately removed and/or all access to them completely blocked.

15. On information and belief, the individuals publishing these false and defamatory statements are part of a malicious conspiracy and scheme to harm Houlihan Smith, Houlihan Smith Advisors, and their employees, representatives, principals, owners, and agents without reason or justification. At no time has anyone associated with Houlihan Smith or Houlihan Smith Advisors ever authorized the dissemination of the defamatory, inaccurate and false statements that are attached to the Complaint or posted on the Websites.

16. These false statements are so widely publicized that Houlihan Smith, Houlihan Smith Advisors, and their employees find themselves constantly having to explain and defend the false statements in their business and in their private and personal lives.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to those matters stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Charles Botchway