# CHICAGO PAINTERS AND DECORATORS

September 2009

WELFARE - PENSION - DEFERRED SAVINGS - J.A.T.C. – I.A.F. - SCHOLARSHIP - J.C.T.F. - PAINTERS' DISTRICT COUNCIL #14 DUES CHECK-OFF

333 PIERCE ROAD • SUITE 410 • ITASCA, IL 60143 • 630-960-5572 • TOLL FREE 800-960-9191

NATIONAL PRINTING INC.
6446 NORTH HARLEM AVENUE
UNIT 3
CHICAGO, IL 60634

TO THE EMPLOYER: LISTED BELOW ARE THE NAMES AND SOCIAL SECURITY NUMBERS OF YOUR EMPLOYEES COVERED BY YOUR COLLECTIVE BARGAINING AGREEMENT WITH DISTRICT COUNCIL NO. 14. IF ANY OF THE EMPLOYEES LISTED BELOW ARE NO LONGER IN YOUR EMPLOY PLEASE SHOW "TERM" IN THE HOUR COLUMN.
IF YOU HAVE EMPLOYEES COVERED BY THE COLLECTIVE BARGAINING AGREEMENT WHO ARE NOT LISTED BELOW, PLEASE ADD THEIR NAMES AND SOCIAL SECURITY NUMBERS TO THE LIST AND INDICATE THEIR HOURS WORKED.

PHONE NO. (708) 351-1234

ACCOUNT NO. 64390

| EMPLOYEE'S NAME | LOCAL UNION | SOCIAL SECURITY NO. | TOTAL HOURS CURRENT MONTH | GROSS WAGES |
|---|---|---|---|---|
| REC ADAM | 194 | 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 | 124.00 | 4,944.00 |
| LEDZINSKI PIOTR | 194 | 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 | 125.50 | 4,819.20 |
| ROS DANNY | 194 | 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 | 127.00 | 4,876.80 |
| ROS RENE | 182 | 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 | 122.50 | 4,704.00 |
| MCHELSKI LUKASZ | 273 | 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 | 65.00 | 2,496.00 |
| STRZEPA GRZEGORZ | 194 | 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 | 79.00 | 3,033.60 |
| YGIEL PAWEL | 194 | 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 | 107.00 | 4,108.80 |

PERIOD ENDING FOR THIS REPORT
Month Day Year
August 31, 2009
to
October 4, 2009

VERY IMPORTANT:
USE "P" FORM FOR PAINTERS
USE "T" FORM FOR TAPERS
USE "W" FORM FOR WOODFINISHERS
USE "S" FORM FOR SIGN PAINTERS

This Report must reflect all actual hours worked, both regular time and overtime, during the month reported. Submit to Fund Office on or before the 20th day of the next month.

Social Security number shown must be correct.

IF NO EMPLOYEES WORKED DURING THIS MONTH, MARK NONE

NONE

**TOTAL HOURS THIS REPORT** | 750.00 | 28,982.40

Mail checks to: Chicago Painters & Decorators Funds • P.O. Box 809062 • Chicago, Illinois 60680-9062
NOTE: LEGAL REQUIREMENTS MAKE NECESSARY SEPARATE CHECKS FOR EACH FUND.

| | HOURS | | RATE | | TOTAL |
|---|---|---|---|---|---|
| #062. CHICAGO PAINTERS AND DECORATORS WELFARE FUND | 750 | @ | 8.350 | per hour | 6,262.50 |
| #070. CHICAGO PAINTERS AND DECORATORS PENSION FUND | 750 | @ | 9.400 | per hour | 7,050.00 |
| #084. CHICAGO PAINTERS AND DECORATORS SAVINGS FUND | 750 | @ | 1.000 | per hour | 750.00 |
| #097. CHICAGO PAINTERS AND DECORATORS J.A.T.C. FUND | 750 | @ | .670 | per hour | 502.50 |
| #176. INDUSTRY ADVANCEMENT FUND | 750 | @ | .190 | per hour | 142.50 |
| #219. CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND | 750 | @ | .050 | per hour | 37.50 |
| #286. JOINT COOPERATION TRUST FUND | 750 | @ | .360 | per hour | 270.00 |
| #317. L.P.C. LOCAL POLITICAL COMMITTEE | 750 | @ | .050 | $.05 per hour | 37.50 |
| #331. PAINTERS DISTRICT COUNCIL #14 DUES CHECK-OFF | Total Gross Wages 28,982.40 | @ | Gross Wages Total × 2% Rate | | 579.64 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all workmen in its employ represented for collective bargaining by Painters District Council No. 14 and its constituent locals. In addition, the employer hereby agrees to be bound to the terms of the current Collective Bargaining Agreement executed between Painters District Council No. 14, and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreement governing the Chicago Painters and Decorators Welfare, Pension, Deferred Savings, Joint Apprentice, Industry Advancement, Scholarship and Joint Cooperation Trust Funds, and accepts all of the terms thereof with the intention of providing benefits to its workmen.

PLEASE BE SURE TO SIGN THIS REPORT  BY [signature]  DATE Nov. 15, 2009

## National Painting Inc.

For working period: February 1, 2010 - February 28, 2010.

| | | Hours | | Rate | | Total |
|---|---|---|---|---|---|---|
| #062 | Chicago Painters and Decorators Welfare Fund | 658 | @ | 8.350 | per hour | $ 5,494.30 |
| #070 | Chicago Painters and Decorators Pension Fund | 658 | @ | 9.400 | per hour | $ 6,185.20 |
| #084 | Chicago Painters and Decorators Savings Fund | 658 | @ | 1.000 | per hour | $ 658.00 |
| #097 | Chicago Painters and Decorators J.A.T.C. Fund | 658 | @ | 0.670 | per hour | $ 440.86 |
| #176 | Industry Advancement Fund | 658 | @ | 0.190 | per hour | $ 125.02 |
| #219 | Chicago Painters and Decorators Scholarship Fund | 658 | @ | 0.050 | per hour | $ 32.90 |
| #286 | Joint Cooperation Trust Fund | 658 | @ | 0.360 | per hour | $ 236.88 |
| #317 | L.P.C. Local Political Committee | 658 | @ | 0.050 | per hour | $ 32.90 |
| | Painters District Council #14 Dues Check-Off | | | Gross wages | | |
| #331 | Total Gross Wages | $ 24,510.72 | @ | Total 2% x 2% | | $ 490.21 |

| | | | | | | | Wieczorkie | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Kopec, Adam | Kutrzepa, Grzegorz | Obiedzinski, Piotr | Ramos, Danny | Ramos, Rene | Stachelski, Lukasz | wicz, Sebastian | | reg/Ovt | Total hr |
| 2/1-2/7 | 28 | 24 | 38 | 40 | 40 | 40 | 40 | reg | 210 | 210 |
| | | | | | | | | ovt | 0 | |
| 2/8-2/14 | 40 | 40 | 40 | 40 | | 32 | | reg | 152 | 152 |
| | | | | | | | | ovt | 0 | |
| 2/15-2/21 | 8 | 24 | 40 | 24 | 8 | 24 | 16 | reg | 144 | 144 |
| | | | | | | | | ovt | 0 | |
| 2/22-2/28 | 8 | 24 | 40 | 16 | 24 | 24 | 16 | reg | 152 | 152 |
| | | | | | | | | ovt | 0 | |
| | 84 | 112 | 158 | 80 | 72 | 120 | 32 | Total reg | 658 | 658 |
| | | | | | | | | Total ovt | 0 | |
| | | | | | | | | Total hr | 658 | |

National Painting, Inc.

For working period: February 1, 2010 - February 28, 2010.

| Employee's Name | Local Union | Social Security No. | Total Hours Current Mth | Gross Wages |
|---|---|---|---|---|
| Kopec, Adam | | 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 | 84.00 | $ 3,225.60 |
| Kutrzepa, Grzegorz | | 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 | 112.00 | $ 4,300.80 |
| Obiedzinski, Piotr | 194 | 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 | 158.00 | $ 6,067.20 |
| Ramos, Danny | 194 | 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 | 80.00 | $ 3,072.00 |
| Ramos, Rene | 180 | 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 | 72.00 | $ 2,764.80 |
| Sztachelski, Lukasz | | 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 | 120.00 | $ 4,608.00 |
| Wieczorkiewicz, Sebastian | | 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 | 32.00 | $ 472.32 |
| Total | | | 658.00 | $ 24,510.72 |

*National Painting Inc.*

For working period: January 4, 2010 - January 31, 2010.

|  |  | Hours |  | Rate |  | Total |
|---|---|---|---|---|---|---|
| #062 | Chicago Painters and Decorators Welfare Fund | 410.5 | @ | 8.350 | per hour | $ 3,427.68 |
| #070 | Chicago Painters and Decorators Pension Fund | 410.5 | @ | 9.400 | per hour | $ 3,858.70 |
| #084 | Chicago Painters and Decorators Savings Fund | 410.5 | @ | 1.000 | per hour | $ 410.50 |
| #097 | Chicago Painters and Decorators J.A.T.C. Fund | 410.5 | @ | 0.670 | per hour | $ 275.04 |
| #176 | Industry Advancement Fund | 410.5 | @ | 0.190 | per hour | $ 78.00 |
| #219 | Chicago Painters and Decorators Scholarship Fund | 410.5 | @ | 0.050 | per hour | $ 20.53 |
| #286 | Joint Cooperation Trust Fund | 410.5 | @ | 0.360 | per hour | $ 147.78 |
| #317 | L.P.C. Local Political Committee | 410.5 | @ | 0.050 | per hour | $ 20.53 |
|  | Painters District Council #14 Dues Check-Off |  |  |  | Gross wages Total |  |
| #331 | Total Gross Wages | $ 15,763.20 | @ | 2% | x 2% | $ 315.26 |

| | Kopec, Adam | Kutrzepa, Grzegorz | Obiedzinski, Piotr | Ramos, Danny | Ramos, Rene | Rygiel, Pawel | Sztachelski, Lukasz | | Total reg/Ovt | Total hr |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/04-1/10 | 24 | 14.5 | 26 | | 21.5 | 22 | 18 | reg | 126 | |
| | | | | | | | | ovt | 0 | 126 |
| 1/11-1/17 | 15 | 15 | 30 | 12 | 13 | 7 | 14.5 | reg | 106.5 | |
| | | | | | | | | ovt | 0 | 106.5 |
| 1/18-1/24 | 15 | 8 | 37 | | | 10.5 | | reg | 70.5 | |
| | | | | | | | | ovt | 0 | 70.5 |
| 1/25-1/31 | | 24 | 33.5 | 24 | 24 | | | reg | 107.5 | |
| | | | | | | | | ovt | 0 | 107.5 |
| | 54 | 61.5 | 128.5 | 36 | 58.5 | 39.5 | 32.5 | Total reg | 410.5 | 410.5 |
| | | | | | | | | Total ovt | 0 | |
| | | | | | | | | Total hr | | 410.5 |

**National Painting, Inc.**

For working period: January 4, 2010 - January 31, 2010.

| Employee's Name | Local Union | Social Security No. | Total Hours Current Mth | Gross Wages |
|---|---|---|---|---|
| Kopec, Adam | | 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 | 54.00 | $ 2,073.60 |
| Kutrzepa, Grzegorz | | 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 | 61.50 | $ 2,361.60 |
| Obiedzinski, Piotr | 194 | 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 | 128.50 | $ 4,934.40 |
| Ramos, Danny | 194 | 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 | 36.00 | $ 1,382.40 |
| Ramos, Rene | 180 | 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 | 58.50 | $ 2,246.40 |
| Rygiel, Pawel | | 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 | 39.50 | $ 1,516.80 |
| Sztachelski, Lukasz | | 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 | 32.50 | $ 1,248.00 |
| **Total** | | | **410.50** | **$ 15,763.20** |