IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| HOULIHAN SMITH & COMPANY, INC.® and HOULIHAN SMITH ADVISORS, LLC, ) ) ) ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| JULIA FORTE, individually; ) JULIA FORTE d/b/a 800Notes.com ) Advent LLC; ) JULIA FORTE d/b/a whocallsme.com; ) JAMON SILVA, individually; ) JAMON SILVA d/b/a whocalled.us.com; ) JOHN DOES 1-30; and ) JANE DOES 1-30, ) ) | |
| Defendants. ) | |

## AFFIDAVIT OF ANDREW SMITH

I, Andrew Smith, am over the age of 18 and I am competent to testify about the facts in this Affidavit, all on personal knowledge.

1.   I am the founder and president of Houlihan Smith & Company, Inc.® ("Houlihan Smith"). Houlihan Smith is a Nevada corporation with its principal place of business located at 105 West Madison, Chicago, Illinois. Houlihan Smith also has other offices located in New York, Los Angeles, London, Oxford & Accra.

2.   Houlihan Smith Advisors, LLC ("Houlihan Smith Advisors" or "Houlihan Advisors") is a Nevada limited liability company with its principal place of business located at 105 West Madison, Chicago, Illinois.

3.   Houlihan Smith is the owner of the common law trademark "Houlihan Smith," which it has used in connection with its investment banking services continuously and exclusively since 1996. Houlihan Smith is also the owner of U.S. Trademark Registration Nos.



EXHIBIT
E

3,390,591 for Houlihan Smith & Company, Inc. (words only) and 3,387,276 for Houlihan Smith & Company Inc. (words and design) (hereinafter referred to as "the Houlihan Marks"). *See* Exhibit A. The Houlihan Marks were filed with the USPTO in 2007 and reside on the Principal Register. *See id.* The Houlihan Marks have been used in connection with Houlihan Smith's financial advisory and financing services throughout the state of Illinois and on the internet.

4.     Houlihan Smith is a national investment banking firm that provides financial advisory and financing services to public and private businesses. Since its inception in 1996, it has specialized in providing financial opinions, valuation services and corporate advisory services to public and private businesses. It is recognized as a leading provider of financial opinions, valuation, financing, merger and acquisitions, and other corporate advisory services.

5.     Houlihan Smith is also a registered broker-dealer and a member of the Financial Industry Regulatory Authority ("FINRA"). FINRA is the largest independent regulator for all securities firms doing business in the United States. Throughout its 14 years of providing investment banking and other financial related services to customers, Houlihan Smith has never been the subject of a complaint filed by any of its customers before FINRA or its predecessor institution, the National Association of Securities Dealers.

6.     I recently learned that various unknown individuals and/or entities have published and used, and continue to publish and use, false, inaccurate and extremely offensive statements about Houlihan Smith, Houlihan Smith Advisors, me, the vice-chairman of Houlihan Smith, other principals, employees, agents and representatives on the websites located at 800Notes.com, Whocallsme.com and Whocalled.us.com (the "Websites"). A copy of the defamatory postings are attached to the Complaint as Exhibits B through D.

7.     Neither Houlihan Smith, Houlihan Smith Advisors, nor I have authorized the publication or use of the materials in Exhibit B or the information therein for any purpose.

8.     In particular, the anonymous posting dated April 6, 2010 that was published on 800Notes.com and Whocallsme.com is false, entirely inaccurate, and malicious ("April 6 Posting"). Houlihan Smith is not now and has never been a "scam" or a "lawsuit waiting to happen" as stated in the April 6 Posting. Houlihan Smith is not under investigation by FINRA or any other entity, as claimed in the April 6 Posting. I am the president and founder of Houlihan Smith. I am not a scam artist, but a highly experienced and successful investment banker. I have significant knowledge and expertise in the valuation of businesses and all other aspects of valuation in the financial services industry in which Houlihan Smith operates. All of the services Houlihan Smith provides and for which it receives payment are valuable and necessary to an appropriate valuation of a customer's business and/or assets or other financial services provided by Houlihan Smith. At no time has an auditor refused to accept valuations performed by me or any other individual associated with Houlihan Smith.

9.     The April 6 Posting also falsely and maliciously accuses me of being "an ex-con for a scam involving commodities." That statement is patently false and highly offensive. I have never been accused or convicted of any crime or scam. I have never been accused or convicted of any crime or scam involving commodities.

10.    No employee or individual associated with Houlihan Smith trains its employees to be "rude to administrative assistants." Neither I nor anyone else at Houlihan Smith is "verbally abusive to [Houlihan's] employees" as stated in the April 6 Posting. No aspect of Houlihan Smith is a "scam", including the 3rd floor and 15th floors of Houlihan's offices.

3

11.     I have not, and no other individual employed by or otherwise associated with Houlihan Smith, authorized anyone to publish the false information contained in the April 6 Posting or otherwise appearing on the Websites concerning Houlihan Smith and Houlihan Smith Advisors or their principals, employees, agents or representatives.

12.     The other unauthorized publications/postings in Exhibit B and appearing on 800Notes.com, Whocallsme.com and Whocalled.us.com are also false, misleading and inaccurate. Among the defamatory statements located on the Websites are the following:

- You are full of sh\*\*! You have been on other complaint sites regarding this scam company Houlihan/Smith. See http://whocalled.us/lookup/3124995900.

- "Once the scam was complete and Houlihan had all of our cash reserves and we couldn't afford to give them anymore to produce these pretty looking folders...they disappeared..." Houlihan Scam - 5 Jan 2009. See http://whocallsme.com/Phone-Number.aspx/3124995900.

- "Absolute scam and only sucker would fall for it." Crystal display, Delama City, Delaware, U.S.A. See http://800notes.com/Phone.aspx/1-312-499-5900/5.

- "looked it up and found out it was Holiahan (sic) and smith... They are like IPA out in Buffalo Grove... Ripe (sic) off artists..." Cocoa MC 20 - 27 Feb 2009. See http://800notes.com/Phone.aspx/1-312-499-5900.

- "I was stupid enough to take a job with this strong armed scam company that calls itself an investment banking advisory firm. ... This company lies to its so called clients. It lies to it's (sic) employees..." Former employee. See http://800notes.com/Phone.aspx/1-312-499-5900/2.

- "Houlihan clearly is a scam..." Not quite right - 5 May 2009. See http://800notes.com/Phone.aspx/1-312-499-5900/4.

- "... they were not in the business of doing anything other than ripping us off.... * * * Thank you very much to the commentors on this site - you just saved my company a lot of money." Caitlin - 15 Jun 2009. See http://800notes.com/Phone.aspx/1-312-499-5900/8.

- "... a former senior associate who collected checks in the field for HS Advisors LLC was an ex-con who ran a commodity pool scam and bilked 25 investors out of $5 million and spent 51 months in a federal "condo". Rest Of The Story - 2 Feb 2010. See http://800notes.com/Phone.aspx/1-312-499-5900/9.

4

Copies of these false and defamatory postings are attached to the Complaint as Exhibits B (800Notes), C (whocallsme), and D (whocalled.us.com). The statements in the attachments are false. Houlihan Smith and Houlihan Smith Advisors are not now and never have been a "scam", "rip off", "fraud", or a "boiler room." Neither Houlihan Smith, Houlihan Smith Advisors, nor any of their employees or representatives has lied to, scammed, ripped off, or defrauded any of their customers or any other individual or entity. They do not operate a "boiler room". Nor has any employee, representative, agent, or individual associated with Houlihan Smith or Houlihan Smith Advisors been accused, or convicted, of a crime. Neither company has any "ex-cons" in its employment or otherwise associated with it.

13.    The false and defamatory statements on the Websites, the unauthorized use and resulting dilution of the Houlihan Marks, and violation of the right of publicity of Houlihan Smith's principals, employees, agents and representatives have caused and continue to cause Houlihan Smith and Houlihan Smith Advisors significant harm to their reputations and to the reputations of their employees, representatives, principals, owners, and agents, including Charles Botchway and myself. The false and defamatory statements on the Websites have caused and continue to cause significant monetary damage to Houlihan Smith, Houlihan Smith Advisors, and to their employees, representatives, principals, owners, and agents, including Charles Botchway and myself.

14.    If the false publications are not removed from the Websites or all access to them forever blocked, Houlihan Smith and Houlihan Smith Advisors will continue to suffer irreparable harm to their reputations and to the reputations of their employees, representatives, principals, owners, and agents. In particular, the harm to the reputations of Mr. Botchway and me that the postings have already caused is immeasurable and that harm will continue into the

5

future with untold negative consequences if the postings are not immediately removed and/or all access to them completely blocked.

15.    The publication and use of the publications has significantly damaged Houlihan's ability to attract new customers and new employees; existing customers and employees have repeatedly questioned the accuracy of the publications, threatening Houlihan's ability to maintain these customers and employees. I have been forced to explain the inaccurate postings in my personal and professional life. They have and will continue, if not removed, harm Houlihan and me.

16.    On information and belief, the individuals publishing these false and defamatory statements are part of a malicious conspiracy and scheme to harm Houlihan Smith, Houlihan Smith Advisors, and their employees, representatives, principals, owners, and agents without reason or justification.

17.    These false statements are so widely publicized that Houlihan Smith, Houlihan Smith Advisors, and their employees find themselves constantly having to explain and defend the false statements in their business and in their private and personal lives.

18.    I and the other principals, employees, agents and representatives identified in the defamatory postings have authorized Houlihan Smith and Houlihan Smith Advisors to bring an action on my behalf under the Illinois Right of Publicity Act against Defendants.

6

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil

Procedure, the undersigned certifies that the statements set forth in this instrument are true and

correct, except as to those matters stated to be on information and belief, and as to such matters

the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Andrew Smith
PRESIDENT

DM1\2152257.4

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| HOULIHAN SMITH & COMPANY,<br>INC.® and HOULIHAN SMITH<br>ADVISORS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JULIA FORTE, individually;<br>JULIA FORTE d/b/a 800Notes.com<br>Advent LLC;<br>JULIA FORTE d/b/a whocallsme.com;<br>JAMON SILVA, individually;<br>JAMON SILVA d/b/a whocalled.us.com;<br>JOHN DOES 1-30; and<br>JANE DOES 1-30,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

10CH16477

Case No.

## VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

Houlihan Smith & Company, Inc.® ("Houlihan Smith") and Houlihan Smith Advisors,

LLC ("Houlihan Smith Advisors") (Houlihan Smith and Houlihan Smith Advisors are

collectively referred to as "Plaintiffs" or "Houlihan"), for their complaint against the Defendants,

Julia Forte, individually ("Forte"); Julia Forte d/b/a/ 800Notes.com Advent LLC ("800Notes");

Julia Forte d/b/a whocallsme.com ("Whocallsme"); Jamon Silva, individually ("Silva"); Jamon

Silva d/b/a whocalled.us.com ("Whocalled.us") (800Notes, Whocallsme, Whocalled.us, Forte,

and Silva collectively are referred to as the "Website Defendants"); John Does 1-30; and Jane

Does 1-30 (collectively are referred to as the "Jane and John Doe Defendants") (the Website

Defendants and the Jane and John Doe Defendants collectively are referred to as the

"Defendants"), for defamation *per se* and *per quod*, violation of the Illinois Trademark

Registration and Protection Act, violation of the Illinois Right of Publicity Act, misappropriation

of trademark and mark, violation of the Illinois Fair Trade Practices Act, violation of the Illinois

Consumer Fraud and Deceptive Business Practices Act, and for the issuance of a temporary restraining order, preliminary and permanent injunction, state as follows:

## NATURE OF ACTION

1.      This action concerns numerous false, defamatory and disparaging statements about Houlihan on the websites 800Notes.com, Whocallsme.com, and Whocalled.us.com. (800Notes.com, Whocallsme.com and Whocalled.us.com are collectively referred to as the "Websites."). Julia Forte owns and operates the websites 800 Notes.com and Whocallsme.com. Jamon Silva owns and operates the website Whocalled.us.com.

2.      Over the course of the past year, unidentified individuals and/or entities, *i.e.* the Jane and John Doe Defendants, have engaged in a malicious campaign to ruin the reputation of Plaintiffs and their principals, employees, agents and representatives by repeatedly publishing and re-publishing false and defamatory statements on the Websites.

3.      As recently as April 6, 2010, the wrongful campaign to harm Plaintiffs resulted in the publication of a harassing defamatory and disparaging comment posted on 800Notes and Whocallsme. These statements attribute criminal conduct to Plaintiffs and two of their principals, impute an inability by Plaintiffs and their principals to properly discharge the duties of their employment and, *inter alia*, impute an inability of Plaintiffs and their principals to properly perform the duties of their profession and business. These statements are completely false.

4.      On April 12, 2010, Plaintiffs provided written notice to the Website operators, informing them that the statements in the April 6, 2010 posting, as well as additional postings on the Websites, were false and defamatory. Plaintiffs requested that the Website Defendants voluntarily remove, and/or block access to, the defamatory postings. The Website Defendants have refused without reason or justification to comply with Plaintiffs' request.

2

5.      To remedy the continued dissemination and impermissible use of Plaintiffs'
intellectual property rights and to stop the significant decline and loss of revenue the Plaintiffs
currently are suffering, Plaintiffs ask this Court to enter a temporary restraining order,
preliminary injunction, and permanent injunction against the Website Defendants and the owners
and/or operators of these Websites (Forte and Silva), to remove and/or block access to all of the
defamatory postings on the Websites until further order of this Court.

6.      Plaintiffs bring claims for defamation against the individuals and/or entities that
have posted the defamatory comments (the Jane and John Doe Defendants) and against the
Website Defendants because of their substantial assistance and continued dissemination and re-
publication of the defamatory materials and malicious use of Houlihan Smith's trademarks and
other intellectual property rights, for defamation *per se*, violation of the Illinois Trademark
Registration and Protection Act, violation of the Illinois Right of Publicity Act, misappropriation
of trademark, and violation of the Illinois Consumer Fraud and Deceptive Practices Act, Illinois
Uniform Deceptive Trade Practices Act.

7.      Plaintiffs are entitled to injunctive relief.  They have a protectable interest in the
continued operation of their business free from unlawful interference, the use and enjoyment of
Houlihan Smith's trademarks, right of publicity, and other intellectual property rights.  Plaintiffs
do not have an adequate remedy at law as no monetary award can possibly compensate Plaintiffs
for the significant revenue and goodwill they have already lost and continue to lose as a result of
the defamatory postings and malicious violation of their intellectual property rights throughout
the world.  The balance of harms strongly favors Plaintiffs.

8.      The Defendants will suffer no prejudice or harm.  They have the absolute right to
remove access to all of the harassing and defamatory postings.  They do not have the right to use

3

and misappropriate Plaintiffs' intellectual property rights. The Jane and John Doe Defendants' defamatory statements are not entitled to any protections, neither at common law nor under the Constitution. Moreover, the Communications Decency Act, 47 U.S.C. § 2301, *et seq.* ("CDA"), does not insulate the Website Defendants from liability in this action or Plaintiffs' request for injunction relief.

9.   This is an emergency because the April 6, 2010 posting falsely represents that principals of Plaintiffs are scam artists and ex-cons, among other false statements, which is causing significant harm to Plaintiffs and their owners and managers. By entering a temporary restraining order and preliminary injunction blocking access to, or removing the defamatory postings, the Court can maintain the *status quo* among all of the parties.

## PARTIES

10.   Houlihan Smith is an investment banking firm that is incorporated in Nevada and has its principal place of business in Chicago, Illinois.

11.   Houlihan Smith Advisors is a financial services company that is incorporated in Nevada and has its principal place of business in Chicago, Illinois.

12.   Forte, an individual, is the registered owner of the websites 800Notes.com and Wocallsme.com, and a resident and citizen of North Carolina. Forte does business as and/or operates 800Notes.com and as Whocallsme.com.

13.   Silva, an individual, is the registered owner of the website Whocalled.us.com, and a resident and citizen of Massachusetts. Silva does business as and/or operates Whocalled.us.com.

4

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

|  |  |  |
|---|---|---|
| HOULIHAN SMITH & COMPANY, INC.® and HOULIHAN SMITH ADVISORS, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | 10 CH 16477 |
| v. | ) ) | Case No. |
| JULIA FORTE, individually; JULIA FORTE d/b/a 800Notes.com Advent LLC; JULIA FORTE d/b/a whocallsme.com; JAMON SILVA, individually; JAMON SILVA d/b/a whocalled.us.com; JOHN DOES 1-30; and JANE DOES 1-30, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

Houlihan Smith & Company, Inc.® ("Houlihan Smith") and Houlihan Smith Advisors,

LLC ("Houlihan Smith Advisors") (Houlihan Smith and Houlihan Smith Advisors are

collectively referred to as "Plaintiffs" or "Houlihan"), for their complaint against the Defendants,

Julia Forte, individually ("Forte"); Julia Forte d/b/a/ 800Notes.com Advent LLC ("800Notes");

Julia Forte d/b/a whocallsme.com ("Whocallsme"); Jamon Silva, individually ("Silva"); Jamon

Silva d/b/a whocalled.us.com ("Whocalled.us") (800Notes, Whocallsme, Whocalled.us, Forte,

and Silva collectively are referred to as the "Website Defendants"); John Does 1-30; and Jane

Does 1-30 (collectively are referred to as the "Jane and John Doe Defendants") (the Website

Defendants and the Jane and John Doe Defendants collectively are referred to as the

"Defendants"), for defamation *per se* and *per quod*, violation of the Illinois Trademark

Registration and Protection Act, violation of the Illinois Right of Publicity Act, misappropriation

of trademark and mark, violation of the Illinois Fair Trade Practices Act, violation of the Illinois

Consumer Fraud and Deceptive Business Practices Act, and for the issuance of a temporary restraining order, preliminary and permanent injunction, state as follows:

## NATURE OF ACTION

1.      This action concerns numerous false, defamatory and disparaging statements about Houlihan on the websites 800Notes.com, Whocallsme.com, and Whocalled.us.com. (800Notes.com, Whocallsme.com and Whocalled.us.com are collectively referred to as the "Websites."). Julia Forte owns and operates the websites 800 Notes.com and Whocallsme.com. Jamon Silva owns and operates the website Whocalled.us.com.

2.      Over the course of the past year, unidentified individuals and/or entities, *i.e.* the Jane and John Doe Defendants, have engaged in a malicious campaign to ruin the reputation of Plaintiffs and their principals, employees, agents and representatives by repeatedly publishing and re-publishing false and defamatory statements on the Websites.

3.      As recently as April 6, 2010, the wrongful campaign to harm Plaintiffs resulted in the publication of a harassing defamatory and disparaging comment posted on 800Notes and Whocallsme.  These statements attribute criminal conduct to Plaintiffs and two of their principals, impute an inability by Plaintiffs and their principals to properly discharge the duties of their employment and, *inter alia*, impute an inability of Plaintiffs and their principals to properly perform the duties of their profession and business.  These statements are completely false.

4.      On April 12, 2010, Plaintiffs provided written notice to the Website operators, informing them that the statements in the April 6, 2010 posting, as well as additional postings on the Websites, were false and defamatory.  Plaintiffs requested that the Website Defendants voluntarily remove, and/or block access to, the defamatory postings.  The Website Defendants have refused without reason or justification to comply with Plaintiffs' request.

5.      To remedy the continued dissemination and impermissible use of Plaintiffs'
intellectual property rights and to stop the significant decline and loss of revenue the Plaintiffs
currently are suffering, Plaintiffs ask this Court to enter a temporary restraining order,
preliminary injunction, and permanent injunction against the Website Defendants and the owners
and/or operators of these Websites (Forte and Silva), to remove and/or block access to all of the
defamatory postings on the Websites until further order of this Court.

6.      Plaintiffs bring claims for defamation against the individuals and/or entities that
have posted the defamatory comments (the Jane and John Doe Defendants) and against the
Website Defendants because of their substantial assistance and continued dissemination and re-
publication of the defamatory materials and malicious use of Houlihan Smith's trademarks and
other intellectual property rights, for defamation *per se*, violation of the Illinois Trademark
Registration and Protection Act, violation of the Illinois Right of Publicity Act, misappropriation
of trademark, and violation of the Illinois Consumer Fraud and Deceptive Practices Act, Illinois
Uniform Deceptive Trade Practices Act.

7.      Plaintiffs are entitled to injunctive relief.  They have a protectable interest in the
continued operation of their business free from unlawful interference, the use and enjoyment of
Houlihan Smith's trademarks, right of publicity, and other intellectual property rights.  Plaintiffs
do not have an adequate remedy at law as no monetary award can possibly compensate Plaintiffs
for the significant revenue and goodwill they have already lost and continue to lose as a result of
the defamatory postings and malicious violation of their intellectual property rights throughout
the world.  The balance of harms strongly favors Plaintiffs.

8.      The Defendants will suffer no prejudice or harm.  They have the absolute right to
remove access to all of the harassing and defamatory postings.  They do not have the right to use

3

and misappropriate Plaintiffs' intellectual property rights. The Jane and John Doe Defendants' defamatory statements are not entitled to any protections, neither at common law nor under the Constitution. Moreover, the Communications Decency Act, 47 U.S.C. § 2301, *et seq.* ("CDA"), does not insulate the Website Defendants from liability in this action or Plaintiffs' request for injunction relief.

9.     This is an emergency because the April 6, 2010 posting falsely represents that principals of Plaintiffs are scam artists and ex-cons, among other false statements, which is causing significant harm to Plaintiffs and their owners and managers. By entering a temporary restraining order and preliminary injunction blocking access to, or removing the defamatory postings, the Court can maintain the *status quo* among all of the parties.

## PARTIES

10.     Houlihan Smith is an investment banking firm that is incorporated in Nevada and has its principal place of business in Chicago, Illinois.

11.     Houlihan Smith Advisors is a financial services company that is incorporated in Nevada and has its principal place of business in Chicago, Illinois.

12.     Forte, an individual, is the registered owner of the websites 800Notes.com and Wocallsme.com, and a resident and citizen of North Carolina. Forte does business as and/or operates 800Notes.com and as Whocallsme.com.

13.     Silva, an individual, is the registered owner of the website Whocalled.us.com, and a resident and citizen of Massachusetts. Silva does business as and/or operates Whocalled.us.com.

4

14.    Jane and John Doe Defendants have been anonymously posting and continue to post false and disparaging statements about Plaintiffs and their principals, employees, agents and representatives on the Websites.

15.    On information and belief, the Jane and John Doe Defendants consist of a group of individuals and/or competitors of Plaintiffs that create email accounts using fictitious names in order to anonymously post false statements about Plaintiffs.

16.    Based on the information contained in the April 6, 2010 posting on 800Notes and Whocallsme, the individual making the defamatory comments in this posting is a former employee of Plaintiffs in their Chicago, Illinois office.

## JURISDICTION AND VENUE

17.    This Court has personal jurisdiction over the Defendants pursuant to 735 ILCS 5/2-209(a) and (b) because they have transacted business in Illinois and intentionally directed harmful and egregious tortious and intentional acts to Plaintiffs, whose principal place of business is located in Chicago, Illinois, in reckless or intentional disregard for the truth of the postings and harm they are causing Plaintiffs.  735 ILCS 5/2-209(a) and (b).  Further, the Website Defendants also engage in substantial internet advertising and solicitations over the internet, in Illinois, and throughout the world.

18.    Venue is proper in this Circuit Court under 735 ILCS 5/2-101 because some or all of the events and transactions that form the basis of this action occurred in Cook County, Illinois.

## FACTUAL BACKGROUND

19.    Houlihan Smith is an investment banking firm based in Chicago, Illinois that provides financial advisory and financing services to public and private businesses in Illinois and throughout the United States.

20.    Houlihan Smith Advisors is a financial services firm based in Chicago, Illinois.

5

21.     Houlihan Smith is the owner of U.S. Trademark Registration Nos. 3,390,591 for Houlihan Smith & Company, Inc. (words only) and 3,387,276 for Houlihan Smith & Company Inc. (words and design) (hereinafter referred to as "the Houlihan Marks"). *See* **Exhibit A**. The Houlihan Marks have been used in connection with Houlihan Smith's financial advisory and financing services throughout the state of Illinois and on the internet. This use has been continuous and exclusive since at least 1996. *See* the Affidavits of Charles Botchway and Andrew Smith attached hereto as **Exhibits E and F**, respectively.

22.     Houlihan Smith is a registered broker dealer with the Financial Industry Regulatory Authority ("FINRA"). FINRA is the largest independent regulator for all securities firms doing business in the United States. "FINRA is dedicated to investor protection and market integrity through effective and efficient regulation and complementary compliance and technology-based services." *See* http//www.finra.org.

23.     As a member of FINRA, any customer complaints regarding Houlihan Smith's financial and security-based services in the financial industry are required to be filed and processed before FINRA. Tellingly, throughout their existence, there have never been any customer complaints filed against Plaintiffs before FINRA or its predecessor, National Association of Security Dealers.

24.     However, in a malicious scheme, or individual spite, to harm and disparage the reputations of Plaintiffs and their principals, employees, agents and representatives, various unidentified individuals and/or entities (*i.e.*, the Jane and John Doe Defendants) have been anonymously posting and continuing to post false and disparaging statements about Plaintiffs and their principals, employees, agents and representatives on the Websites.

6

25.    To carry out their wrongful conduct, these individuals and/or entities create false

email accounts using fictitious names in order to anonymously post false statements about

Plaintiffs. They have no legitimate reason for their conduct.

26.    Among the *per se* defamatory statements currently located on the Websites and

being disseminated throughout the world by the Website Defendants are the following:

- You are full of sh**! You have been on other complaint sites regarding this **scam**
  company Houlihan/Smith. *See* http://whocalled.us/lookup/3124995900.

- "Once the **scam** was complete and Houlihan had all of our cash reserves and we
  couldn't afford to give them anymore to produce these pretty looking
  folders…they disappeared…" **Houlihan Scam** - 5 Jan 2009. *See*
  http://whocallsme.com/Phone-Number.aspx/3124995900.

- "**Absolute scam** and only sucker would fall for it." 6 Aug 2008, Crystal display,
  Delama City, Delaware, U.S.A. *See* http://800notes.com/Phone.aspx/1-312-499-
  5900/5.

- "looked it up and found out it was Holiahan (sic) and smith… They are like IPA
  out in Buffalo Grove… **Ripe (sic) off artists**…" Cocoa MC 20 - 27 Feb 2009.
  *See* http://800notes.com/Phone.aspx/1-312-499-5900.

- "I was stupid enough to take a job with this strong armed **scam company** that
  calls itself an investment banking advisory firm. … **This company lies to its so
  called clients. It lies to it's (sic) employees**…An investment bank is typically
  filled with ivy league graduates and MBA's. This company is filled with people
  who can hardly get a job. … **They scammed their clients at that firm and they
  are doing the same here. BEWARE**!!! I guarantee they will get sued numerous
  times for **scamming clients** for $30K to $100K for so called advisory work as a
  bait to get them to think they will get funded with debt or equity. Yeah right.…"
  Former employee. *See* http://800notes.com/Phone.aspx/1-312-499-5900/2.

- "Houlihan clearly is a **scam**…" Not quite right - 5 May 2009. *See*
  http://800notes.com/Phone.aspx/1-312-499-5900/4.

- "… they were not in the business of doing anything other than **ripping us off**…. *
  * * Thank you very much to the commentors on this site - you just saved my
  company a lot of money." Caitlin - 15 Jun 2009. *See*
  http://800notes.com/Phone.aspx/1-312-499-5900/8.

- "Sure it's an 'investment banking firm', **but one of high repute? I think not. . .
  This company is a joke** — …." I used to work there too – 4 July 2008. *See*
  http//800notes.com/Phone.aspx/1-312-499-5900/4.