**800notes** Directory of UNKNOWN Callers                                                              sign in | register

### Legal Stuff

Sometimes we receives notices from companies, individuals, and their lawyers who claim that false information about them has been posted on this website. These people often threaten to sue 800notes.com for defamation and other claims unless the statements they do not like are removed.

If you are about to write us a threatening letter or even consider making a trip to your lawyer because you feel that someone posted false or inaccurate information about you or your company, please read this page.

#### WHY SUING 800NOTES.COM IS A BAD IDEA

Suing 800notes.com and its owners will turn into a waste of your time and money simply because, as an interactive computer service provider, we are not liable for the content posted by the users of the service.

We realize that it might be difficult to understand since the content you do not like appears on our website. But imagine that your computer got a virus from the Internet, so you decide to sue your internet provider because they have allowed the virus to get to your computer via their cable lines. Doesn't sound right, does it? Your internet provider cannot possibly check and guarantee safety of every file you download. They are service providers, and the author of the virus is the one at fault.

800notes.com is a service provider just like your internet company. We cannot possibly monitor the accuracy of the huge volume of information that our users may choose to post and are not liable for the content we do not post.

This immunity is granted by the federal law called the Communications Decency Act or "CDA", 47 U.S.C. § 230, which says that *"No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider."*

Because the content on 800notes.com is authored by users of the site, we cannot be legally regarded as the "publisher or speaker" of the postings contained here, and hence we are not liable for the statements that others have written even if they contain false or inaccurate information.

Here is a link that will help you understand the law:

- http://www.citmedialaw.org/legal-guide/immunity-online-publishers-under-communications-decency-act

That's why it's nearly impossible for 800notes.com to lose a lawsuit. 800notes.com is immune from virtually every type of civil liability when it is sued based on information posted by a third party. If your lawyer claims otherwise, s/he is either incompetent or just wants to get some billable hours. Not only will you lose, it will very likely end up being very expensive for you because in addition to the fees you pay to your attorney, 800notes.com will not stipulate to a dismissal of the case unless the party who filed the suit agrees to pay all our attorney fees.

#### THIS DOES NOT MEAN THAT THERE IS NOTHING YOU CAN DO

You can write a polite rebuttal to the post. Just click the 'Reply' button at the bottom of the post and explain your side of the story.

Look at it as an opportunity to better understand your clients and improve your business operations. Every business has unhappy customers but only successful one can turn unsatisfied client into a loyal customer.

If you know the statement is false, explain it in your response. If the poster cannot back up their claims, it will only prove that the claims are false and that you CARE.

Sometimes we receive letters demanding that we remove postings because they violate our Terms of Service, which prohibits posting false information. Please understand that we cannot serve as the judge or jury in such disputes, and have no way to determine if the information is true. That has to be determined in court, not by us. We will remove the content once we receive a lawful court order with proper jurisdiction.

If the above solution still does not satisfy you, and you want to pursue the poster who violated your rights, you will need to file a law suit against the author, NOT 800NOTES.COM. Consult a knowledgeable attorney who can help you better understand the procedure.

Please do not ask us to reveal poster's IP information or any other information we might have about the user. We are committed to protecting our user privacy and require that we are presented with a valid subpoena from a court or governmental entity with proper jurisdiction before any personally identifying information is released.

If a posting contains private information such as a social security number, bank account details, or threats of violence, we will try to remove it. Please use the 'Abuse' button to report abusive postings.

Homepage
News
Articles
Videos

#### PHONE NUMBER SEARCH

[Search]

Type a phone number, for example 777-777-7777

#### LATEST NEWS
- Auto Warranty Robocallers Must Sell Own Cars For Consumer Redress
- Confessions of a Collector
- New 800notes Design and Features
- Florida Man Charged in Telephone Cramming Scheme
- Vision Media Sues 800notes

banner ads will be back after this message:

### Etiquette at 800Notes

a message from admins:

"Here at 800Notes we are asking you to

use no offensive language
post no threats of any kind
be nice to each other
refrain from using ALL CAPS

Thank you."

#### LATEST ARTICLES
- 16 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

#### LATEST VIDEOS
- Gaeri's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

Copyright 800notes.com 2009 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff


EXHIBIT 6

banner ads will be back after
this message:

## Etiquette at 800Notes

a message from admins:
"Please help keep the board
profanity free and
report messages
sprinkled with
\* \*\*\* \*\* \* \*\* \*\*\* \*\*\*
Thank you."

**800notes** Directory of UNKNOWN callers                                                  sign in | register

## Legal Stuff

Sometimes we receives notices from companies, individuals, and their lawyers who claim that false information about them has been posted on this website. These people often threaten to sue 800notes.com for defamation and other claims unless the statements they do not like are removed.

If you are about to write us a threatening letter or even consider making a trip to your lawyer because you feel that someone posted false or inaccurate information about you or your company, please read this page.

### WHY SUING 800NOTES.COM IS A BAD IDEA

Suing 800notes.com and its owners will turn into a waste of your time and money simply because, as an interactive computer service provider, we are not liable for the content posted by the users of the service.

We realize that it might be difficult to understand since the content you do not like appears on our website. But imagine that your computer got a virus from the Internet, so you decide to sue your internet provider because they have allowed the virus to get to your computer via their cable lines. Doesn't sound right, does it? Your internet provider cannot possibly check and guarantee safety of every file you download. They are service providers, and the author of the virus is the one at fault.

800notes.com is a service provider just like your internet company. We cannot possibly monitor the accuracy of the huge volume of information that our users may choose to post and are not liable for the content we do not post.

This immunity is granted by the federal law called the Communications Decency Act or "CDA", 47 U.S.C. § 230, which says that *"No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider."*

Because the content on 800notes.com is authored by users of the site, we cannot be legally regarded as the "publisher or speaker" of the postings contained here, and hence we are not liable for the statements that others have written even if they contain false or inaccurate information.

Here is a link that will help you understand the law:

- http://www.citmedialaw.org/legal-guide/immunity-online-publishers-under-communications-decency-act

That's why it's nearly impossible for 800notes.com to lose a lawsuit. 800notes.com is immune from virtually every type of civil liability when it is sued based on information posted by a third party. If your lawyer claims otherwise, s/he is either incompetent or just wants to get some billable hours. Not only will you lose, it will very likely end up being very expensive for you because in addition to the fees you pay to your attorney, 800notes.com will not stipulate to a dismissal of the case unless the party who filed the suit agrees to pay all our attorney fees.

### THIS DOES NOT MEAN THAT THERE IS NOTHING YOU CAN DO

You can write a polite rebuttal to the post. Just click the 'Reply' button at the bottom of the post and explain your side of the story.

Look at it as an opportunity to better understand your clients and improve your business operations. Every business has unhappy customers but only successful one can turn unsatisfied client into a loyal customer.

If you know the statement is false, explain it in your response. If the poster cannot back up their claims, it will only prove that the claims are false and that you CARE.

Sometimes we receive letters demanding that we remove postings because they violate our Terms of Service, which prohibits posting false information. Please understand that we cannot serve as the judge or jury in such disputes, and have no way to determine if the information is true. That has to be determined in court, not by us. We will remove the content once we receive a lawful court order with proper jurisdiction.

If the above solution still does not satisfy you, and you want to pursue the poster who violated your rights, you will need to file a law suit against the author, NOT 800NOTES.COM. Consult a knowledgeable attorney who can help you better understand the procedure.

Please do not ask us to reveal poster's IP information or any other information we might have about the user. We are committed to protecting our user privacy and require that we are presented with a valid subpoena from a court or governmental entity with proper jurisdiction before any personally identifying information is released.

If a posting contains private information such as a social security number, bank account details, or threats of violence, we will try to remove it. Please use the 'Abuse' button to report abusive postings.

---

Homepage
News
Articles
Videos

**PHONE NUMBER SEARCH**

[ Search ]

Type a phone number for example, 777-777-7777

**LATEST NEWS**
- Auto Warranty Robocallers Must Sell Own Cars For Consumer Redress
- Confessions of a Collector
- New 800notes Design and Features
- Florida Man Charged in Telephone Cramming Scheme
- Vision Media Sues 800notes

banner ads will be back after this message:

### Etiquette at 800Notes

a message from admins:

"Here at 800Notes we are asking you to

use no offensive language
post no threats of any kind
be nice to each other
refrain from using ALL CAPS

Thank you."

**LATEST ARTICLES**
- 16 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

**LATEST VIDEOS**
- Gaeri's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

---

Copyright 800notes.com 2009 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff