**WhoCallsMe**                                                                  sign in | register

### Legal Stuff

Sometimes we receives notices from companies, individuals, and their lawyers who claim that false information about them has been posted on this website. These people often threaten to sue WhoCallsMe.com for defamation and other claims unless the statements they do not like are removed.

If you are about to write us a threatening letter or even consider making a trip to your lawyer because you feel that someone posted false or inaccurate information about you or your company, please read this page.

#### WHY SUING WHOCALLSME.COM IS A BAD IDEA

Suing WhoCallsMe.com and its owners will turn into a waste of your time and money simply because, as an interactive computer service provider, we are not liable for the content posted by the users of the service.

We realize that it might be difficult to understand since the content you do not like appears on our website. But imagine that your computer got a virus from the Internet, so you decide to sue your internet provider because they have allowed the virus to get to your computer via their cable lines. Doesn't sound right, does it? Your internet provider cannot possibly check and guarantee safety of every file you download. They are service providers, and the author of the virus is the one at fault.

WhoCallsMe.com is a service provider just like your internet company. We cannot possibly monitor the accuracy of the huge volume of information that our users may choose to post and are not liable for the content we do not post.

**Phone Number Search**

[ Search ]

Type a phone number, for example: 777-777-7777

This immunity is granted by the federal law called the Communications Decency Act or "CDA", 47 U.S.C. § 230, which says that *"No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider."*

Because the content on WhoCallsMe.com is authored by users of the site, we cannot be legally regarded as the "publisher or speaker" of the postings contained here, and hence we are not liable for the statements that others have written even if they contain false or inaccurate information.

Here is a link that will help you understand the law:

- http://www.citmedialaw.org/legal-guide/immunity-online-publishers-under-communications-decency-act

That's why it's nearly impossible for WhoCallsMe.com to lose a lawsuit. WhoCallsMe.com is immune from virtually every type of civil liability when it is sued based on information posted by a third party. If your lawyer claims otherwise, s/he is either incompetent or just wants to get some billable hours. Not only will you lose, it will very likely end up being very expensive for you because in addition to the fees you pay to your attorney, WhoCallsMe.com will not stipulate to a dismissal of the case unless the party who filed the suit agrees to pay all our attorney fees.

#### THIS DOES NOT MEAN THAT THERE IS NOTHING YOU CAN DO

You can write a polite rebuttal to the post. Just click the 'Reply' button at the bottom of the post and explain your side of the story.

Look at it as an opportunity to better understand your clients and improve your business operations. Every business has unhappy customers but only successful one can turn unsatisfied client into a loyal customer.

If you know the statement is false, explain it in your response. If the poster cannot back up their claims, it will only prove that the claims are false and that you CARE.

Sometimes we receive letters demanding that we remove postings because they violate our Terms of Service, which prohibits posting false information. Please understand that we cannot serve as the judge or jury in such disputes, and have no way to determine if the information is true. That has to be determined in court, not by us. We will remove the content once we receive a lawful court order with proper jurisdiction.

If the above solution still does not satisfy you, and you want to pursue the poster who violated your rights, you will need to file a law suit against the author, NOT WHOCALLSME.COM. Consult a knowledgeable attorney who can help you better understand the procedure.

Please do not ask us to reveal poster's IP information or any other information we might have about the user. We are committed to protecting our user privacy and require that we are presented with a valid subpoena from a court or governmental entity with proper jurisdiction before any personally identifying information is released.

If a posting contains private information such as a social security number, bank account details, or threats of violence, we will try to remove it. Please use the 'Abuse' button to report abusive postings.

Copyright WhoCallsMe.com 2010 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff



EXHIBIT
H

**WhoCallsMe**                                                                                   sign in | register

## Terms of Service

Your use of WhoCallsMe.com is subject to these Terms of Service ("TOS"). We may modify these TOS at any time without notice to you by posting revised TOS. Your use of the website constitutes your binding acceptance of these TOS, including any modifications that we make.

The Service include a combination of content that we create and that other third party content suppliers create. You understand that the Service are provided "AS IS", and that WhoCallsMe.com does not guarantee the accuracy, integrity or quality of any content available on the website. WhoCallsMe.com disclaims all responsibility and liability for the accuracy, availability, timeliness, security or reliability of the Service. We reserve the right to modify, suspend or discontinue the Service with or without notice at any time and without any liability to you.

The Service is directed to adults and teenagers and is not directed to children under the age of 13. You must be 13 years of age or older to use the Service.

**Access to Sites:** WhoCallsMe.com grants you a limited license to access and use the website via Web browsers or RSS readers only. You agree not to copy, republish, frame, download, transmit, modify, rent, lease, loan, sell, assign, distribute, license, sublicense, reverse engineer, or create derivative works based on the Content or Design of the website.

**Phone Number Search**

[ Search ]

Type a phone number, for example: 777-777-7777

In addition, you agree not to use any data mining, robots, or similar data gathering and extraction methods in connection with the website. You further agree that you will not interfere with another member's use and enjoyment of the Service; you will not interfere with or disrupt the security measures of the Service; you will not interfere with or disrupt networks connected to the Service.

**Contribution of Content:** Much of the content of this website is provided by and is the responsibility of the person or people who made those postings. WhoCallsMe.com does not monitor the content and takes no responsibility for such content. However, we reserve the right to delete any Content at any time without notifying the person from which such Content originated.

You agree that you will not post Content that:

- is known by you to be false, inaccurate or misleading
- is for purposes of spamming
- claims the identity, characteristics or qualifications of another person
- is unlawful, threatening, obscene, vulgar, pornographic, profane or indecent including any communication that constitutes (or encourages conduct that would constitute) a criminal offense, gives rise to civil liability or otherwise violates any local, state or federal law
- violates the copyright, trademark or other intellectual property rights
- contains links to viruses, worms or any items of a destructive nature
- for which you were compensated or granted any consideration by any third party

Please be advised that neither WhoCallsMe.com nor any affiliated persons or entities is in a position to investigate, censor or otherwise ensure the accuracy of any comments, remarks or other information posted or generated by users of this Web site, and therefore is not responsible in any way for such Content provided by users or other third parties.

You acknowledge, by using this Web site, that are fully responsible and liable for Content submitted by you.

**Proprietary Rights:** Content displayed on or through the Service is protected by copyright as a collective work and/or compilation. Any reproduction, or redistribution of the site or the collective work is prohibited without the express written consent of WhoCallsMe.com.

By posting Content to any public area of the Service, you automatically grant, and you represent and warrant that you have the right to grant, to WhoCallsMe.com an irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy, perform, display, and distribute said Content and to prepare derivative works of, or incorporate into other works, said Content, and to grant and authorize sublicenses of the foregoing.

**Links to other Websites and Advertisement:** This website includes links to third party sites. You acknowledge and agree that WhoCallsMe.com is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any content, advertising, products, or other materials available from such sites or resources. WhoCallsMe.com takes no responsibility for third party advertisements which are posted on the website, nor does it take any responsibility for the products or services provided by its advertisers.

**User Privacy:** For a description of how WhoCallsMe.com maintains the personal information you provide, please see Privacy Policy.

**Disclaimer of Warranties:** WhoCallsMe.com disclaims any and all responsibility or liability for the accuracy, content, completeness, legality, reliability, or operability or availability of information or Content displayed on the website.

ALL CONTENT IS PROVIDED ON AN "AS IS" BASIS WITHOUT ANY WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMMPLIED. YOU AGREE THAT YOUR USE OF THIS SERVICE IS ENTIRELY AT YOUR OWN RISK.

UNDER NO CIRCUMSTANCES WILL WhoCallsMe.com BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES ARISING OUT OF OR IN CONNECTION WITH USE OF THE SERVICE, EVEN IF WhoCallsMe.com HAS PREVIOUSLY BEEN ADVISED OF, OR REASONABLY COULD HAVE FORESEEN, THE POSSIBILITY OF SUCH DAMAGES.

**Indemnification:** You agree to hold harmless and indemnify WhoCallsMe.com, and its subsidiaries, affiliates, officers, agents, and employees from and against any third-party claim arising from or in any way related to your use of the Service, including any liability or expense arising from all claims, losses, damages (actual and consequential), suits, judgments, litigation costs and attorneys' fees, of every kind and nature.

**Termination:** WhoCallsMe.com reserves the right to immediately terminate your use of, or access to the Service if WhoCallsMe.com decides at its sole discretion that you have breached this Agreement or any relevant law, rule or regulation or you have engaged in conduct that we consider to be inappropriate or

Copyright WhoCallsMe.com 2010 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff    unacceptable.