DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

RICHARD P. DARKE
DIRECT DIAL: 312-499-6743
PERSONAL FAX: +1 312 277 2355
E-MAIL: rpdarke@duanemorris.com

www.duanemorris.com

April 12, 2010

**VIA E-MAIL, FACSIMILE AND US MAIL**

Julia Forte
800Notes.com
Whocallsme.com
624 Holly Springs Rd St.#303
Holly Springs, North Carolina 27540

Re: <u>Houlihan Smith & Company, Inc.® and Houlihan Smith Advisors, LLC</u>

Dear Ms. Forte:

    This firm represents Houlihan Smith & Company, Inc.®, an Illinois-based investment banking and financial services firm and Houlihan Smith Advisors, LLC ("Houlihan Smith" or "Houlihan"). We have recently learned that various defamatory and false statements about Houlihan Smith, its principals and agents have been posted on 800notes.com and whocallsme.com (collectively, the "Websites"). It is our understanding that you own, operate and otherwise manage both the Websites. A copy of the defamatory postings are attached to this letter as Group Exhibit A. As recently as April 6, 2010, patently false and *per se* defamatory statements have been published on your Websites. <u>See</u> Exhibit A. The statements in these postings are completely false. Their sole purpose is to harass, defame and disparage Houlihan Smith and its reputation in the operation of its business and to harass, defame and disparage the reputation of the individuals identified in the same. Houlihan Smith has not authorized the publication or continued publication of these statements.

    The statements identified in Exhibit A are defamatory *per se* under Illinois law. In Illinois, "five categories of statements are considered defamatory *per se*:

    (1) words that impute the commission of a criminal offense;

    (2) words the impute infection with a loathsome communicable disease;

    (3) words that impute an inability to perform or want of integrity in one's discharge of the duties of office or employment;

DUANE MORRIS LLP
190 SOUTH LASALLE STREET, SUITE 3700   CHICAGO, IL 60603-3433   PHONE: 312.499.6700  FAX:


EXHIBIT I

To Whom it May Concern
Julia Forte
April 12, 2010
Page 2

DuaneMorris

   (4) words that prejudice a party, or impute a lack of ability, in his or her trade, profession, or business; and

   (5) accusations of fornication or adultery."

ILLINOIS LAW AND PRACTICE, *Libel and Slander*, Vol. 33A, § 5, pp. 90-92 (West 2005). There is no plausible way to construe the statements in the attached as anything other than defamatory *per se*, as all of them impute the commission of a crime to Houlihan and its officers, principals, agents, and employees; impute an inability to perform or the want of integrity in one's discharge of the duties of office or employment; and/or prejudice Houlihan and its representatives or impute a lack of ability to perform their trade, profession or business.

  In addition to the clear defamatory and malicious nature of the postings, it is also clear that they violate the Website's *Terms of Service*, which provide in part:

> **Contribution of Content:** Much of the content of this website is provided by and is the responsibility of the person or people who made those postings. 800notes.com [and Whocallesme.com] does not monitor the content and takes no responsibility for such content. However, we reserve the right to delete any Content at any time without notifying the person from which such Content originated.
>
> You agree that you will not post Content that:
>
> - is known by you to be false, inaccurate or misleading
> - is for purposes of spamming
> - claims the identity, characteristics or qualifications of another person
> - is unlawful, threatening, obscene, vulgar, pornographic, profane or indecent including any communication that constitutes (or encourages conduct that would constitute) a criminal offense, gives rise to civil liability or otherwise violates any local, state or federal law
> - violates the copyright, trademark or other intellectual property rights
> - contains links to viruses, worms or any items of a destructive nature for which you were compensated or granted any consideration by any third party

http://800notes.com/nb/tos.aspx (emphasis added); http://whocallsme.com/nb/tos.aspx (emphasis added). As noted above, the statements in the postings attached to this letter are false, inaccurate and misleading. They are also unlawful and threatening, giving rise to not only civil liability for defamation, and tortious interference with prospective economic advantage, *inter alia*, but also give rise to claims for violation of the Illinois Deceptive Trade Practices Act, the Illinois Consumer Fraud and Deceptive Trade Practices Act, and are a violation Houlihan Smith's rights in and to its trademark Houlihan Smith & Company, Inc.®

DuaneMorris

To Whom it May Concern
Julia Forte
April 12, 2010
Page 3

    We respectfully request that you remove and/or block access to all statements attached hereto as Exhibit A (and such other postings that contain similar information currently on the Website or posted to the Website in the future) posted on the Websites concerning Houlihan Smith and its principals, agents, representatives, and employees on or before April 15, 2010. Further, we request that the Websites block any additional defamatory statements about Houlihan from being posted on the Websites and block the individuals and/or entities that have published the defamatory and otherwise wrongful comments on the Websites from posting any additional and further statements regarding Houlihan Smith and any of its principals, officers, agents, and representatives.

    The "Terms of Service" Agreement for the Websites specifically authorizes you to delete the information, providing: "[W]e reserve the right to delete any Content at any time without notifying the person from which such Content originated." http://800notes.com/nb/tos.aspx and http://whocallsme.com/nb/tos.aspx. It further authorizes you to block the users from publishing any additional false and defamatory statements:

> **Termination:** [The Website] reserves the right to immediately terminate your use of, or access to the Service if [the Website] decides at its sole discretion that you have breached this Agreement or any relevant law, rule or regulation or you have engaged in conduct that we consider to be inappropriate or unacceptable

Id. As the postings clearly defame Houlihan Smith and its principals and violate the Terms of Service for both Websites, and you have the right to delete the information and block future postings, complying with our request will cause no harm or prejudice to the Websites and require minimal effort on your part. In order to provide you with a good faith basis to comply with our request, I am attaching to this letter as Exhibit B the Affidavit of Charles Botchway, the Group Manager and Vice Chairman of Houlihan Smith & Company, Inc.®

    If you are not able to comply with our request on or before April 15, 2010, we will have no choice but to seek the necessary relief in court.

Very truly yours,

Richard P. Darke

RPD:ga
Enclosure

# EXHIBITS

1-312-499-5900 / 13124995900 9/9     Page 5 of 6

Ah yes, same old story - John Hamilton called and asked for my boss by his first name, as though they are old friends. Usually I just tell people like this (who I do not recognize, when I know 99% of my boss' contacts) that he's not in, but I was off my game this morning. Happily, it turned out he really HAD stepped out of the office, so I miraculously didn't put this fella through. When I said his name to the boss, "oh, John Hamilton called for you..." I got the "confused" face, so I googled his name and phone number, and of course, got this site. Arg. Anyway, unprofessional tactics - where do they think this will get them? My boss is actually a very nice man, and if I had put John H. through, my boss would have humored him for a few minutes, and then firmly ended the conversation. Why must these jokers waste our time?

Caller: Houlihan

Reply

**Warning**
6 Apr 2010

This company is the biggest scam on the face of the earth and it is definitely a lawsuit waiting to happen. In fact, I know they are being looked at. It's sad that a man, Andy Smith, who seems like such a family guy is a scam artist. He has no clue what he is talking about as far as valuations. They hire kids to do the reports and if you are given a quote, don't believe it. They will find a way to squeeze more money out of you. They charge $2500/cusip and they've valued those cusip's a million times. They cut/paste and receive $20,000 for something that took a half hour. If a company asks Houlihan if they provide a certain service and they have never done it, they will tell you they have, try to figure it out, deliver the report late and in horrible quality. Auditors have not accepted these reports and the company is forced to spend more money. Charles Botchway is an ex-con for a scam involving commodities. Check out their website. That's why he is not listed under the professionals tab. They paid Rip Off report a lot of money to remove all the complaints. And everything I read about the "boiler room" is true. They pass around folders of companies and don't put the phone down. They are trained to be rude to administrative assistants and they will get the wrath of charles if not. They are verbally abusive to their employees. Both the 3rd floor and 15th floors are scams. DO NOT TRUST THEM WITH YOUR MONEY!!! I can't wait for the day they finally get busted. It won't be too much longer I can assure you.

Caller: Houlihan Smith

Reply

**Jack**
21 h 57 min ago

Houlihan is an outstanding company. Any reports that is anything but an outstanding company are entirely untrue.

Caller: 3124995900

Reply

**A grown-up replies to Jack**
8 h 55 min ago

Good try at putting a complete sentence together...next thing you know you will be able to recite the alphabet...without notes!!!!

Reply

1 2 3 4 5 6 7 8 [9]

Report-a-phone-call-from-312-499-5900:

Author    jackrengers    ☐ Post anonymously

Message*

Caller Company    The company that called you.

Call Type    Unknown



http://800notes.com/Phone.aspx/1-312-499-5900/9     4/12/2010

1-312-499-5900 / 13124995900 9/9                                                                    Page 3 of 6

**Shippy**
26 Jan 2010

1-26-10 I just received the 2nd call from Jacob at Houlihan Smith, he was everything bad mentioned above. I work directly for the President of the Company and I would not be on his good side if I allowed rude callers such as "Jacob" beyond my desk. I don't understand why there isn't something that we can do to stop these calls? It appears there are enough of us who have been irritated by them, why don't we call them continually, daily and be rude and see how they like it?

*Caller: Houlihan Smith*

Reply | 1

**Admin Assistant**
27 Jan 2010

Received a call. Yes pushy, good sales people are. I did not put them through but they did not get irate or swear. I took a message (name, number, company, nothing more) which I will pass on.

*Caller: Houlihan Hernandez*

Reply | 1

**Jacksonville, FL**
1 Feb 2010

Houlihan & Smith just called and ask for the president of our company by his first name. I asked if I could take a message, he just kept repeating "Is he going to be in today". I said I could probably get ahold of him if he told me the purpose of the call. He did not. I told him we do not take solicitation phone calls. He said it wasn't. He hung up

*Caller ID: 312-499-5900*
*Caller: Houlihan & Smith*
*Call Type: Telemarketer*

Reply | 1

**Rest Of The Story**
2 Feb 2010

There are 2 Houlihan Smith entities...Houlihan Smith & Co. is a legitimate, regulated mid-market investment banking firm. "Houlihan Smith Advisors LLC" is the nightmare being described and the boiler room on the 3rd floor is kept intentionally separate and away from the ivory tower real headquarters upstairs in the leased corporate headquarters in Chicago. Concerning background checks...indeed...a former senior associate who collected checks in the field for HS Advisors LLC was an ex-con who ran a commodity pool scam and bilked 25 investors out of $5 million and spent 51 months in a federal "condo".

Everything else reported from the others here is true...very true...I know I worked for them.

As the late Paul Harvey said..."now you know the rest of the story".

Reply | 1

**Aaron**
1 Mar 2010

Same as above really...they call and ask for the CEO by first name only (big mistake!). I always put the caller to voicemail. They call at least 4-5 times a week. They are persistent though, they've been trying to get through for months.

*Caller: Houlihan Smith*
*Call Type: Telemarketer*

Reply | 1

**Pam**
3 Mar 2010

Houlihan Smith called twice today wanting to talk to me about raising capital for my company. I told them I wasn't interested in talking to them about my finances. The immediately called back after I terminated the call. I told them I wasn't interested and hung up again. Who are these people?

*Caller: Houlihan Smith*

Reply | 1

**Office Manager (15+ yrs. exp.)**
12 Mar 2010

I am an Office Manager with 15+ years of experience in supporting C-level executives and members of several BODs within Fortune 100 companies. I too get calls from this organization and the other administrators just seem to get flustered and upset when the callers treat them rude. When I answer the

Reply |

**SO**
7 Oct 2009

I shouldn't take the "offered right away" entry level position with them huh? Oh by the way, I went to training today and the guy that was training us (his name is Omar, but he calls himself Kevin Miller) didn't know how to spell entrepreneur...he wrote it on the board like entrepanuer (claiming that there should be an "a" somewhere) I wanted to laugh at him so bad but held myself back just in case I decided on taking the job. The receptionist is so rude as well; Kim is nice if you know how to talk to her but she is used to talking to douchbags who usually are the people that work there and that's why she comes off as rude.

Caller: Houlihan Smith

Reply |

**John Thomas**
13 Oct 2009

Got a job offer from a Miss Kim LaDolce, probably one of the rudest most unresponsive human being in North America. My resume is astounding, my past work record is amazing and I'm financially secure for the rest of my life. I was eager to get back to work and this looked like a decent inside sales position. Kim LaDolce called and said she had lost my resume and that I would need to call her back!!! I laughed at her and hung up, she preceded to call my phone 4 or 5 more times. I'm so happy I was able to check these loser scam artists out before I ever really considered it. If you hire moron people, you'll have a co. making moron phone calls.

Caller ID: 312-499-5900
Caller: Houlihan Smith
Call Type: Telemarketer

Reply |

**John Thomas**
13 Oct 2009

Got a job offer from a Miss Kim LaDolce, probably one of the rudest most unresponsive human being in North America. My resume is astounding, my past work record is amazing and I'm financially secure for the rest of my life. I was eager to get back to work and this looked like a decent inside sales position. Kim LaDolce called and said she had lost my resume and that I would need to call her back!!! I laughed at her and hung up, she preceded to call my phone 4 or 5 more times. I'm so happy I was able to check these loser scam artists out before I ever really considered it. If you hire moron people, you'll have a co. making moron phone calls.

Caller ID: 312-499-5900
Caller: Houlihan Smith
Call Type: Telemarketer

Reply |

**Bohdan replies to John Thomas**
13 Oct 2009

As someone who worked there for a week, trust me it is a scam. Oh FYI, you should ask Ms. Lodolce where she went to college. Can you imagine someone conducting interviews for an investment banking firm and that person doesnt even have an associates degree? Again shows how much of a scam this place is

Reply |

**Ari**
13 Oct 2009

The male caller was assertive, assured me my boss knew who he was and that he was expecting his call. My boss was not expecting any call nor did he know who he was. Then he asked if he would be in tomorrow morning and I said I wasn't sure. He then asked if he would be checking emails and I said I'm sure he would be...Then the person said okay good talking to you and hung up. He said the call was regarding project funding.

Caller ID: 312.499.5900
Caller: Houlihan Smith

Reply |

**Admin**
16 Oct 2009

Got a call from Aaron Witsky who said our Pres should recognize the name; no message necessary. I asked him if we were on a list and he said no - I said if we WERE on a list I wanted us off. He said we were not (isn't that illegal?!). Anyone ever see "Broiler Room" with Vince Vaughn?! That's these guys. As an FYI - Dunn&Bradstreet sell names and numbers to these companies. You can send them a request to get

312-499-5900 / 3124995900 8/9                                                                 Page 5 of 5

taken off, but it takes a while.
*Caller ID: 3124995900*
*Caller: Houlihan Smith*

Reply

**Ari**
22 Oct 2009

I received a call from an Alex Roberts and he asked for my boss. Was not rude but asked if he still received emails...I said yes but he didn't ask for his email address. I told the guy he would be out for the next 2 weeks. The guy said that was fine and hung up.
*Caller ID: 312.499.5900*
*Caller: Houlihan Smith*

Reply

1 2 3 4 5 6 7 [8] 9

Report a phone call from 312-499-5900:

Author           Jackrengers    ☐ Post anonymously

Message *

Caller Company
                 The company that called you

Call Type        Unknown

[ Submit Message ]

Other phone numbers in the 312 area code

http://800notes.com/Phone.aspx/1-312-499-5900/8                                                4/12/2010