312-499-5900 calls 7/9                                                                                                       Page 1 of 4

## 800notes

**312-499-5900**

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

Homepage
News
Articles
Videos

PHONE NUMBER SEARCH

[ Search ]
Type a phone number, for example, 777-777-7777

**Just Interviewed**
15 Jan 2009

Just Interviewed at their offices today with Kim LoDolce. Wow what a waste of time. I have experience raising money for a start up company and had the privelage of working with private equity, venture capital, and investment banking professionals. Houlihan Smith is just not right. They dont care about building relationships in a business that is all about people. Funny thing is they will continue to do business because their will always be niave desperate business owners out there.

Caller ID: 1-312-499-5900
Caller: Houlihan Smith & Company
Call Type: Telemarketer

Reply

LATEST NEWS
- Auto Warranty Robocallers Must Sell Own Cars For Consumer Redress
- Confessions of a Collector
- New 800notes Design and Features
- Florida Man Charged In Telephone Cramming Scheme
- Vision Media Sues 800notes

banner ads will be back after this message:

**Really? replies to Just Interviewed**
16 Jan 2009

Wow I thought they were a legitimate banking institution. I have an interview scheduled with Kim and I really don't want to waste my time. If you could please tell me what you didnt like about the company, that would be greatly appreciated.

Reply

**Etiquette at 800Notes**

a message from admin:

"Here at 800Notes we are asking you to
use no offensive language
post no threats of any kind
be nice to each other
refrain from using ALL CAPS
                                Thank you."

**Some help replies to Just Interviewed**
17 Feb 2009

I have an interview scheduled with them next week. I figured that initially this would be a sales job, but could possibly progress to something more IB oriented??? Did you get the sense that this is even possible? Also, did they mention anything about salary?

Reply

LATEST ARTICLES
- 16 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

**Good luck "just interviewed" replies to Just Interviewed**
30 Oct 2009

If "just interviewed" had a better handle on the English language he might have an easier time finding a job. I'm sure knowing how to write and spell basic words correctly is a requirement for the position.

Reply

LATEST VIDEOS
- Goofs PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

**Jay**
16 Jan 2009

Exact same thing. Guy called himself Jim Coulter. Knew my first name but mispronounced the company name (that was a first). Prentened as if I know him. Just said hey Jay Its Jim Coulter and then there was silence. I said "I am sorry do I know you". Said, I was looking to raise capital, I had called him and he was returning my call. I am a Vice President at my firm. Thinking that he was mistaking me for our CFO I asked for his contact information for a callback from our CFO. Instead he asked me for CFO's name and number at this point I knew something was fishy, I advised him that I could not provide him that information. HE SAID "That's ridiculous, I don't think we will be providing you the funding" and hung up. What's amazing is that despite many many complaints above these guys are still in business. What's happening to corporate America ?

Caller ID: 312-499-5900
Caller: Houlihan Smith
Call Type: Telemarketer

Reply

**TG replies to Jay**
27 Mar 2009

I called the number back and asked to be taken off the list of calls- does anyone know if this is successful?

Reply

Calls from 3124995900 5/9            Page 3 of 5


Darrell
5 Aug 2008

Same story here. "Vic" wanted to speak with our owner Steve. When I told him that he was in a meeting he said to tell him that "Vic was on the line." When I got back and told him I'd have to take a message he got REALLY bent out of shape. He finally did gave me his number though. 312-499-5900 Ext. 7198 Give him a call and see if you can sell him something.

Caller: Houlihan Smith
Call Type: Telemarketer

Reply


DeannaT
6 Aug 2008

Rec'd a second call from these folks...asks for CEO by first name as if they are old friends. I did my gatekeeper dance with him and he was very persistent. Finally was able to get a name out of him: Matt Perkins but it's probably fictitious. Also, found the info below on the internet:

Houlihan Smith Beaware of bogus Capital Funding Cerrito California
*Consumer Comment ..Get your RADAR up on these folks
Rebuttal Box
Respond to this report!
Are you an owner, employee or ex-employee with either negative or positive information about the company or individual, or can you provide "insider information" on this company?

Victim of this person/company?
Are you also a victim of the same company or individual? Want Justice? File a Rip-off Report, help other consumers to be educated and don't let them get away with it!

Houlihan Smith
Phone: 800-654-4977
Fax:
105 Madison Street
Cerrito, California,
U.S.A.

Submitted: 12/14/2007 3:32:37 AM
Modified: 12/17/2007 3:08:05 PM
Crystal display
Delama City, Delaware

I got a call from a guy name Mike Davis that started with, 'I know you are raising capital for your business'... They used this firm & positive approach to get you listen what he wanted to say. Most small business owner would like to raise some capital, but have difficult time with local bank. Houlihan Smith knows most banks would not offer credit line or loan over $100K unless you have significant collateral to back it. Anyway, to cut the story short, they want to send a senior regional director to your office the next day to talk about equality financiering and other unconventional method to get you funded. When I asked about the fee over the phone, Mike Davis said, 'we are performance based, and bill you the transaction fee after capital raised'. Sounds so wonderful! But it turned out FALSE! When Houlihan Smith regional director shown up at my office, he tried various ways to put our business down and pointed out if they are very 'selective' in choosing customer to work with. Everything comes down to a piece of contract that asked for $1850 to conduct a comprehensive analysis of the business to see if we are qualify to become their clients. On top of $1850 there is a travel fee and hotel re-imbursement for the Houlihan Smith business analysis team to come to our office to analyze our business. It's just full of crap! Absolute scam and only sucker would fall for it. Even though it's very hard to get a good loan from the bank, but at least they will never charge $1850 up front for analysis fee!

Crystal display
Delama City, Delaware
U.S.A.

Caller ID: 312-499-5900
Caller: Houlihan Smith
Call Type: Telemarketer

Reply


TJ in AZ
15 Aug 2008

They call a few times a week and have been doing so for about a year. Today I felt adventurous and I answered the phone. The guy was short with me and rude. All he wanted was to talk to the owner. Is there a way to get them to stop calling?

Caller ID: 3124995900/HOULIHAN SMITH
Caller: HOULIHAN SMITH

Reply


KeeKee
21 Aug 2008

Calls from 3124995900 5/9

Page 4 of 5

You can call Houlihan at 1-800-654-4977 and request your phone number(s) be removed from any and all lists. I did. I guess I'll find out soon if it really works.
Caller: Houlihan Smith
Call Type: Telemarketer

Reply

**JustMe**
25 Aug 2008

Don't you love it when soliciters call and act as if they are long lost buddies of your employer, asking for him/her by their first name? Don't they know we're on to them by now, especially the ones who use a condescending tone? I love acting like I recognize the telemarketer's name and ask about their fishing trip with my boss, "how's your wife?", etc., as if my boss really has a good friend by that name. Throws them everytime. By the way, don't fall for International Profit Associates (IPA) either. They're in the same investment Banker "scam" boat with Houlihan Smith.

Caller ID: 312-499-5900
Caller: Houlihan Smith
Call Type: Telemarketer

Reply

**aprilshowers**
28 Aug 2008

Just got a call from the same number. I could tell right off that he was a sales person. He acted like he knew my boss and was very rude when I told him that he was out of the office. I played dumb at that point & said I didn't know when he'd be back in the office. I guess that pissed this idiot off because he just got even shorter with me & told me to have my boss call him. I didn't even write the guys name down. Why bother? I came online to do an internet search on the area code & "company name" and ran across this website. That company is ridiculous having those morons call like that.

Caller ID: 281-312-499-5900
Caller: Houlihan

Reply

**tara**
3 Sep 2008

Guy calling for owner by name says his name is Jason hung up when I told him not to call again

Caller ID: 312-499-5900

Reply

**Receptionist**
23 Sep 2008

Same as all previous entries. Male caller asks for the President of our company by first name. He happens to have a common first name, and when I ask which one he is looking for, there is always a pause before he comes up with the more difficult to pronounce last name. Half the time he mispronounces it. He speaks very quickly and abruptly, claims that he is expecting the call, refuses to leave a voicemail, and often says he will try him on his cell. He calls several times a week, and by now my dealings with this person have become routine. The owner is simply never available.

Caller ID: 312-499-5900
Caller: Houlihan Smith
Call Type: Telemarketer

Reply

**Sybil**
24 Sep 2008

Recieved call from Mike Andretti at Houlihan Smith. Would not go into detail only told me "...confidental business matter..."

Caller ID: 312-499-5900
Caller: Houlihan Smith

Reply

1 2 3 4 [5] 6 7 8 9

Report a phone call from 312-499-5900:
Author

Getting calls from 312-499-5900? 4/9                                                Page 1 of 4

**800notes**                                                welcome jackrangers | sign out

**3124995900**

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

Homepage
News
Articles
Videos

**PHONE NUMBER SEARCH**

[ Search ]
Type a phone number, for example, 777-777-7777


**Gordon Gekko, Investment Banker**
26 Jun 2008

It's an Investment Banking firm. Ask anyone of high repute in the business(Merrill Lynch, Goldman Sachs, Salomon Smith Barney, Morgan Stanley, etc), about their professional demeanor. Investment Banking is for bold, driven, take charge individuals, not wusses. Consider this, do you think a business owner/c-level executive really wants a nosey, gossipy secretary/receptionist knowing that he or she took a call regarding the possible sale of the company or search for needed working capital?
Furthermore, as anyone IN the field can attest, hours as an entry level associate are LONG(!); whatever it takes to actually do what it is you claim to do. 7a-7p is considered a pleasure cruise. If you're looking for a 30-hour work week, Starbucks might be more to your liking.

Caller ID: 312-499-5900
Caller: Houlihan Smith

Reply   1

**LATEST NEWS**
- Auto Warranty Robocallers Must Sell Own Cars For Consumer Redress
- Confessions of a Collector
- New 800notes Design and Features
- Florida Man Charged in Telephone Cramming Scheme
- Vision Media Sues 800notes

banner ads will be back after this message:

### Etiquette at 800Notes

a message from admins:
"Here at 800Notes we are asking you to
**use no offensive language
post no threats of any kind
be nice to each other
refrain from using ALL CAPS**
Thank you."


**Gordon Gecko got sodomized in prison** replies to Gordon Gekko, Investment Banker
30 Jun 2008

hey Gordon? quick ? for ya, why do half of the people who work as "investment bankers" at Houlihan not have even the most basic 4-year college degrees? Can you tell me why those people that runs the "sales" force are not listed in the company website? Maybe if not for lying and ripping off biz owners, all of you would be at starbucks...Can you answer me that one?

Reply   1


**Gekko** replies to Gordon Gecko got sodomized in prison
6 Jul 2008

Wouldn't know anything about their specific employee mix, but in any SUCCESSFUL IB firm there would need to be a much larger support staff under the top tier transaction executives in order to effectively execute its mission.
PEOPLE - with such a juvenile reference to "prison sodomy" and exemplary diction as "those people that runs...", consider the source.

Reply   1

**LATEST ARTICLES**
- 16 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

**LATEST VIDEOS**
- Gaeri's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetery Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer


**Interviewed with houlihan** replies to Gekko
5 May 2009

I had the displeasure of speaking with one of the "senior associates" (or a similar title) at Houlihan about job prospects. She was strangely quite rude to me... Thank god I did some due diligence on this worthless company. If they called my business, I would have them fly out to see me and tell them I am not interested to their faces.

Gecko is a wannabe. He has posted the same trash on 2 or 3 other websites that I have seen so far. How is it that those a**holes can afford to be so rude to EVERYONE? You would think that a company of scammers would know to be nice...

Reply   1


**I used to work there too** replies to Gordon Gekko, Investment Banker
4 Jul 2009

Sure it's an "investment banking firm", but one of high repute? I think not. And you say that you want driven and take charge individuals to work there, however, the first sight of someone that actually has common sense and the knowledge to not be treated as a slave- you do what? get them out of there as quickly as possible because of.... let's say "insubordination"? This company is a joke- the only ones that move up are brown noses. So I'd rather work at Starbucks anyday and earn an honest promo before I bust my butt working for a company like this one 10-14hrs a day, 7 days a week- then on payday worry about whether you are even getting a check. Get real!!

Reply   1

**wahwahwah** replies to I used to work there too
6 Jul 2009

http://800notes.com/Phone.aspx/1-312-499-5900/4                                     4/12/2010

Getting calls from 312-499-5900? 4/9 — Page 2 of 4

- There's a vast expanse between working your butt off & merely spinning your wheel. Apparently, you took a job without a full understanding of its expectations and compensation. Unfortunately for you, it appears that employer isn't willing to pay its staff just to show up and be unsuccessful at assigned responsibilities.

Reply

**I used to work here too** replies to wahwahwah
14 Jul 2008

No I knew exactly what type of position i was taking and i understood very well what the compensation was- what i wasnt prepared for was the extra nonsense and bull that went along with the job...descrimination, favoritism, and constant verbal abuse to name a few. But fortunately for me i was terminated under false pretences, basically for all of the things listed above,so now i can spin my wheels all day long and i'm being paid for it- so hey thx again to you guys over at the sweat shop that u call Houlihan Smith ----lmao

Reply

**dont you have better things to do?** replies to Gordon Gekko, Investment Banker
15 Jul 2008

Gordon Gekko huh? So somebody from Houlihan actually has the time and to check out these sites and post a response? What a waste! What company of high repute should have to fix their reputation like this?

Reply

**Gekko..** replies to dont you have better things to do?
16 Jan 2009

is a fictional character from a movie. Apropos, isn't it?

Reply

**Nope** replies to Gekko..
29 Apr 2009

Not at all.

Reply

**JB** replies to Gordon Gekko, Investment Banker
18 Sep 2009

One of the primary roles of a "nosey, gossipy secretary/receptionist" (aka assistant) is to protect the executive from an "investment banker" (aka salesperson) like you who will never get past the assistant -- at the executive's specific request.

Reply

**Gigi** replies to Gordon Gekko, Investment Banker
14 Nov 2009

These are the type of jerks our government gave hundreds of billions of dollars to because they ran the investment banking industry into the ground. Gordon, people with your attitude should be doing time behind bars. You provide a disservice to humanity, regardless of what company you work for. Your existance is sustained via corporate bribery and the blackmail of politicians.

I laughed out loud when I read this part, "Ask anyone of high repute in the business(Merrill Lynch, Goldman Sachs, Salomon Smith Barney, Morgan Stanley, etc)". High repute? hahahahaha I guess maybe they are highly reputable for conning an entire nation and so far, getting away with it.

Reply

**Not quite right** replies to Gigi
5 May 2009

Houlihan clearly is a scam.. but you can't put them in the same class as Goldman or JP Morgan. Not all investment banks are run like angry telemarketing offices

Reply

---

*Sidebar:*

banner ads will be back after this message:

**Etiquette at 800Notes**

a message from admins:
*"Please help keep the board profanity free and* **report messages sprinkled with** ✱ ✦✱✱ ✱✱ ✱ ✱✱ ✱✱✱ ✱✱✱
Thank you."

Copyright 800notes.com 2009 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff

---

Getting calls from 312-499-5900? 4/9            Page 3 of 4

**Sabrina replies to Gordon Gekko, Investment Banker**
19 Jun 2009

Executive Assistant, like most of the people posting here, work for Pres and CEO's. We are highly qualified and make a pretty decent salary. We are not gossips and our job is to route out all of the sales people calling to bother our bosses. I just got this call too. I told him the boss is out of town. Now I know to make sure to tell him he is on an extended vacation.

Reply

**Fred**
2 Jul 2008

Caller identified himself from Houlihan Smith. Wanted to talk to me about lending our company money. Very arrogant sales person. Did some checking on the internet and found them to be an existing company. Some comments on their tactics were very negative.

*Caller ID: 312-799-5900*
*Caller: Houlihan Smith*
*Call Type: Telemarketer*

Reply

**check out this site too**
4 Jul 2008

www.whocallsme.com and type in 312-499-5900 you'll be amazed

Reply

**Assistant to President**
7 Jul 2008

Brent Evans with Hoolihan Smith called--same story--asked me to tell my boss he was holding. Wouldn't give any specifics--stated a confidential business matter between him and the President got very upset when he was sent to voice mail. If he ever calls again--I'll just hang up! Thanks!

*Caller: Hoolihan Smith*

Reply

**Gordon Gekko is an inbred**
10 Jul 2008

These people have tried getting through to my boss several times now acting as if he is expecting their call and try to find out when he will be in. They'll agree to be transferred to voicemail then hang up.

I am glad I know this about them now, I am going to have some fun next time they call!!!!

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Call Type: Telemarketer*

Reply

**Carole**
11 Jul 2008

Stan DeGaulle from Houlihan-Smith calls and acts like he is an old friend of the CEO of our business. Very pushy and rude. I have been receiving calls from this company bi-weekly as long as I have worked here. Always different names. When they realize they can't get through me they really get nasty and threatening.

Reply

**cookieguy replies to Carole**
6 Dec 2008

Who calls from 312-499-5900? 3/9                                                                                      Page 1 of 4

# 800notes

## 312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

Homepage
News
Articles
Videos

**PHONE NUMBER SEARCH**

[Search]

Type a phone number, for example: 777-777-7777

**LATEST NEWS**
- Auto Warranty Robocallers Must Sell Own Cars For Consumer Redress
- Confessions of a Collector
- New 800notes Design and Features
- Florida Man Charged in Telephone Cramming Scheme
- Vision Media Sues 800notes

banner ads will be back after this message:

### Etiquette at 800Notes

a message from admins:
"Here at 800Notes we are asking you to
use no offensive language
post no threats of any kind
be nice to each other
refrain from using ALL CAPS
Thank you."

**LATEST ARTICLES**
- 16 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

**LATEST VIDEOS**
- Gaori's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

---

**I used to work there too**
11 Mar 2008

This is a company that is ran like a boot camp! There is no prior training needed nor industry knowledge. On your first day they sit you at a desk with a phone and a jacket full of call lists. They tell you to make up a name and basically do whatever you have to do to get through to the business owner, oh but don't be rude- WTF?! THEY WANT YOU TO BELIEVE THAT YOU ARE NOT SALES REPS, WHEN IN ACTUALITY THATS ALL YOU ARE IS A TELEMARKETER. The so called senior associates and team leaders think they can talk to you any kind of way and that you will sit there like a nail in the wall and not budge. If you're not in the "click" they will find a way to get rid of you. This stems from Mohammed Azfar, Chris Gogolewski, Stewart Smith, Dean Knudtson, Kim LeDolce, Steve Richards, Hitesh Patel, Michael Andrade and all the way down to the foolish associates who allow themselves to be treated in this manner. They will soon have plenty more lawsuits against them- Jason Robbins was a smart man with the trick he pulled on them... keeping a tape recorder in his pocket! He recorded them cursing and demeaning the associates in a "training" session. So newbies beware- you'll be working 7a-7p like slaves; and business owners beware- you'll be out of your pocket 30-100 grand!

Caller ID: 312-499-5900
Caller: Houlihan Smith and Company
Call Type Telemarketer

Reply

---

**Mike Shapiro with Houlihan Smith replies to I used to work there too**
15 Mar 2008

Our call just now was from one Mike Shapiro with Houlihan Smith. He asked for the company prez by 1st name, checked with our prez and he had no clue who this guy or his company was. I was told to put the person through to voicemail. I tried to offer to send Shapiro to voicemail, but he refused saying he does not have a voice message to leave. He wanted me to just let our prez know that he had called, but he didn't want to leave a number. Well, our prez has never heard of this person of Houlihan Smith, so he has no phone number for these people.

Reply

---



**Admin**
24 Mar 2008

Received a call today from a person asking for my boss by first name like they knew each other. This puts me on alert if I don't recognize the voice so I told him my boss was on a conference call. He TOLD me, not asked me, to tell him that Houlihan Smith was calling and that he could hold for a few minutes. I told the guy my boss was on with a client and hung up, then looked up the website. He will not get through as long as I answer the phones here.

Caller: Houlihan Smith

Reply

---



**Who**
26 Mar 2008

called for the president acting like they were "best buds." when I said the pres was on his other line, and could I leave a message... he gave his name, company... and said "he'll know what it's about."
when i took the message to the pres, he showed me this site. isn't it interesting?!

Caller: Houlihan

Reply

---

**Admi2**
1 Apr 2008

I just got a call from these guys, like I was there friends. Never heard of them and don;t know them. They offered me a "great stock deal" told the rep to take it himself so we can get enough cash to get a better possition.

Caller ID: Houlihan-Smith

---

http://800notes.com/Phone.aspx/1-312-499-5900/3                                                                      4/12/2010

**800notes**

welcome jackrenders | sign out

**3124995900**

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

Homepage
News
Articles
Videos

**PHONE NUMBER SEARCH**

[ Search ]

Type a phone number, for example, 777-777-7777

**LATEST NEWS**
- Auto Warranty Robocallers Must Sell Own Cars For Consumer Redress
- Confessions of a Collector
- New 800notes Design and Features
- Florida Man Charged in Telephone Cramming Scheme
- Vision Media Sues 800notes

banner ads will be back after this message:

**Etiquette at 800Notes**

a message from admins:
"Here at 800Notes we are asking you to

**use no offensive language**
**post no threats of any kind**
**be nice to each other**
**refrain from using ALL CAPS**

Thank you."

**mandy**
25 Oct 2007

Push-ie sob. Keeps wanting to talk to my boss and its my job to keep weirdos away from my boss. This guy is very rude and has called 3 times since I have been working here. I give his phone number out to all my enemies and pricks at the bars.

Mandy

Caller ID: hoolihan smith
Caller: hoolihan something
Call Type: Telemarketer

Reply | 1

**AP replies to mandy**
2 Oct 2008

Hey learn how to spell idiot! It's Houlihan, not hoolihan, and there are also grade school level spelling mistakes in your description. I was an executive at that company before selling my company stock back to the company for a little under $9,000,000 to go and pursue my passion of racing Italian sports cars. So it looks like our little company did someting well. Sounds like you have not been very successful in the realationship department either if you are at bars getting picked up by retards. Mandy you should really use spell check and possibly GET A LIFE!

Reply | 1

**LATEST ARTICLES**
- 16 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

**LATEST VIDEOS**
- Geerl's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

**Paul Johnston replies to AP**
17 Oct 2008

and your name would be ????? It's easy to throw trash around behind a keyboard.

Reply | 1

**Teresa Williams replies to AP**
23 Oct 2008

Not everyone is a great speller or a computer expert. Does it really make you feel that superior to insult people like Mandy and not only insult them, but stomp, kick, and spit on them as well. Maybe you should spend some time on self improvement and relationship building instead of posting online. I suggest you start with the book Conversation Styles by Deborah Tannen. (And no, I did NOT use spell check)

Reply | 1

**Gatekeeper from Hell replies to AP**
16 Jan 2009

No YOU get a REAL company so you can be a big boy and wear big boy pants and not just talk about your new lolilpop you purchased with your $9mil SCAM

Reply | 1

**Spelling replies to AP**
27 Feb 2009

AP~~~You just confirmed all of what we were saying~~RUDE!! And who really cares about spell check!! This is a site about phone numbers!! Not the national spelling bee!! And I'm thinking you should maybe use spell check before you try to down someone~~~realationship??? What are those are they the same as relationships???

Reply | 1

**Sam F replies to Spelling**
27 Feb 2009

**receptionist**
23 Jan 2008

Male caller identified self as "Jay Miller" of Hoolihan/Smith and asked for the President by familiar first name. I asked if the call was regarding a specific project. He answered "No." I asked if it was a sales call. He said "No." I said I would need to take a message. Man asked quite rudely "Is he not in?" I put him on hold and he hung up within a couple of minutes.

Caller ID: Illinois 312 499 5900
Caller: Unknown

Reply

**Former Employee**
4 Feb 2008

I was stupid enough to take a job with this strong armed scam company that calls itself an investment banking advisory firm. We had to cold call 300 or more numbers a day. We would be barked and yelled at by our supervisors and managers every day. We all used fictious names. This company lies to its so called clients. It lies to it's employees. And they all lie to each other. Why did we have to use fake names when we called clients????? An investment bank is typically filled with Ivy league graduates and MBAs. This company is filled with people who can hardly get a job. The cold calling floor I worked on was led by a team of non college educated scammers who all came from a highly fraudulent company called IPA or International Profit Associates. They scammed their clients at that firm and they are doing the same here. BEWARE!!! I guarantee they will get sued numerous times for scamming clients for $30K to $100K for so called advisory work as a bait to get them to think they will get funded with debt or equity. Yeah right. Worse is the strong armed intimidating techniques they do to business owners.

Reply

**A.C replies to Former Employee**
25 Apr 2008

Ahh, this makes a lot of sense now. I too received a call from a vaguely rude man. I have had dealings with the IPA people. I have a file on all the calls they made to us and the reports I made to the BBB. My advise is for veryone to follow suit!

Reply

**Trixie replies to A.C**
30 Apr 2008

Who is the BBB? And how would I contact them?

Reply

**Trixie replies to Trixie**
30 Apr 2008

DUH!!! Nevermind!

Reply

**EA**
14 Feb 2008

This guy is very rude. I know they have called my boss before but they are not getting past me. I like the put him on mute idea I'll remember that one.

Caller ID: HOULIHAN SMITH
Call Type: Telemarketer

Reply

1 2 3 4 5 6 7 8 9

Report a phone-call-from 312-499-5900:
Author                    jackrongers  [ ] Post anonymously

Message *

312-499-5900 / 3124995900 1/9            Page 1 of 4

**800notes**    welcome jackrenners | sign out

### 312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

Homepage
News
Articles
Videos

PHONE NUMBER SEARCH

[ Search ]

Type a phone number, for example, 777-777-7777

**Jim**
7 Aug 2007

very suspicous

Reply

LATEST NEWS
- Auto Warranty Robocallers Must Sell Own Cars For Consumer Redress
- Confessions of a Collector
- New 800notes Design and Features
- Florida Man Charged in Telephone Cramming Scheme
- Vision Media Sues 800notes

**Cocoa MC 20 replies to Jim**
27 Feb 2009

I got a call on my cell phone from this company... I looked it up and found out it was Hollahan and smith... They are like IPA out in Buffalo Grove... Ripe off artists....

Reply

**Logan replies to Cocoa MC 20**
23 Apr 2009

Houlihan Smith is nothing like IPA. The sad part is is that many of your bosses "presidents/owners" are looking for alternative lending sources, like I was, since it has become very tough to secure a loan from a bank. Many of the failing businesses in the US are do to being under funded, they dont sell anything, in a sense. I have gotten many calls from Houlihan Smith untill I finally told the Judy to put them through. I was trying to secure 5 mil for expansion purposes, I finally got the money and since have successfully created 38 new full time positions at my company, not to mention I told my uncle about their services and he was able to sell his company in a year and a half. And all the employees kept their jobs.

Can they be irritating absolutley, do they cold call, sure, are they a scam, absolutley not, are they effective, for me and my uncle yes, for others who knows.

Judy told me about this site and its a shame to see the rep these guys got. Put them through they might just be able to save your job.

Reply

LATEST ARTICLES
- 16 Ways You Can be Phone Scammed
- 0 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

LATEST VIDEOS
- Gaori's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

**Former replies to Logan**
14 May 2009

I am writing because I actually did work there. Hours are long and grueling, promises made to its employees are not kept and they are underpaid, and it is true most of the representatives will not disclose the purpose of the call. Not because they are being "shady" but because they specialize in raising money and selling companies, either of which if disclosed could cause a panic at an office and the company held liable for legal action. It is an investment bank and they do get transactions completed so if you are looking for some kind of M&A transaction or to secure money they might be an option, but not for everyone. If you are looking for a job and they offer you a position I would continue looking. You might learn some stuff about the industry but overall you will be wasteing your time and will never be able to make a living wage at their entry level postion. The post above may be real, but most likely it probably is an employee.

Reply

**Tootsie-Poo replies to Logan**
26 Jun 2009

Why do I also suspect that the person who posted this has an agenda? I received a call from this "company" today, and it was the standard, aggressive, pushy, rude a-hole that calls when they're trying to get through to a President by intimidation. If this is a legitimate company, they'll never get through any good secretary with their tactics. I'm more inclined to write them off as scam artists along with 98% of the other people posting about them. People who make their money by scamming others are a wart on the tush of humanity and a pain in all of the tushies of the people they bother with their barrage of unwanted, nasty phone calls! I personally worked for a company who was scammed by one of these "financial service" companies. Awful people, indeed.

Reply

Copyright 800notes.com 2009 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff



**312-499-5900**
Got a call from 312-499-5900? Report it and help to identify who and why is calling from this number.

Susan replies to todd
2 Apr 2010

Same here!

Reply |

**Phone Number Search**

[ Search ]

Type a phone number, for example 727-777-7777



WARNING
6 Apr 2010

This company is the biggest scam on the face of the earth and it is definitely a lawsuit waiting to happen. In fact, I know they are being looked at. It's sad that a man, Andy Smith, who seems like such a family guy is a scam artist. He has no clue what he is talking about as far as valuations. They hire kids to do the reports and if you are given a quote, don't believe it. They will find a way to squeeze more money out of you. They charge $2500/cusip and they've valued those cusip's a million times. They cut/paste and receive $20,000 for something that took a half hour. If a company asks Houlihan if they provide a certain service and they have never done it, they will tell you they have, try to figure it out, deliver the report late and in horrible quality. Auditors have not accepted these reports and the company is forced to spend more money.
Charles Botchway is an ex-con for a scam involving commodities. Check out their website. That's why he is not listed under the professionals tab. They paid Rip Off report a lot of money to remove all the complaints. And everything I read about the "boiler room" is true. They pass around folders of companies and don't put the phone down. They are trained to be rude to administrative assistants and they will get the wrath of charles if not. They are verbally abusive to their employees. Both the 3rd floor and 15th floors are scams. DO NOT TRUST THEM WITH YOUR MONEY!!! I can't wait for the day they finally get busted. It won't be too much longer I can assure you

Caller: Houlihan Smith

Reply |



shamaka sunshine
7 Apr 2010

a gentalman called asking for the president of the company by name (didn't pronounce it right) so I put them on hold and googled the company and found this site. Needless to say I hung up the call.

I later called back and a young lady picked up. So I posed as a foreigner and began to ask for a take out food order. I think she found it entertaining because she wouldn't hang up but she did sound confused.

Caller: Houlihan Smith

Reply |



Babette
9 Apr 2010

I received a call from a company asking for our CEO by name, he was polite but demanding and wanted to know when he should call back to speak with the CEO.

Caller: Houlihan Smith
Call Type: Telemarketer

Reply |

1 2 3 4

312-499-5900 Phone Number Details 3/5                                              Page 2 of 5

Copyright ©WhoCallsMe.com 2010 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff

I felt she was deceiving me into getting our CEO on the line.

*Caller ID: Houlihan Smith*

Reply



**BC**
17 Sep 2009

Just got a call from a guy and asked for my boss' name who's the president of the company I'm working for. I told my boss the name of the caller and since the name didn't ring a bell, he said to put the call to his voice mail. When I went back to tell the guy that my boss is in a meeting, he said in a very arrogant manner "I tell you what, I'll give you my number, it's 312-499-5900 to give to (first name of my boss)". Good thing I researched this number on the internet first before doing anything further...

Reply



**concerned and annnoyed**
26 Sep 2009

this is a scam, same entry as below and a complete waste of time. will write an editorial submission for newspaper and see how long it take so ride the blogs.

appreciate this website gives me a place to at least attempt to stop this type of business practice.

ps you can return call and ask for their ceo voicemail as well. it is at least satisfying

*Caller ID: 312 499 5900*
*Caller: houlihan*

Reply



**Scam? Are you kidding me?**
2 Oct 2009

To all the people that claim Houlihan Smith is a "SCAM"

I had the pleasure of having a position at Houlihan Smith in the headquarters in Chicago IL. I think I saw one comment on here that said "those guys must get paid per phone call they make." That is not the case and I think any Research Associate (Prospector) that works there now wishes it was that way.

Each RA there averages a little over 350 calls a day in hopes that he/she can reach a business owner to find out what kind of state that business is in. These are not sales calls - they gather information to see if Houlihan Smith can be of assistance to help them climb there way out of an economic crisis.

Now for the business owners that they actually connect with on the phone. The RA finds out what any business may be trying to accomplish to improve the overall state of the business. It is approached with a sense of "professional arrogance" because many of these business owners think they have it all figured out and do not need assistance. They may not have another "way out" by continually speaking to traditional banks and get turned down, time and time again for funding. Especially in the economic climate we all currently face. Business owners do not know there are other ways to accomplish what it is they are looking for (raising money or to sell the business for what the company is actually worth). That is why Houlihan Smith is around. To help business owners find another way by taking an objective look at their overall operations.

I am no longer employed with Houlihan Smith for my own reasons (very little pay for the amount of work put in). It was a tough job and I applaud all those that still put in the hours they do and make as many calls as they do to reach out to the business owners or CEO's of small to mid size businesses across the country. They are there to help, not to annoy or come across as rude.

Houlihan Smith is NOT a Scam - They are licensed properly for the work they do and more receptionists, gatekeepers, etc. should give them a chance to speak with the CEO or Owners because it could be imperative to your job and lively hood if there are financial hardships going on with the company. Houlihan Smith literally saves companies in the small to mid size market. They have proven this many times over since conception in 1996. So you cannot hate until you have all the facts.

Sincerely,
Former Employee and Prospector of Houlihan Smith

*Caller ID: 3124995900*
*Caller: Houlihan Smith*

Reply



**DD**
3 Oct 2009

They may not be a scam, but they certainly don't act in a professional manner. The sales reps are rude and discourteous. They continue to call, even after being told by the company's owner not to call here again.

http://whocallsme.com/Phone-Number.aspx/3124995900/3                                    4/12/2010

A man called and asked for the owner by his first name. I told the caller he was on another line and asked if he would like to leave a voicemail. He told me he wouldn't mind holding.

I told him that the owner doesn't take these kinds of calls directly, and it would be best for him to leave a voicemail. He sounded very angry and asked "What kind of calls? I don't know what you're talking about" I said, "Unsolicited calls. I can hear the call center in the background." He got snotty and continued to deny it. I told him again that I could hear other calls in the background.

He asked my name, and his tone suggested that he wanted it so he could complain about me to my boss, and told me he would "just send him an email."

I just love the obvious insiders leaving comments pretending we should be thanking these cold callers for attempting to save our jobs, when all they are doing is trying to save their own.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

Reply |



**Executive Assistant**
18 Dec 2009

The caller said he'd like to speak to (my boss's first name). I said he wasn't available, take a message? He wanted me to just let my boss know that Rob Becker was on the line. I said my boss wasn't physically in that morning, but I could get a message to him. Then he asked for one of our executives by first and last name. I let the 2nd person know about the call - he didn't recognize the name and wanted him put into voicemail. I told Rob that the 2nd person was in an employee training meeting and would have a break in a hour, would he like voicemail. He said no, he'd try back later, and we ended the call. That's when my 2nd person forwarded me this link. I'll be on guard against any future calls.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

Reply |



**former employee**
7 Jan 2010

I used to work for this company. This company is bu***hit. They tell you that they got their your info as a referal also a lot of them lie about their name that's bu***hit. They can also be very rude to you and your secratary. If someone from this company calls you tell them to shove the phone up their a**. The biggest thing is that they treat the employees like s**t. They yell and scream at their employees like, the hours are long and the pay is s**t. When they hire they don't do a background check on the applicants because they hire you the next day. For all you know business owners you could be giving your company's financial info to an ex-con. I want to see what houlihan smith has to say about that.

*Caller ID: 3124995900*
*Caller: Houlihan Smith*

Reply |



**van**
13 Jan 2010

calls and doesn't leave message.

*Caller ID: 312-499-5900*

Reply |



**Shauna Brown**
14 Jan 2010

A gentleman continues to call and ask for our current CEO - when asked what it is regarding the caller becomes completely evasive.

I was given the following information from him during my call - Caller: Mike Pulumbo Company: Houlihan Smith

I was told to pass on the information but I would have to provide a name of the person they could expect to call back as they "heavily" screen their calls. I answered "then we're at a stalemate as I am not providing that information" I was hung up on.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith?*

Reply |



**OperatorB**
21 Jan 2010

3124995900 - who calls me from 312-499-5900? 1/5　　　　　　　　　　　　　　　　Page 3 of 5

**Fiona**
17 Dec 2008

they called asking for the CEO and I asked to take a message and "mike" responded with "I know you have to screen his calls, but I'll wait and stay on hold." I told him he would have to leave a message and he said "here's the message: I am on hold and want to speak with him." That's when I hung up. If he calls back I'll put him on hold and leave him there until he hangs up. At least I did what he said! A$$ hole.

Caller: Houlihan Smith

Reply |



**916**
24 Dec 2008

The person is usually rude when he asks to speak to the CEO, I do not know why they are so rude...and when you asks them who they are with they respond with an attitude "Well is he available or not??" or give me a false name... I just put them on hold and let them listen to our crappy music.

Caller ID: 312-499-5900

Reply |



**Houlihan Scam**
6 Jan 2009

My former employer was scammed out of business by these guys...unfortunately he was desperate and gullible. They called the CEO with the "we understand you need capital" routine and were flown to our office within 2 days. It sounded too good to be true from day 1, but the CEO and COO had swallowed the hook. Close to $40K later, we had a valuation document that looked great, complete with the resumes/biography of each of the key employees. The problem is that there was never any capital going to come our way. Originally they had promised we'd have access to the money in 4-6 weeks...several months later...nothing. The CEO and the COO became greedy from the first phone call and effectively pushed our main investor out of the valuation and finally out of the company.

Once the scam was complete and Houlihan had all of our cash reserves and we couldn't afford to give them anymore to produce these pretty looking folders...they disappeared. No return calls, emails that were never replied to, contacts ALWAYS in a meeting, etc., etc. No money ever came to us (because there was never any in the first place) and after being drained, the owner of the company finally realized he'd been rooked and gave a tearfull goodbye to all the employees as he announced the closing of a business he had run for 18 years.

Houlihan will tell you that they CAN'T tell you how they got your name and number, just that somebody out there has their eye on you and is interested in investing or purchasing your company. They follow that by fluffing up a series of relationships/alliances they have with banks and firms that will swoop in and dump cash on you after the valuation is complete.

I could go on and on and I'd be pleased to answer any question anyone might have.

Reply |



**Mary**
16 Jan 2009

They call at least twice a week, asking for my boss by name. The caller we got calls himself Damion. He is always rude and sounds like he is in a hurry, and is never forth coming. My boss doesn't know of them, even though Damion says the call is regarding "private matters". HA! They never get through and insist on calling and calling and calling AND being extremely RUDE. This company must be run by idiots if they this type of telemarketing, or any telemarketing works.

Caller: HOULIHAN SMITH

Reply |



**Mike**
19 Jan 2009

Caller ID: 3124995900
Caller: Houlehan Smith