DuaneMorris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

RICHARD P. DARKE
DIRECT DIAL: 312-499-6743
PERSONAL FAX: +1 312 277 2355
E-MAIL: rpdarke@duanemorris.com

www.duanemorris.com

April 12, 2010

**VIA E-MAIL, FACSIMILE AND US MAIL**

Jamon Silva
65 Winter St.
Lexington, MA 02420

Re:   Houlihan Smith & Company, Inc.® and Houlihan Smith Advisors, LLC

Dear Mr. Silva:

This firm represents Houlihan Smith & Company, Inc.®, an Illinois-based investment banking and financial services firm and Houlihan Smith Advisors, LLC ("Houlihan Smith" or "Houlihan"). We have recently learned that various defamatory and false statements about Houlihan Smith, its principals and agents have been posted on Whocalled.us.com (the "Website"). It is our understanding that you own, operate and otherwise manage the Website. A copy of the defamatory postings are attached to this letter as Group Exhibit A. The statements in these postings are completely false. Their sole purpose is to harass, defame and disparage Houlihan Smith and its reputation in the operation of its business and to harass, defame and disparage the reputation of the individuals identified in the same. Houlihan Smith has not authorized the publication or continued publication of these statements.

The statements identified in Exhibit A are defamatory *per se* under Illinois law. In Illinois, "five categories of statements are considered defamatory *per se*:

(1) words that impute the commission of a criminal offense;

(2) words the impute infection with a loathsome communicable disease;

(3) words that impute an inability to perform or want of integrity in one's discharge of the duties of office or employment;

(4) words that prejudice a party, or impute a lack of ability, in his or her trade, profession, or business; and

(5) accusations of fornication or adultery."


EXHIBIT

DuaneMorris

To Whom it May Concern
Jamon Silva
April 12, 2010
Page 2

ILLINOIS LAW AND PRACTICE, *Libel and Slander*, Vol. 33A, § 5, pp. 90-92 (West 2005). There is no plausible way to construe the statements in the attached as anything other than defamatory *per se*, as all of them impute the commission of a crime to Houlihan and its officers, principals, agents, and employees; impute an inability to perform or the want of integrity in one's discharge of the duties of office or employment; and/or prejudice Houlihan and its representatives or impute a lack of ability to perform their trade, profession or business.

As noted above, the statements in the postings attached to this letter are false, inaccurate and misleading. They are also unlawful and threatening, giving rise to not only civil liability for defamation, and tortious interference with prospective economic advantage, *inter alia*, but also give rise to claims for violation of the Illinois Deceptive Trade Practices Act, the Illinois Consumer Fraud and Deceptive Trade Practices Act, and are a violation Houlihan Smith's rights in and to its trademark Houlihan Smith & Company, Inc.®

We respectfully request that you remove and/or block access to all statements attached hereto as Exhibit A (and such other postings that contain similar information currently on the Website or posted to the Website in the future) posted on the Website concerning Houlihan Smith and its principals, agents, representatives, and employees on or before April 15, 2010. Further, we request that the Website block any additional defamatory statements about Houlihan from being posted on the Website and block the individuals and/or entities that have published the defamatory and otherwise wrongful comments on the Website from posting any additional and further statements regarding Houlihan Smith and any of its principals, officers, agents, and representatives.

As the postings clearly defame Houlihan Smith and its principals and they are harassing, complying with our request will cause no harm or prejudice to the Websites and require minimal effort on your part. In order to provide you with a good faith basis to comply with our request, I am attaching to this letter as Exhibit B the Affidavit of Charles Botchway, the Group Manager and Vice Chairman of Houlihan Smith & Company, Inc.®

If you are not able to comply with our request on or before April 15, 2010, we will have no choice but to seek the necessary relief in court.

Very truly yours,

Richard P. Darke

RPD:ga
Enclosure

whocalled.us / 312-499-5900

6 Comments

B                                                                                                       2010-01-19 14:37:03 UTC

Call almost daily asking for the CEO. I voicemail 'em & have no clue if they ever leave a message. I think even once they said that our CEO had called them. As said below, yeahright.

Yeahright                                                                                               2010-01-11 14:28:26 UTC

Houlihan Smith- full of Shenanigans.

Executive                                                                                               2009-11-13 23:01:04 UTC

Logan:
You are full of sh\*\*! You have been on other complaint sites regarding this scam company Houlihan/Smith. No one believes you actually even did business with them. I would wager you are actually employed by them. Why would you take time out of your day to plug their number in to a search engine and then on complaint sites to say something "nice" about them. IT'S A COMPLAINT SITE!! Wouldn't your time be better spent looking for sites where people looking to sell their business or receive finanical options would appreciate the kind words. You are foolin' no one.

Logan                                                                                                   2009-04-30 05:12:02 UTC

I also got a call from Houlihan Smith... Same routine I was trying to get 5m for expansion purposes. In the end a somewhat lengthy process I got the money. I've been able to create 38 new full time jobs. Had it not been for them I may have had to cut 7-8 key employees due to the economy. Judy my assistant had gotten several calls from these guys before I told her to put them through. The guy I spoke to sounded like a wet noodle, I called the punk out, but he told me was just an intern, I asked where did he hear about me, he told me where they get refferals but that it may be a cold call, he wasnt sure. That didnt matter since I had tried and tried and tried again to get the money before I had to go to my friends and family. I told my uncle of their services who engaged them and sold his business, and might I add that all of the employees kept their jobs. There are other websites like this one giving them a bad wrap. My uncle and I would beg to differ. Thanks to Houlihan and Judy life is good... Very Good

Sam E.                                                                                                  2008-08-26 20:14:55 UTC

The caller identified himself as Ryan Handley. He said he understood that I was trying to raise some capital for my business. I said no I wasn't. He then said well I guess you must be trying to sell your business. I told him no. He then said he must have gotten some wrong information and hung-up.

Sam E.                                                                                                  2008-08-26 20:07:54 UTC

called a business line. gave name as Ryan Handley. Said he understood I was trying to raise capital I said I was not. Then he said well you must be trying to sell your business. I said no I was not. He then told me he must have gotten some wrong information.

EXHIBIT
A

http://whocalled.us/lookup/3124995900                                                                   2/23/2010

## AFFIDAVIT OF CHARLES BOTCHWAY

I, Charles Botchway, am over the age of 18 and I am competent to testify about the facts in this Affidavit, all on personal knowledge.

1. Houlihan Smith & Company, Inc. ("Houlihan Smith") is a Nevada corporation with its principal place of business located at 105 West Madison, Chicago, Illinois.

2. Houlihan Smith also has other offices located in New York, Los Angeles, London, Oxford & Accra. I am currently the Group Managing Director and Vice Chairman for Houlihan Smith.

3. Houlihan Smith Advisors, LLC ("Houlihan Smith Advisors" or "Houlihan Advisors") is a Nevada limited liability company with its principal place of business located at 105 West Madison, Chicago, Illinois.

4. Houlihan Smith is the owner of the trademark "Houlihan Smith & Company, Inc." and "Houlihan Smith," which trademark was registered on March 8, 2007 with the United States Patent and Trademark Office.

5. Houlihan Smith is a national investment banking firm that provides financial advisory and financing services to public and private businesses.

6. Since its inception in 1996, it has specialized in providing financial opinions, valuation services and corporate advisory services to public and private businesses.

7. It has provided financial opinions for some of the largest publicly traded companies, as well as for complex private transactions.

EXHIBIT B

8. It is recognized as a leading provider of financial opinions, valuation, financing, merger and acquisitions, and other corporate advisory services.

9. Houlihan Smith is also a registered broker-dealer and a member of the Financial Industry Regulatory Authority ("FINRA").

10. FINRA is the largest independent regulator for all securities firms doing business in the United States.

11. Throughout its 14 years of providing investment banking and other financial related services to customers, Houlihan Smith has never been the subject of a complaint filed by any of its customers before FINRA or its predecessor institution, the National Association of Securities Dealers.

12. I recently learned that various unknown individuals and/or entities have published and continue to publish false, inaccurate and extremely offensive statements about Houlihan Smith, Houlihan Smith Advisors, and their principals, employees, agents and representatives on the website located at Whocalled.us.com (the "Website").

13. In particular, and the following defamatory posting appears on the website Whocalled.us.com: "You are full of sh**! You have been on other complaint sites regarding this scam company Houlihan/Smith." See http://whocalled.us/lookup/3124995900 (emphasis added).

14. The statement false. Houlihan Smith and Houlihan Smith Advisors are not now and never have been a "scam".

15. Neither Houlihan Smith, Houlihan Smith Advisors, nor any of their employees or representatives has lied to, scammed, ripped off, or defrauded any of their customers or any other individual or entity.

16. The false and defamatory statement on the Website has caused and continues to cause Houlihan Smith and Houlihan Smith Advisors significant harm to their reputations and to the reputations of their employees, representatives, principals, owners, and agents, including Andrew Smith and myself.

17. If the above statement is not removed from the Website or all access to them blocked, Houlihan Smith and Houlihan Smith Advisors will continue to suffer irreparable harm to their reputations and to the reputations of their employees, representatives, principals, owners, and agents.

18. On information and belief, the individuals publishing these false and defamatory statement is part of a malicious conspiracy and scheme to harm Houlihan Smith, Houlihan Smith Advisors, and their employees, representatives, principals, owners, and agents without reason or justification.

19. At no time has anyone associated with Houlihan Smith or Houlihan Smith Advisors ever authorized the dissemination of the defamatory, inaccurate and false statements that are attached hereto or posted on the Website.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to those matters stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*/s/ Charles Botchway*

## Darke, Richard P.

| | |
|---|---|
| From: | Anaya, Gloria on behalf of Darke, Richard P. |
| Sent: | Monday, April 12, 2010 9:47 PM |
| To: | 'email@jamon.name' |
| Cc: | Darke, Richard P. |
| Subject: | FW: Message from "RNPF3F08A" |
| Attachments: | 20100412213459887.pdf |

My firm represents Houlihan Smith & Company, Inc. and Houlihan Smith Advisors, LLC. I am attaching a letter to this email requesting that you and your company remove certain false and defamatory postings on your website. If you have any attorney who generally represents you and/or your company, please have him or her give call me with any questions. I thank you in advance for your cooperation.


Richard P. Darke
Partner
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603-3433
P: 312.499.6743
F: 312.499.6701


Please consider the environment before printing this email.

1