## Darke, Richard P.

| | |
|---|---|
| **From:** | Julia Forte [julialforte@gmail.com] |
| **Sent:** | Tuesday, April 13, 2010 12:39 PM |
| **To:** | Darke, Richard P. |
| **Subject:** | Re: Houlihan Smith & Company, Inc. and Houlihan Smith Advisors, LLC |

Dear Mr. Darke,

Thank you for your email.

Please be advised that neither 800notes.com nor any affiliated persons or entities is in a position to investigate, censor, remove, or otherwise ensure the accuracy of any comments, remarks or other information.

Any views and opinions expressed at the website belong to and are a responsibility of the individual authors or commenters and do not represent the views of the 800notes.com staff.

We are a US service provider and according to the federal law (Communications Decency Act or "CDA", 47 U.S.C. § 230) do not have to fact-check or monitor content posted by third party users.

We cannot judge whether the message contains a defamatory statement as such decisions must be made by a US court. For more information please read http://800notes.com/nb/Legal.aspx

Companies and individuals are welcome to respond if they believe that statements about them are wrong.

Please introduce yourself, explain why the posters are wrong, and provide facts, client's testimonials, other information that can help your potential clients, and a way to reach you if they have more questions.

If, however, you conclude that litigation is preferable, please recognize that you will have to sue the speakers who posted the messages.

As you may know, courts throughout the country have developed a Doe procedure requiring you to make a showing of a reasonable basis to believe that you can succeed in a defamation claim against each poster.

We need to be presented with a valid subpoena from a court or governmental entity with proper jurisdiction before any personally identifying information is released.

**EXHIBIT**

K

Once you obtain the subpoena, you will need to post a notice on the
message board about it and provide a link to it, so that any of the
posters can respond to the subpoena with appropriate process.

Regards,
Julia Forte
800notes.com
whocallsme.com

On Mon, Apr 12, 2010 at 5:11 PM, Darke, Richard P. <RPDarke@duanemorris.com> wrote:

Dear Ms. Forte,


My firm represents Houlihan Smith & Company, Inc. and Houlihan Smith Advisors, LLC.  I am
attaching a letter to this email requesting that you and your company remove certain false and defamatory
postings on your websites, 800Notes.com and Whocallsme.com.  If you have any attorney who generally
represents you and/or your companies, please have him or her give call me with any questions.  I thank you in
advance for your cooperation.



Richard P. Darke

Partner
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603-3433
P: 312.499.6743
F: 312.499.6701

⊕ BIO
⊕ E-MAIL
⊕ WEB SITE
⊕ VCARD

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you
have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any
other privilege.