## Darke, Richard P.

| | |
|---|---|
| From: | Jamon [email@jamon.name] |
| Sent: | Tuesday, April 13, 2010 9:45 PM |
| To: | Darke, Richard P. |
| Subject: | Re: FW: Message from "RNPF3F08A" |

Hi. If your client is interested I'd be willing to host a copy of the affidavit you sent me on the web so visitors can read it. Information cannot really be subtracted from the internet, as it is technically difficult to control. For every piece of info you get taken down, 10 more will pop up on other channels. A better public relations approach seems to be adding positive information to the pool, and allowing it to counteract the negative statements.

Darke, Richard P. wrote:
> My firm represents Houlihan Smith & Company, Inc. and Houlihan Smith Advisors, LLC.  I am attaching a letter to this email requesting that you and your company remove certain false and defamatory postings on your website.  If you have any attorney who generally represents you and/or your company, please have him or her give call me with any questions.  I thank you in advance for your cooperation.


EXHIBIT L

## CERTIFICATE OF SERVICE

   The undersigned attorney certifies that he caused the attached 4/16/10 Order to be served on April 16, 2010, via Email and U.S. Mail, postage prepaid, upon:

| | |
|---|---|
| Julia Forte, individually<br>624 Holly Springs Rd. - #303<br>Holly Springs, NC 27540 | Julia Forte<br>d/b/a 800Notes.com Advent LLC<br>624 Holly Springs Rd. - #303<br>Holly Springs, NC 27540 |
| Julia Forte<br>d/b/a whocallsme.com<br>624 Holly Springs Rd. - #303<br>Holly Springs, NC 27540 | Jamon Silva, individually<br>65 Winter St.<br>Lexington, MA 02420 |
| Jamon Silva<br>d/b/a whocalled.us.com<br>65 Winter St.<br>Lexington, MA 02420 | |

                                                                           Richard P. Darke

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| HOULIHAN SMITH & COMPANY, INC.® and HOULIHAN SMITH ADVISORS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JULIA FORTE, individually; <br> JULIA FORTE d/b/a 800Notes.com Advent LLC; <br> JULIA FORTE d/b/a whocallsme.com; <br> JAMON SILVA, individually; <br> JAMON SILVA d/b/a whocalled.us.com; <br> JOHN DOES 1-30; and <br> JANE DOES 1-30, <br><br> Defendants. | Case No. 10 CH 16477 <br><br> ENTERED <br> JUDGE MARY K. ROCHFORD-1570 <br> APR 16 2010 <br> DOROTHY BROWN <br> CLERK OF THE CIRCUIT COURT <br> OF COOK COUNTY, IL <br> DEPUTY CLERK |

## TEMPORARY RESTRAINING ORDER

This matter coming to be heard on the Motion For Temporary Restraining Order of ― with supporting Memorandum and Affidavits, Plaintiffs, Houlihan Smith & Company, Inc.® and Houlihan Smith Advisors, LLC and their principals, employees, agents and representatives who are authorized to maintain this action on their behalf; Plaintiffs having shown a likelihood of success on the merits of their claims for and Verified Complaint for Injunctive defamation *per se* (Count I), violation of the Illinois Trademark Registration and Protection Act, 765 ILCS 1036/615 (Count II); violation of the Illinois Right of Publicity Act, 765 ILCS 1075/et seq. (Count IV); intentional interference of prospective business opportunity (Count V): violation and Other Relief, of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 (Count VI); violation of the Illinois Consumer Fraud and Deceptive Trade Practices Act, 815 ILCS 505/1 (Count VII); and Additional Exhibits consumer law misappropriation (Count VIII); and injunctive relief (Count IX). Plaintiffs having filed further shown that they have suffered irreparable harm as a result of Defendants' false statements in Court

DM1\2160514.1

and will continue to suffer irreparable harm if a temporary restraining order does not issue; Plaintiffs having shown that they have suffered irreparable harm to their reputations in their communities, to their business relationships, and in their business or prospective business relationships, including dilution and tarnishment of the Houlihan tradename and Marks (as defined in the Complaint), injury to competitive advantage, damage to goodwill both within their companies and in their businesses, hampering their ability to hire new employees, loss of revenue, and the potential loss of future business, all as a result of Defendants' defamatory statements and misuse and misappropriation of Plaintiffs' trademarks, and will continue to suffer irreparable harm if a temporary restraining order does not issue; Plaintiffs having shown that the balance of the hardships weighs in their favor; and the Court finding that the public interest is best served by issuing a temporary restraining order.

The Court further finding that Plaintiffs have made reasonable and good faith efforts to serve notice of their motion for temporary restraining order on the Website Defendants, and that it appears from the Affidavits and verified facts that immediate and irreparable injury will result before notice.

IT IS HEREBY ORDERED that the Website Defendants [Julia Forte, individually, and d/b/a 800Notes.com Advent LLC and Jamon Silva, individually and d/b/a whocalledus.com] their officers, agents, servants, employees, and attorneys, and those persons acting in concert or participation with them, or any one of them, who receive actual or constructive notice of this order by personal service or otherwise, shall:

(a) block all statements, including statements published via pseudonyms, of a factual nature, or which appear to be of a factual nature, regarding Houlihan Smith & Company, Inc.® and Houlihan Smith Advisors, LLC, or any of their principals, employees, agents and representatives; and

2

    (b)    block all reference to the defamatory statements from the Websites, including but not limited to any use of names, words, designations or symbols consisting or otherwise similar to the Houlihan Marks, marks, service marks, names and identities of Plaintiff's principals, employees, agents, and representatives from any HTML text, buried code, metatags, search terms, keywords, key terms, hit generating pages, or any other device used, intended, or likely to cause any website of Defendants to associate the Plaintiffs with the defamatory materials at issue here or the intellectual property rights.

**IT IS FURTHER ORDERED** that the Website Defendants shall block any and all of the individuals and/or entities who originally posted the defamatory postings from posting or otherwise publishing any defamatory statements about Plaintiffs and their principals, employees, agents or representatives or concerning the Houlihan Smith trademarks and name.

**IT IS FURTHER ORDERED** that this injunction is entered without need of bond.

**IT IS FURTHER ORDERED** that the Plaintiffs shall issue subpoenas to the Website Defendants directing them to provide Plaintiffs with all information concerning the individuals and/or entities that have published the defamatory materials, including their IP address, name, address, telephone number, email address and any other information necessary to identify the individual and/or entity responsible for the defamatory statements about Plaintiffs and their agents.

IT IS FURTHER ORDERED that this matter is scheduled ~~for a hearing on Plaintiff's preliminary injunction~~ *MKR* for April 27, 2010 at 2:30 p..m. in Courtroom 2308 for Status, scheduling of a preliminary injunction hearing, and Plaintiffs' oral motion for expedited discovery.

Dated: April 16, 2010

Time: 4:13 pm

ENTERED:

*M.K. Rochford*

Judge, Circuit Court of Cook County, Illinois



ENTERED
JUDGE MARY K. ROCHFORD-1570
APR 16 2010
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

4

DM1\2160514.1