## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HOULIHAN SMITH & COMPANY INC., and HOULIHAN SMITH ADVISORS, LLC, )<br><br>Plaintiffs, )<br>vs. )<br><br>JULIA FORTE, individually, JULIA FORTE dba 800NOTES.COM ADVENTLLC, JULIA FORTE dba WHOCALLSME.COM, JAMON SILVA, individually, JAMON SILVA dba WHOCALLED.US.COM, JOHN DOES 1-30, JANE DOES 1-30, )<br>Defendants, ) | Case No. 2010-CV-2412 |

### PETITION FOR REMOVAL

Defendants, JULIA FORTE dba 800 NOTES.COM ADVENT LLC and JULIA FORTE dba WHOCALLSME.COM (together "FORTE") by and through their attorneys PAUL ALLEN LEVY and PUBLIC CITIZEN and L. STEVEN PLATT and ARNOLD and KADJAN, join in removing this case from the Circuit Court of Cook County, County Department, Chancery Division, in Cook County Illinois, Chicago, without waiving any defenses based on lack of service and lack of personal jurisdiction, for the following reasons.

1. Houlihan Smith & Company and Houlihan Smith Advisors are citizens of Nevada and Illinois, in that they allege in the attached complaint that they are incorporated in Nevada and have their principal place of business in Illinois. Although Houlihan Smith Advisors both identifies itself as a limited liability company and alleges that it is "incorporated," on information and belief its managing member is Houlihan Smith & Company, and its managers are Charles Botchway, a citizen of Illinois, and Andrew D. Smith, who on information and belief is a citizen of Illinois.

2. Forte lives in North Carolina, and is a North Carolina citizen.

1

3. On information and belief, Jamon Silva lives in Lexington, Massachusetts and therefore he and Jamon Silva d/b/a whocalled.us.com is a citizen of Massachusetts.

4. The citizenship of the plaintiffs in this case is diverse from the citizenship of all the defendants. The amount in controversy exceeds $75,000; the complaint contains nine separate counts, seven of which seek at least $50,000 in damages against Forte, and in addition seeks both injunctive relief and attorney fees, each of which must be added to determine the amount in controversy.

5. Accordingly, this Court has original jurisdiction of the Complaint under 28 U.S.C. § 1332.

6. Plaintiffs claims rights under federally registered trademarks, and implicitly asserts federal law trademark claims. The Court thus has original jurisdiction under 28 U.S.C. §§ 1331, 1337 and 1338, and supplemental jurisdiction over the state claims under 28 U.S.C. § 1367.

7. The attached complaint was apparently filed on April 15, 2010, and was emailed to Forte in the afternoon of April 16, at the time when plaintiff was going to court to obtain a TRO without notice. It has not been served on Forte (Forte has received the complaint only by email, which is not proper service under Illinois law), and on information and belief it has not been served on Silva. Accordingly, Silva's concurrence in this removal notice is not required.

      /s/ L. Steven Platt
L. Steven Platt
lsplatt@arnoldandkadjan.com
ARNOLD & KADJAN
19 West Jackson Blvd.
Chicago, Illinois 60604
312-236-0415

-2-

## SERVICE LIST

### _Houlihan Smith, et al v. Julia Forte, et al_

| | |
|---|---|
| Julia Forte, individually<br>624 Holly Springs Rd. - #303<br>Holly Springs, NC 27540 | Julia Forte<br>d/b/a 800Notes.com Advent LLC<br>624 Holly Springs Rd. - #303<br>Holly Springs, NC 27540 |
| Julia Forte<br>d/b/a whocallsme.com<br>624 Holly Springs Rd. - #303<br>Holly Springs, NC 27540 | Jamon Silva, individually<br>65 Winter St.<br>Lexington, MA 02420 |
| Jamon Silva<br>d/b/a whocalled.us.com<br>65 Winter St.<br>Lexington, MA 02420 | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

HOULIHAN SMITH & COMPANY,      )
INC.® and HOULIHAN SMITH       )
ADVISORS, LLC,                 )
                               )
          Plaintiffs,          )
                               )     Case No. 10CH16477
     v.                        )
                               )
JULIA FORTE, individually;     )
JULIA FORTE d/b/a 800Notes.com )
Advent LLC;                    )
JULIA FORTE d/b/a whocallsme.com; )
JAMON SILVA, individually;     )
JAMON SILVA d/b/a whocalled.us.com; )
JOHN DOES 1-30; and            )
JANE DOES 1-30,                )
                               )
          Defendants.          )

## PLAINTIFFS' MOTION FOR ENTRY OF
## TEMPORARY RESTRAINING ORDER AGAINST DEFENDANTS

Houlihan Smith & Company, Inc.® ("Houlihan Smith") and Houlihan Smith Advisors,

LLC ("Houlihan Smith Advisors") (collectively, "Plaintiffs" or "Houlihan"), move the Court for

entry of a temporary restraining order, pursuant to 735 ILCS 5/11-101, *et seq.* and applicable

Illinois Supreme Court Rules, against the Defendants, Julia Forte, individually ("Forte"); Julia

Forte d/b/a/ 800Notes.com Advent LLC ("800Notes"); Julia Forte d/b/a whocallsme.com

("Whocallsme"); Jamon Silva, individually ("Silva"); Jamon Silva d/b/a whocalled.us.com

("Whocalled.us") (800Notes, Whocallsme, Whocalled.us, Forte, and Silva are collectively

referred to as the "Website Defendants"); John Does 1-30; and Jane Does 1-30 (collectively,

"Jane and John Doe Defendants") (the "Website Defendants" and the "Jane and John Doe

Defendants" are collectively referred to as the "Defendants"). In support of their request for

entry of a temporary restraining order, Plaintiffs submit their Verified Complaint for Injunctive

and Other Relief, their Memorandum of Law in support of their Motion for Entry of a

Temporary Restraining Order, and the Affidavits of Charles Botchway and Andrew Smith.

**WHEREFORE,** Plaintiffs, Houlihan Smith & Company, Inc.® and Houlihan Smith

Advisors, Inc., respectfully request that the Court enter: (1) A temporary injunction prohibiting

all Defendants, their agents, servants, employees and/or all persons acting in concert or

participation with them, or any of them, from publishing any further statements regarding

Houlihan Smith & Company, Inc.®, Houlihan Smith Advisors, LLC, their affiliates and any of

their employees, agents or representatives, including but not limited to Andrew (Andy) Smith

and Charles Botchway;  (2) A temporary injunction ordering all Defendants to remove all

statements regarding Houlihan Smith & Company, Inc.®, Houlihan Smith Advisors, LLC, and

all of their affiliates and employees, agents or representatives, including but not limited to

Andrew (Andy) Smith and Charles Botchway, from all of the Websites; (3) A temporary

injunction ordering the Website Defendants to block all access by the individuals who originally

posted the defamatory statements from accessing the Websites and/or from posting any

comments about Plaintiffs;  (4) A temporary, preliminary and permanent injunction against the

Website Defendants from continuing to disseminate, publish, use or republish the defamatory

statements and to remove any and all reference to the defamatory statements from the Websites,

including but not limited to any use of names, words, designations or symbols consisting or

otherwise similar to the Houlihan Marks, marks, service marks, names and identities of

Plaintiff's principals, employees, agents, and representatives from any HTML text, buried code,

metatags, search terms, keywords, key terms, hit generating pages, or any other device used,

intended, or likely to cause any website of Defendants to associate the Plaintiffs with the

defamatory materials at issue here or the intellectual property rights;  (5) An order compelling

DM1\2151442.5

the Website Defendants to immediately provide Plaintiffs with all information concerning the

identity of individuals and/or entities that have published the defamatory materials, including

their IP address, name, address, telephone number, email address and any other information

necessary to identify the individual and/or entity responsible for publishing the defamatory

statements;  (6) An order allowing the parties to conduct expedited discovery over the next 30

days to determine the identities of the individuals and/or entities publishing the false and

defamatory statements about Plaintiffs' and their employees, agents, principals and other

representatives;  (7) An order scheduling a preliminary hearing in this matter on or before May

15, 2010; and  (8) Such other relief to which Plaintiffs are entitled.

> **HOULIHAN SMITH & COMPANY, INC.®**
> **and HOULIHAN ADVISORS, LLC**
>
> By: _____
>
> One of Their Attorneys

Richard P. Darke
Rosanne Ciambrone
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603
(312) 499-6700
(312) 499-6701 (fax)
Firm Id. No.: 38820

3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

HOULIHAN SMITH & COMPANY, INC., and )
HOULIHAN SMITH ADVISORS LLC, )
                                    )
           Plaintiffs )
                                    )
         v. )         Case No.
                                    )
JULIA FORTE, individually, )
JULIA FORTE d/b/a 800notes.com AdventLLC, )
JULIA FORTE d/b/a whocallsme.com, )
JAMON SILVA, individually, )
JAMON SILVA d/b/a whocalled.us.com )
JOHN DOES 1-30; )
JANE DOES 1-30, )
                                    )
         Defendants. )

## NOTICE OF REMOVAL

      Defendants Julia Forte, Julia Forte d/b/a 800notes.com AdventLLC, and Julia Forte d/b/a

whocallsme.com (together, "Forte") join in removing this case from the Circuit Court of Cook

County, Illinois (without waiving any defenses based on lack of service and lack of personal

jurisdiction), for the following reasons.

      1.  Houlihan Smith & Company and Houlihan Smith Advisors are citizens of Nevada and

Illinois, in that they allege in the attached complaint that they are incorporated in Nevada and have

their principal place of business in Illinois. Although Houlihan Smith Advisors both identifies itself

as a limited liability company and alleges that it is "incorporated," on information and belief its

managing member is Houlihan Smith & Company, and its managers are Charles Botchway, a citizen

of Illinois, and Andrew D. Smith, who on information and belief is a citizen of Illinois.

      2.  Forte lives in North Carolina, and is a North Carolina citizen.

-1-

3.  On information and belief, Jamon Silva lives in Lexington, Massachusetts and therefore he and Jamon Silva d/b/a whocalled.us.com is a citizen of Massachusetts.

4.  The citizenship of the plaintiffs in this case is diverse from the citizenship of all the defendants.  The amount in controversy exceeds $75,000; the complaint contains nine separate counts, seven of which seek at least $50,000 in damages against Forte, and in addition seeks both injunctive relief and attorney fees, each of which must be added to determine the amount in controversy.

5.  Accordingly, this Court has original jurisdiction of the Complaint under 28 U.S.C. § 1332.

6.  Plaintiffs claims rights under federally registered trademarks, and implicitly asserts federal law trademark claims.  The Court thus has original jurisdiction under 28 U.S.C. §§ 1331, 1337 and 1338, and supplemental jurisdiction over the state claims under 28 U.S.C. § 1367.

7.  The attached complaint was apparently filed on April 15, 2010, and was emailed to Forte in the afternoon of April 16, at the time when plaintiff was going to court to obtain a TRO without notice.  It has not been served on Forte (Forte has received the complaint only by email, which is not proper service under Illinois law), and on information and belief it has not been served on Silva.  Accordingly, Silva's concurrence in this removal notice is not required.

> /s/ L. Steven Platt
> L. Steven Platt
> lsplatt@arnoldandkadjan.com
> ARNOLD & KADJAN
> 19 West Jackson Blvd.
> Chicago, Illinois 60604
> 312-236-0415

-2-

    /s/  Paul Alan Levy    
Paul Alan Levy
plevy@citizen.org
(pro hac vice admission to be sought)
Gregory Beck
gbeck@citizen.org

Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

Attorneys for Defendants

April 19, 2010

3303                                                          CCG N003-150M-2/27/04 (3335092)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Houlihan Smith & Company, Inc., et al

v.                                          } No. 1 0 C H 1 6 4 7 7

Julia Forte, et al

### NOTICE OF MOTION

To: ___SEE ATTACHED SERVICE LIST___

_____

_____

On __Friday, April 16, 2010__, _____, at __2:30 p.m.__    a.m.  p.m. or as soon thereafter as counsel

may be heard, I shall appear before the Honorable __Mary K. Rochford__ or any Judge sitting in that

Judge's stead, in the courtroom usually occupied by him/her, located at __Daley Center, Courtroom 2308__

__50 W. Washington St., Chicago,__ _____, Illinois, and present

__Plaintiffs' motion for temporary restraining order__

Name __Richard P. Darke (Duane Morris LLP)__     Atty. No. __Firm ID 38820__     ~~Pro Se 99500~~

Address __190 S. LaSalle St., Suite 3700__        Attorney for __Plaintiffs__

City/State/Zip __Chicago, IL 60603__              Telephone __312-499-6743__

### PROOF OF SERVICE BY DELIVERY

I, __Richard P. Darke__, the attorney/~~non attorney~~* certify that on the __16th__ day of
(*strike one)

__April, 2010__, _____, / caused to be / I served this notice by delivering a copy personally to each person to whom it is directed.

Date __4/16/10__

_____
Signature/Certification

### PROOF OF SERVICE BY MAIL

I, _____, the attorney/non attorney* certify that I served this notice by mailing
(*strike one)

a copy to _____ at _____
(address on envelope)

and depositing the same in the U. S. Mail at _____
(place of mailing)

at _____    a.m.    p.m. on the _____ day of _____, _____, with proper postage prepaid.

NOTE:  If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this
Notice of Motion.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**