UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

HOULIHAN SMITH & COMPANY, INC., and )
HOULIHAN SMITH ADVISORS LLC, )
                                                         Plaintiffs                   )

v.                                                    )

JULIA FORTE, individually, )
JULIA FORTE d/b/a 800notes.com AdventLLC, )    Case No. 2010 CV 2412
JULIA FORTE d/b/a whocallsme.com, )
JAMON SILVA, individually, )
JAMON SILVA d/b/a whocalled.us.com )
JOHN DOES 1-30; )
JANE DOES 1-30, )
                                         Defendants.                )

**NOTICE OF REMOVAL**

Defendants Julia Forte, Julia Forte d/b/a 800notes.com AdventLLC, and Julia Forte d/b/a whocallsme.com (together, "Forte") join in removing this case from the Circuit Court of Cook County, Illinois (without waiving any defenses based on lack of service and lack of personal jurisdiction), for the following reasons.

1. Houlihan Smith & Company and Houlihan Smith Advisors are citizens of Nevada and Illinois, in that they allege in the attached complaint that they are incorporated in Nevada and have their principal place of business in Illinois. Although Houlihan Smith Advisors both identifies itself as a limited liability company and alleges that it is "incorporated," on information and belief its managing member is Houlihan Smith & Company, and its managers are Charles Botchway, a citizen of Illinois, and Andrew D. Smith, who on information and belief is a citizen of Illinois.

2. Forte lives in North Carolina, and is a North Carolina citizen.

3. On information and belief, Jamon Silva lives in Lexington, Massachusetts and therefore he and Jamon Silva d/b/a whocalled.us.com is a citizen of Massachusetts.

4. The citizenship of the plaintiffs in this case is diverse from the citizenship of all the defendants. The amount in controversy exceeds $75,000; the complaint contains nine separate counts, seven of which seek at least $50,000 in damages against Forte, and in addition seeks both injunctive relief and attorney fees, each of which must be added to determine the amount in controversy.

5. Accordingly, this Court has original jurisdiction of the Complaint under 28 U.S.C. § 1332.

6. Plaintiffs claims rights under federally registered trademarks, and implicitly asserts federal law trademark claims. The Court thus has original jurisdiction under 28 U.S.C. §§ 1331, 1337 and 1338, and supplemental jurisdiction over the state claims under 28 U.S.C. § 1367.

7. The attached complaint was apparently filed on April 15, 2010, and was emailed to Forte in the afternoon of April 16, at the time when plaintiff was going to court to obtain a TRO without notice. It has not been served on Forte (Forte has received the complaint only by email, which is not proper service under Illinois law), and on information and belief it has not been served on Silva. Accordingly, Silva's concurrence in this removal notice is not required.

/s/ L. Steven Platt
L. Steven Platt
lsplatt@arnoldandkadjan.com
ARNOLD & KADJAN
19 West Jackson Blvd.
Chicago, Illinois 60604
312-236-0415

|  |  |
|---|---|
|  | /s/   Paul Alan Levy |
|  | Paul Alan Levy |
|  | plevy@citizen.org |
|  | (pro hac vice admission to be sought) |
|  | Gregory Beck |
|  | gbeck@citizen.org |
|  |  |
|  | Public Citizen Litigation Group |
|  | 1600 - 20th Street, N.W. |
|  | Washington, D.C. 20009 |
|  | (202) 588-1000 |
| April 19, 2010 | Attorneys for Defendants |

3303                                                                          CCG N003-150M-2/27/04 (3335092)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Houlihan Smith & Company, Inc., et al

v.

Julia Forte, et al

No. 10 CH 16477

## NOTICE OF MOTION

To: SEE ATTACHED SERVICE LIST

On Friday, April 16, 2010, at 2:30 p.m. p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Mary K. Rochford or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him/her, located at Daley Center, Courtroom 2308 50 W. Washington St., Chicago, Illinois, and present Plaintiffs' motion for temporary restraining order.

Name Richard P. Darke (Duane Morris LLP)      Atty. No. Firm ID 38820     Pro Se 99500
Address 190 S. LaSalle St., Suite 3700            Attorney for Plaintiffs
City/State/Zip Chicago, IL 60603                   Telephone 312-499-6743

### PROOF OF SERVICE BY DELIVERY

I, Richard P. Darke, the attorney/~~non attorney~~* certify that on the 16th day of April, 2010, I caused to be / served this notice by delivering a copy personally to each person to whom it is directed.
(*strike one)

Date 4/16/10

Signature/Certification

### PROOF OF SERVICE BY MAIL

I, _____, the attorney/non attorney* certify that I served this notice by mailing
(*strike one)
a copy to _____ at _____
                                                                                              (address on envelope)
and depositing the same in the U. S. Mail at _____
                                                     a.m.                    (place of mailing)
at _____ p.m. on the _____ day of _____, _____, with proper postage prepaid.

NOTE: If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this Notice of Motion.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS