# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 2010 CV 2412 |
|---|---|
| Houlihan Smith & Company v. Julia Forte et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Julia Forte individually and dba 800 notes.com Advent LLC et al.

| | |
|---|---|
| NAME (Type or print) | |
| L Steven Platt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ L. Steven Platt | |
| FIRM | |
| ARNOLD and KAJAN | |
| STREET ADDRESS | |
| 19 W. Jackson 3rd Flr. | |
| CITY/STATE/ZIP | |
| Chicago IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 312 2005 | 312 236 0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |