312-499-5900

## 312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

**Comments about 3124995900 number:**

newsflash - 14 Jul 2008                                                                    Rating: +2

DONT FORGET TO CHECK OUT RIPOFFREPORT.COM AND TYPE IN HOULIHAN SMITH

🗨 Reply | !

---

Peeko - 14 Nov 2008                                                                        Rating: +3

Something's up with Rip-off Report.

UPDATE: Rip-off Report Investigation - Houlihan Smith & Company recognized by Rip-off Report Corporate Advocacy Program as a safe business service - Houlihan Smith pledges to always resolve any issues; feel safe, confident & secure when doing business with Houlihan Smith & Company - a national investment banking firm that specializes in providing financial opinions, valuation services and corporate advisory to public and private busine"
http://www.ripoffreport.com/searchresults.asp____hmlt?=Search%21

WTF? Did Houlihan Smith post that or did they pay off or threaten Rip-off Report? I doubt everyone here is 100% satisfied. I know our company isn't.

🗨 Reply | !

---

Lance - 16 Jul 2008                                                                        Rating: +1

Yes, I got a call today from sounds like Pete Weddle asking about the funding on one of our real estate investments. Didn't sound right. So I appreciate all the input I have read here. Definitely will not bother to call back.

*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

🗨 Reply | !

---

president - 28 Jul 2008                                                                     Rating: +2

guy named Stan got me on the phone...started out calling me by nickname and saying "its Stan..." then silence waiting for my response

very clever telemarketeering

when finally figured out it was not one of our customers in the Chicago area- he claimed he understood I was raising capital

they are growing more clever than their m.o. from previous posts
*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

🗨 Reply | !

---

president - 29 Jul 2008                                                                     Rating: +1

...replying to my own message
today it was a cat named Ryan Bailey...same approach

asked them to remove our number...

🗨 Reply | !

---

Edna - 30 Jul 2008                                                                          Rating: +1

they called here also, claiming to be great friends. Ya right!!!!

*Caller ID: Houlihan Smith*
*Caller: Houlihan Smith*

🗨 Reply | !

---

**Death Of Short Sales?**
X-Bank Foreclosure Attorney Shows You A Better Way To Invest For Free
XBankAttorney.com
Ads by Google

debntexs - 31 Jul 2008                                                                      Rating: +3

I received a call for my boss, the President of our company, from "Jim" at this #, ext. 7192. Jim gave his name, the name of his company (Houlihan), and acted very familiar, asking for my boss by his first name. I asked Jim to hold, then announced the call to my boss. My boss had no idea who Jim was, so when I went back on the line, I told Jim that my boss was unavailable & could I take a message? At that point, Jim's attitude kicked in! "Well, what do you mean, he's not available? Did you tell him I was holding? What did he say to you? You must not have told him who I am." The attitude & mouth continued, as I kept asking if I could take a message. He finally gave his name again, with a tel #, and said that I must have gotten his name wrong because this was not a sales call, but a very important call that my boss was expecting. He couldn't give me any more info because "it's a very personal, private financial matter". Then, click - he hung up on me! They've been calling my office 1-2x/week, and everyone there is extremely rude!

*Caller: Houlihan, Smith & Co. Investment Banking*

Site Menu
- Homepage
- News
- Articles
- Videos
- Contact Us

Search Phone Number

[Search]

For example, 777-777-7777

**Latest News**
- Vision Media Sues 800Notes
- This Week Roundup: New in Phone Scams (Jan. 24)
- FDA Warn Consumers About Phone Scam to Collect Fake Fines
- Toronto Telemarketing Firm Fined $15M For Business Directory Scam
- This Week Roundup: New in Phone Scams (Dec. 11)

**Latest Articles**
- 16 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

**Latest Videos**
- Gaeli's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetary Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

**Link Buttons**
Place one of these buttons on your blog and spread the word! The more people participate the stronger our voice is.

[Directory of KNOWN Callers]

[Phone Fraud! Report It! Stop It!]

2/23/2010

312-499-5900

Copyright 800notes.com 2008 | Privacy Policy | Terms of Service | Legal Stuff

Caller Type: Commercial

🗨 Reply | :

**Katz - 6 Nov 2008**                                           Rating: +1 👍 👎

The exact same thing happened to me and after our conversation, our CEO sent me the link to this website! He was completely incredulous that I didn't connect him with our CEO immediately. Jerk. Next time he calls, I'm going to get his email address and send him this link.

🗨 Reply | :

**Schlomo - 31 Jul 2008**                                       Rating: +1 👍 👎

Asked for the owner by first name as if he knew him. Then refused to ID himself. Said he'd call back later. Avoid them from "Houlihan Smith" on your caller ID.

Caller ID: "Houlihan Smith"
Caller: "Houlihan Smith"

🗨 Reply | :

**Front Desk Abuse - 31 Jul 2008**                              Rating: +3 👍 👎

I get a guy named Andrew Wentz
Calls maybe once a month
I always say the President is in a meeting when people call.
He always lets me know ahead of time if he is expecting anybody anyways.

So this guy always demands I let the pres know here calling, so I just put him on hold and within seconds he hangs up.

At least I know who he is for next time, karma is a b***h

Caller: Houlihan/Smith
Caller Type: Telemarketer

🗨 Reply | :

**Laney - 5 Aug 2008**                                          Rating: +1 👍 👎

This guy was a jerk! I work for my dad as his receptionist, the guy called and he was just an a**. He wont talk to anyone else except for the person who calls for him, so dont let him through!!!!

Caller: Houlihan Smith
Caller Type: Collection Agency

🗨 Reply | :

**Darrell - 5 Aug 2008**                                        Rating: +4 👍 👎

Same story here. "Viz" wanted to speak with our owner Steve. When I told him that he was in a meeting he said to tell him that "Viz was on the line." When I got back and told him I'd have to take a message he got REALLY bent out of shape. He finally did gave me his number though. 312-499-5900 Ext 7198 Give him a call and see if you can sell him something.

Caller: Houlihan Smith
Caller Type: Telemarketer

🗨 Reply | :

**DeannaT - 7 Aug 2008**                                        Rating: +1 👍 👎

Rec'd a second call from these folks...asks for CEO by first name as if they are old friends. I did my gatekeeper dance with him and he was very persistant. Finally was able to get a name out of him: Matt Perkins but it's probably fictitious. Also, found the info below on the internet:

Houlihan Smith Beaware of bogus Capital Funding Cerrito California
*Consumer Comment ..Get your RADAR up on these folks
Rebuttal Box
Respond to this report!
Are you an owner, employee or ex-employee with either negative or positive information about the company or individual, or can you provide "insider information" on this company?

Victim of this person/company?
Are you also a victim of the same company or individual? Want Justice? File a Rip-off Report, help other consumars to be educated and don't let them get away with it!

  Houlihan Smith
Phone: 800-654-4977
Fax:
105 Madison Street
Cerrito, California,
U.S.A.

Submitted: 12/14/2007 3:32:37 AM
Modified: 12/17/2007 3:08:05 PM
Crystal display
Delano City, Delaware

I got a call from a guy name Mike Davis that started with, 'I know you are raising capital for your business'... They used this firm & positive approach to get you listen what he wanted to say. Most small business owner would like to raise some capital, but have difficult time with local bank. Houlihan Smith knows most banks would not offer credit line or loan over $100K unless you have significant collateral to

312-499-5900

back it. Anyway, to cut the story short, they want to send a senior regional director to your office the next day to talk about equally financing and other unconventional method to get you funded. When I asked about the fee over the phone, Mike Davis said, 'we are performance based, and bill you, the transaction fee after capital raised'. Sounds so wonderful! but it turned out FALSE! When Houlihan Smith regional director shown up at my office, he tried various ways to put our business down and pointed out if they are very 'selective' in choosing customer to work with. Everything comes down to a piece of contract that asked for $1850 to conduct a comprehensive analysis of the business to see if we are quality to become their clients. On top of $1850 there is a travel fee and hotel re-imbursement for the Houlihan Smith business analysis team to come to our office to analyze our business. It's just full of crap! Absolute scam and only sucker would fall for it. Even though it's very hard to get a good loan from the bank, but at least they will never charge $1850 up front for analysis fee!

Crystal display
Delama City, Delaware
U.S.A.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

↪ Reply

---

TJ in AZ - 15 Aug 2008                                                    Rating: +1 ⭐⭐⭐⭐⭐

They call a few times a week and have been doing so for about a year. Today I felt adventurous and answered the phone. The guy was short with me and rude. All he wanted was to talk to the owner. Is there a way to get them to stop calling?

*Caller ID: 3124995900/HOULIHAN SMITH*
*Caller: HOULIHAN SMITH*

↪ Reply

---

KeeKee - 21 Aug 2008                                                     Rating: +2 ⭐⭐⭐⭐⭐

You can call Houlihan at 1-800-654-4977 and request your phone number(s) be removed from any and all lists. I did. I guess I'll find out soon if it really works.

*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

↪ Reply

---

JustMe - 25 Aug 2008                                                     Rating: +6 ⭐⭐⭐⭐⭐

Don't you love it when soliciters call and act as if they are long lost buddies of your employer, asking for him/her by their first name? Don't they know we're on to them by now, especially the ones who use a condescending tone? I love acting like I recognize the telemarketer's name and ask about their fishing trip with my boss, "how's your wife?", etc., as if my boss really has a good friend by that name. Throws them everytime. By the way, don't fall for International Profit Associates (IPA) either. They're in the same investment Banker "scam" boat with Houlihan Smith.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

↪ Reply

---

aprilshowers - 28 Aug 2008                                               Rating: +1 ⭐⭐⭐⭐⭐

Just got a call from the same number. I could tell right off that he was a sales person. He acted like he knew my boss and was very rude when I told him that he was out of the office. I played dumb at that point & said I didn't know when he'd be back in the office. I guess that pissed this idiot off because he just got even shorter with me & told me to have my boss call him. I didn't even write the guys name down. Why bother? I came online to do an internet search on the area code & "company name" and ran across this website. That company is ridiculous having these morons call like that.

*Caller ID: 281-312-499-5900*
*Caller: Houlihan*

↪ Reply

---

tara - 3 Sep 2008                                                        Rating: +1 ⭐⭐⭐⭐⭐

Guy calling for owner by name says his name is Jason hung up when I told me not to call again

*Caller ID: 312-499-5900*

↪ Reply

---

Receptionist - 24 Sep 2008                                              Rating: +1 ⭐⭐⭐⭐⭐

Same as all previous entries. Male caller asks for the President of our company by first name. He happens to have a common first name, and when I ask which one he is looking for, there is always a pause before he comes up with the more difficult to pronounce last name. Half the time he mispronounces it. He speaks very quickly and abruptly, claims that he is expecting the call, refuses to leave a voicemail, and often says he will try him on his cell. He calls several times a week, and by now my dealings with this person have become routine. The owner is simply never available.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

↪ Reply

---

Sybil - 24 Sep 2008                                                     Rating: +1 ⭐⭐⭐⭐⭐

Recieved call from Mike Andretti at Houlihan Smith. Would not go into detail only told me "...confidential

3124995900 / 312-499-5900

*Caller Type: Telemarketer*                                    Reply

---

timbo - 29 Dec 2008                                    Rating: +1

FYI. They've got some new scam up where they offer a free laptop computer on craigslist, and then have you call them. I think they're harvesting phone numbers to sell...that's the only scam I could think of that would work with "I gave the laptop away already *click*"

Either that or it was some woman who thought it would be cool to give out the 1-312-499-5900 number. But then, why would she give out the main number to the company...and then why would someone at that main number act like they knew what the message was about?  Oh well, no accounting for that "investment banking" firm...

                                                      Reply

---

Marysol - 8 Jan 2009                                   Rating: +1

Steve Richards asked for the president of our company and was very pushy in trying to reach him. I told him that he was with a client and he said he would hold while I told our president that he was on the line. I told him I would take a message, then he began to ask if he was off site meeting with someone, conference call and that's when I told him I would relay the message to my boss, I hung up the phone while he responding to my comment

*Caller: Steve Richards*

                                                      Reply

1 2 3 4 5 6 7 8 9

**Report a phone call from 1-312-499-5900:**

Your Name or Nickname

         Your name or alias as you would like it to appear in the title of your post.

Call Details




Caller ID (if you know)

         Text on your Caller ID.

Caller Company (if you know)

         The name of the company that called you

Caller Type (if you know)

         Unknown

Validation Code

[    ]    Type the characters you see in the picture.

         [ Submit Report ]

*Thank you for your contribution! Oh, and please watch your language and post only truthful information.*

Other phone numbers in 1-312 area code

62

(312) 499-5900 / 3124995900                                    Page 1 of 3

**800Notes** (Directory of Unknown Callers)

## 312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

**Comments about 3124995900 number:**

Just interviewed - 16 Jan 2009                                    Rating: +2 👍👎

Just interviewed at their offices today with Kim LoDolce. Wow what a waste of time. I have experience raising money for a start up company and had the privalege of working with private equity, venture capital, and investment banking professionals. Houlihan Smith is just not right. They dont care about building relationships in a business that is all about people. Funny thing is they will continue to do business because that will always be niave desperate business owners out there.

*Caller ID: 1-312-499-5900*
*Caller: Houlihan Smith & Company*
*Caller Type: Telemarketer*

                                                                    Reply

Really? - 16 Jan 2009

Wow I thought they were a legitimate banking institution. I have an interview scheduled with Kim and I really don't want to waste my time. If you could please tell me what you didnt like about the company, that would be greatly appreciated.

                                                                    Reply

Some help - 17 Feb 2009

I have an interview scheduled with them next week. I figured that initially this would be a sales job, but could possibly progress to something more IB oriented??? Did you get the sense that this is even possible? Also, did they mention anything about salary?

                                                                    Reply

Good luck "just interviewed" - 30 Oct 2009                          Rating: 0 👍👎

If "just interviewed" had a better handle on the English language he might have an easier time finding a job. I'm sure knowing how to write and spell basic words correctly is a requirement for the position.

                                                                    Reply

Jay - 16 Jan 2009                                                  Rating: 0 👍👎

Exact same thing. Guy called himself Jim Coulter. Knew my first name but mispronounced the company name (that was a first). Pretended as if I knew him. Just said hey Jay its Jim Coulter and then there was silence. I said "I am sorry do I know you". Said, I was looking to raise capital, I had called him and he was returning my call. I am a Vice President at my firm. Thinking that he was mistaking me for our CFO I asked for his contact information for a callback from our CFO. Instead he asked me for CFO's name and number at this point I knew something was fishy, I advised him that I could not provide him that information. HE SAID "That's ridiculous, I don't think we will be providing you the funding" and hung up. What's amazing is that despite many many complaints above these guys are still in business. What's happening to corporate America ?

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

                                                                    Reply

TG - 27 Mar 2009                                                   Rating: 0 👍👎

I called the number back and asked to be taken off the list of calls- does anyone know if this is successful?

                                                                    Reply

annoyed - 16 Jan 2009                                             Rating: 0 👍👎

Micheal Polumbo 312-499-5900 called asking for owner of our company. Very rude when I told him owner was not available-stated he understood I had to screen calls. Told him again owner was not available and kept wanting to hold the line. Finally hung up on him as his sneaky ways didn't get past me.

*Caller ID: 312-499-5900*
*Caller Type: Telemarketer*

                                                                    Reply

PMSeattle - 16 Jan 2009                                           Rating: 0 👍👎

You'll never get off the lists, I'm sorry to say, I've been trying for over 10 years. If it's not these guys, it's their other buddies. Over the years I've gotten so I recognize the voices. I started telling them that the owner didn't work there anymore, a few weeks later I got a call from a guy pretending to be a contractor at my boss's house and he needed his cell phone number. He was really rude and insistent that I provide the information. Well, I knew he was lying, my boss was on vacation, I knew he wasn't redoing his kitchen - but by the time he got through with his interrogation, they knew my boss was still there and the calls started again.

I thought I had finally hit the jackpot when my boss actually sold the company and retired. Now they demand to know who's in charge (I won't tell them) and last fall, one guy proceeded to curse me and call me bad, offensive names (rhymes with hunt), when I hung up on him, he called back and started all over again. I really wish there was something someone could do! I called the phone company and they

**Site Menu**
• Homepage
• News
• Articles
• Videos
• Contact Us

**Search Phone Number**

[                    ] [ Search ]
For example: 777-777-7777

**Latest News**
• Vision Media Sues 800notes
• This Week Roundup: New in Phone Scams (Jan. 24)
• FDA Warn Consumers About Phone Scam to Collect Fake Fines
• Toronto Telemarketing Firm Fined $15M For Business Directory Scam
• This Week Roundup: New in Phone Scams (Dec. 11)

**Latest Articles**
• 16 Ways You Can Be Phone Scammed
• 9 Things To Do When Your Identity Stolen
• Harassing calls from a debt collector? Here is what you need to know
• Harassing Phone Calls: What To Do
• The Truth about Cell Phones and the Do Not Call Registry

**Latest Videos**
• Gaari's PSA on telemarketers
• Fun with Telemarketers
• Tom Mabe - Cemetary Telemarketer Prank
• Tom Mabe Pranks Telemarketer With Fake Death Scene
• Silly Telemarketer

**Link Buttons**
Place one of these buttons on your blog and spread the word! The more people participate the stronger our voice is.

[Directory of Unknown Callers]
[Phone Fraud? Report it! Stop it!]

63

(312) 499-5900 / 3124995900                                          Page 2 of 3

Copyright 800notes.com 2008 | Privacy Policy | Terms of Service | Legal Stuff

told me there was nothing they could do unless I hit *69 to mark the call or something, but that just tells me 'unable to complete request'

Houlihan Smith called this morning, a similar rude encounter - who immediately called back after I had told them to never call again and hung up on them. Which led me to this website. Thanks for giving me space to vent!
*Caller: Holigan or IPA*
*Caller Type: Telemarketer*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　⏎ Reply  !

---

**PMS - 16 Jan 2009**                                                     Rating: 0

called and asked for former owner, I told him he had retired, was there someone else that could help him? He wanted to know who was in charge, I asked what it was regarding. "Personal and Confidential business" When I asked how he could have personal and confidential business with someone he didn't know, he got annoyed and started in with his spiel about how this wasn't a sales call... Which is when I told him "never to call here again" and hung up. He called back immediately and demanded to know why I had hung up on him. By this time I had pulled up HOULIHAN SMITH on my web browser and told him we weren't interested in an investment bank. He again demanded to know who was in charge, I told him "ME" and hung up.

*Caller: HOULIHAN SMITH*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　⏎ Reply  !

---

**ubl - 21 Jan 2009**                                                     Rating: -2

Someone named Damian called and wanted to speak with my boss. I told him he was on the phone and asked what the call was in regards to. He was rude and abrupt and just said it was a "confidential matter." I asked for the name of the firm and he said Houlihan Smith and gave 312-499-5800 as the phone number. Definitely a scam.

*Caller: Houlihan Smith*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　⏎ Reply  !

---

**trg - 16 Feb 2009**                                                     Rating: 0

Houlihan Smith is using telemarketing techniques and strong arm tactics to get information about company's presidents and such. Do not give any personal or business info to these people

*Caller: houlihan smith*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　⏎ Reply  !

---

**Heather - 11 Mar 2009**                                                 Rating: 0

I received a call from a Michael Stevens of Houlihan & Smith what a rude person...
When someone says can I take a message, Why must you argue with them?
That is not the way to go about getting business.
Have you not learned that being polite will get you a lot farther than being rude?
Now after reading some comments about this #. All I can say is "LET THE GAMES BEGIN" your phone call will never get farther than me.
WE DON'T WANT YOUR BUSINESS.....

*Caller ID: 312-499-5900*
*Caller: Houlihan & Smith*
*Caller Type: Telemarketer*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　⏎ Reply  !

---

**skeptie - 26 Mar 2009**                                                 Rating: 0

Got a call today from Kevin Miller at Houlihan Smith. He asked for the boss, and I said he was away until tomorrow. I did ask what this was about and was told it was "a private business matter". We get all kind of calls soliciting one thing or another, so I am always suspicious. I sensed this guy was bogus, and thanks to Google, now know he is. This actually was the third time this guy has called. Next time I think I know what I'll tell him......

*Caller ID: 312 499 5900*
*Caller: Houlihan Smith*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　⏎ Reply  !

---

**TG - 27 Mar 2009**                                                      Rating: 0

This guy was real jerk- asked for the owner of the business by first name and claimed he needed to discuss a confidental business matter.

I pretended to take down his info and then hung-up. I hope he read this.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　⏎ Reply  !

---

**yousneaki - 17 Apr 2009**                                               Rating: 0

you outfoxed him you little sneak!

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　⏎ Reply  !

http://800notes.com/Phone.aspx/1-312-499-5900/7                              2/23/2010

(312) 499-5900 / 3124995900                                    Page 3 of 3

---

**another one - 10 Apr 2009**                              Rating: +1 (1 vote)

I got a call from them too, and I'm not far from their office. I know all about this company, bad news.

*Caller ID: Houlihan Smith*
*Caller: Houlihan & Smith, Chicago, IL*
*Caller Type: Telemarketer*

                                                          ⏎ Reply

---

**TiredOfHoulihanSmith - 29 Apr 2009**                     Rating: 0 (0 votes)

A jerk named Kevin Miller called five times today pretending to be long time friends with our CEO. When call was routed to CEO assistant, he was told CEO was in a meeting, Kevin Miller said this is an urgent personal matter and go in an interrupt the meeting and pull him out. Assistant didn't do that. Miller was very rude and aggressive. Turns out their whole company is a scam! Never do business with Houlihan Smith. Never.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

                                                          ⏎ Reply

---

**fed up - 30 Apr 2009**                                   Rating: 0 (0 votes)

oh my word!
could this guy have been any nastier!?
m-A-nopause maybe?
it's so wonderful the word has gotten out about sites like this to research callers.
thanks for the help!!!!!!

*Caller ID: 1-312-499-5900*

                                                          ⏎ Reply

---

1 2 3 4 5 6 7 8 9

**Report a phone call from 1-312-499-5900:**

Your Name or Nickname

                    Your name or alias as you would like it to appear in the title of your post

**Call Details**




Caller ID (if you know)          Text on your Caller ID.

Caller Company (if you know)     The name of the company that called you.

Caller Type (if you know)        Unknown

Validation Code
[                    ]            Type the characters you see in the picture.

                 [ Submit Report ]

*Thank you for your contribution Oh, and please watch your language and post only truthful information.*

---

Other phone numbers in 1-312 area code

## 800Notes *Directory of Unknown Callers*

### 312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

**Comments about 3124995900 number:**

*Denny - 8 May 2009*                                                                                Rating: -1

Hi all,

I was an employee of this place for about 6 days back in the summer of '07. I found the job on monster.com that described it as an investment bank. I interviewed with Jason Robbins, who called me back a couple days later and told me I got the job. I trained with Dean Knudsen(sp?), Jason Robbins, and Chris Gogolewski (sp?). At first I thought it was interesting because I was way up on like the 16th floor of a nice downtown Chicago office. Once I got down to the business room, I definitely lost all interest. I was given a folder with about 300 names of businesses and their CEO's and told to call them up and use my "script". I got 2 leads the first day real early so I was excited and thought, hey maybe this isn't so bad. But after a slow afternoon and Dean constantly harping on us to call more numbers I got really frustrated. I used to be an admin for a small company where I would get my a** kicked (not literally of course) if I ever let anyone the CEO didn't personally know through to her. The way the company makes you seem like the CEO's best friend and all assertive just wasn't for me. My 3rd day of being on the phones, I didn't come back from lunch, I just took the Metra home. I can't vouch for their business side of doing things, like whether or not they actually help companies out or not, I just know it really sucked working there and I had to use a "normal" last name because mine was too hard to pronounce. I do remember Jason Robbins, Michael Androtti and Hitesh Patel as being nice at least to new coworkers. Hitesh was my group's leader. I worked next to some goober who called himself "Charles Rogers" Oh, one more weird thing, they never had enough chairs, so a lot of people had to stand while they called people all day. That kind of sucked. Every time I got an admin who knew what I was doing, I gave up, I didn't care. Someone was like "is this a telemarketer" and I'm like yeah I guess. And this one cool guy from down south was like "how much do you hate your job" and I said "you have no idea." Anyway, thanks for letting me rant. At least I have a job now that I actually like!

*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

Reply

*Amy - 11 May 2009*                                                                                Rating: 0

Wow, thank you for being so truthful. I wish more people would do the same. It's nice to see a little honesty in the business world from time to time.

Reply

*capitalism - 24 Sep 2009*                                                                          Rating: 0

do you want some crylenol?

Reply

*Amy - 11 May 2009*                                                                                Rating: 0

"Good morning, this is Amy."
"Hi, may I speak to thmumble?"
"I'm sorry. Who did you say you were trying to reach?"
"I was calling for thmthmumble."
"I'm sorry?"
"The owner."
(Pause. Sigh, not another one!) "May I tell him who's calling?"
"It's Mark." (Oh that explains everything!)
"One moment, Mark." (Punches "Mark" directly to voice mail.)
*Caller ID: 312-499-5900*

Reply

*Caitlin - 15 Jun 2009*                                                                            Rating: -1

This company called my office last week. A gentleman by the name of Rob Schy asked to speak with my boss and referred to him by his first name, indicating it was a "confidential business matter." I relayed the information to my boss, who placed a call back to Rob. The conversation was strange, and as the other commentators have indicated, Rob was rude and curt. Rob then put my boss in touch with a gentleman named Muhammed Azfar, who was again curt and rude. He asked a lot of weird questions, such as why we needed the money, what my boss was planning to do with the money gained by selling his business, etc. Moe arranged for another individual to come to our office to meet with us and sent an NDA, part of which included a $1950 fee just to review our due diligence materials.

This sent up a red flag, naturally. Also, I initiated a google search of this company and found the comments listed here and on whocallsme.com. I had our legal counsel and CFO review the contract with the fee agreement and they both agreed it raised a red flag.

They and our director of special projects called Moe asking for references and to ask that the fee and face-to-face meeting be waved in lieu of a conference call or video conference. Muhammed became very short, accused us of being unprofessional from the moment he had first spoken with my boss, and told us he was going to do us a favor and cancel the meeting altogether.

I found their demeanor strange from the beginning. I understand the need to mask their intentions from "gossipy" administrative assistants, but the questions they asked and their tone, as well as their unwillingness to review our due diligence materials prior to their coming here and meeting our team face to face, indicated to me that they were not in the business of doing anything other than ripping us off. We have been in discussions with several other investment banking groups, none of whom charge upfront

Site Menu
• Homepage
• News
• Articles
• Videos
• Contact Us

Search Phone Number

[Search]

For example, 777-777-7777

Latest News
• Vision Media Sues 800notes
• This Week Roundup: New in Phone Scams (Jan. 24)
• FDA Warn Consumers About Phone Scam to Collect Fake Fines
• Toronto Telemarketing Firm Fined $15M For Business Directory Scam
• This Week Roundup: New in Phone Scams (Dec. 11)

Latest Articles
• 16 Ways You Can be Phone Scammed
• 8 Things To Do When Your Identity Stolen
• Harassing calls from a debt collector? Here is what you need to know
• Harassing Phone Calls: What To Do
• The Truth about Cell Phones and the Do Not Call Registry

Latest Videos
• Gaeri's PSA on telemarketers
• Fun with Telemarketers
• Tom Mabe - Cemetary Telemarketer Prank
• Tom Mabe Pranks Telemarketer With Fake Death Scene
• Silly Telemarketer

Link Buttons
Place one of these buttons on your blog and spread the word! The more people participate the stronger our voice is.

[Directory of Unknown Callers]

[Phone Frauds Report It! Stop It!]

(312) 499-5900 / 3124995900                                          Page 2 of 4

Copyright 800notes.com 2006 | Privacy Policy | Terms of Service | Legal
Stuff

fees and all of whom agreed to review of due diligence prior to a meeting.

Thank you very much to the commentors on this site - you just saved my company a lot of money.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

🗨 Reply   !

---

**student - 15 Jun 2009**                                  Rating: -2 ⚝⚝⚝⚝⚝

I recently interviewed with Kim L. and Houlihan Smith thinking that it would present a good opportunity out of college. Having no work experience I was under the impression that I would put my time in at whatever job necessary in order to move into other facets of their investment bank. After interviewing and meeting Kim I was offended multiple times and up in the air about the job. I took it anyway.

For the first day of training there were three total people present to start the new role. By the first break, one person had decided to leave. By lunch, I was the only new hire that remained. Thinking that I must at the very least remain throughout the day, I stayed. They proceeded to go over their scheme and how it would work. Expressing that I should take the "thank you's" "ma'ams" and "sirs" out of my vocabulary. They told me this was because they exercise "professional arrogance." At days end I left laughing at how absurd the company and corporate culture was. I have never been back. Great first job experience.

*Caller ID: 1-312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

🗨 Reply   !

---

**good luck - 28 Jun 2009**                                  Rating: 0 ⚝⚝⚝⚝⚝

pussy

🗨 Reply   !

---

**goofygal - 8 Jul 2009**                                  Rating: +1 ⚝⚝⚝⚝⚝

After reading all these posts, I decided I am going to use another tactic...instead of putting these people to voicemail or being as rude to them as they are to me, I will politely tell them to walk while I connect them to the CEO and I will keep them on hold. Eventually they will hang up AND I will have the satisfaction of knowing these rude people have lost the opportunity to bother as many people in a day. Just think if everyone does this...

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

🗨 Reply   !

---

**receptionist - 20 Jul 2009**                                  Rating: 0 ⚝⚝⚝⚝⚝

I receive several calls a week from this company and like most people post, they are very pushy and rude. The last call was from Patriot. They always claim to know the CEO and say they will call him on his cell. Yeah right! Anyway, hang up on these guys!

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

🗨 Reply   !

---

**satinet - 19 Aug 2009**                                  Rating: -1 ⚝⚝⚝⚝⚝

OK...here we go again. Another useless company leeching off of professional companies. Let me tell you something, I have an iron Fist because I don't have the time to listen to BS. If I don't know you, then chances are the President doesn't know you.

Today I got a call from Rob Becker. He didn't state what company he was calling from but I ALWAYS take their number down so I can post it here. Rob was asking for a "BILL" at our office. The man has not worked for our company in years!!! Shows you how well Houlihan Smith researches its prospects. So I tell him he is not available. Rob asks to speak to the person in charge of Finance. I tell him no one is available so I will take his info down and forward it to their dept. He sounds frustrated but he ends up giving his phone number.

Word of advice....don't ask for an employee that hasn't worked for the company in 5+ years!!! What a bunch of idiots!

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Commercial*

🗨 Reply   !

---

**lacotin - 14 Sep 2009**                                  Rating: -2 ⚝⚝⚝⚝⚝

They call here fairly often, and when they do, I'm very polite and ask who's calling and what company they're with. I then say "hold on a moment" and put them on hold. Typically they hold for about 30 seconds or so before giving up.

Why not just hang up on them? They're wasting my time, so I like to waste some of their time in return.

The only Houlihan I want to talk to is Margaret Houlihan, AKA Hotlips!

(312) 499-5900 / 3124995900                                  Page 3 of 4

Caller ID: (312) 499-5900
Caller: Houlihan Smith
Caller Type: Telemarketer

⏎ Reply

---

**Emh - 18 Sep 2009**                                   Rating: 0

Called asked for me, I am the owner of the company. I told him I was not it. Gave me the message and made it appear like I know him. I do not.

Caller ID: 1-312-499-5900
Caller: Houlihan Smith

⏎ Reply

---

**boss' wife - 18 Sep 2009**                            Rating: 0

Receive MANY calls from these yahoos. When asked what it is regarding they say "he knows", I then tell them I cannot put any calls through without detailed information. They say it is "personal business", I then tell them I am his personal secretary and am privy to all personal information. They still refuse to give any information and say they will contact him later, I always wish them good luck knowing they will NEVER get-past-me. They-have-no-idea-that-I-am-also-the-owners-wife-and-a-co-owner-of-this-company. I love to leave them on hold and continually get back on the line asking them to hold longer that he will be right with them. Play your cards right and you can irritate them more than they irritate you.

Caller ID: 312-499-5900
Caller: Houlihan Smith

⏎ Reply

---

**TJ in Phoenix - 18 Sep 2009**                         Rating: +1

I received a call from company today asking to speak to the owner (and yes, he did mention the owner's name).

I asked for his name, he said Mark Brown.
I asked for the name of his company, he said Houlihan Smith.

I put him on hold. I figured this call wasn't legit. Plus they've been calling our place of business for the past few years. I told him the owner left for the day and asked him if he wanted to leave a message. He said no and will call back at a later time.

He was very short and curt with me.

Caller: Houlihan Smith
Caller Type: Telemarketer

⏎ Reply

---

**so - 7 Oct 2009**                                     Rating: 0

I shouldn't take the "offered right away" entry level position with them huh? Oh by the way, I went to training today and the guy that was training us (his name is Omar, but he calls himself Kevin Miller) didn't know how to spell entrepreneur...he wrote it on the board like entraparuner (claiming that there should be an "a" somewhere) I wanted to laugh at him so bad but held myself back just in case I decided on taking the job. The receptionist is so rude as well; Kim is nice if you know how to talk to her but she is used to talking to douchbags who usually are the people that work there and that's why she comes off as rude.

Caller: Houlihan Smith

⏎ Reply

---

**John Thomas - 13 Oct 2009**                           Rating: 0

Got a job offer from a Miss Kim LaDolce, probably one of the rudest most unresponsive human being in North America. My resume is astounding, my past work record is amazing and I'm financially secure for the rest of my life. I was eager to get back to work and this looked like a decent inside sales position. Kim LaDolce called and said she had lost my resume and that I would need to call her back!!! I laughed at her and hung up, she preceded to call my phone 4 or 5 more times. I'm so happy I was able to check these loser scam artists out before I ever really considered it. If you hire moron people, you'll have a co. making moron phone calls.

Caller ID: 312-499-5900
Caller: Houlihan Smith
Caller Type: Telemarketer

⏎ Reply

---

**John Thomas - 13 Oct 2009**                           Rating: 0

Got a job offer from a Miss Kim LaDolce, probably one of the rudest most unresponsive human being in North America. My resume is astounding, my past work record is amazing and I'm financially secure for the rest of my life. I was eager to get back to work and this looked like a decent inside sales position. Kim LaDolce called and said she had lost my resume and that I would need to call her back!!! I laughed at her and hung up, she preceded to call my phone 4 or 5 more times. I'm so happy I was able to check these loser scam artists out before I ever really considered it. If you hire moron people, you'll have a co. making moron phone calls.

Caller ID: 312-499-5900
Caller: Houlihan Smith
Caller Type: Telemarketer

⏎ Reply

---

**Behdan - 13 Oct 2009**                                Rating: -1

As someone who worked there for a week,, trust me it is a scam. Oh FYI, you should ask Ms. Lodolce

(312) 499-5900 / 3124995900                                        Page 4 of 4

where she went to college. Can you imagine someone conducting interviews for an investment banking
firm and that person doesnt even have an associates degree? Again shows how much of a scam this
place is

                                                                    Reply   !

AH - 13 Oct 2009                                                   Rating 0

The male caller was assertive, assured me my boss knew who he was and that he was expecting his call.
My boss was not expecting any call nor did he know who he was. Then he asked if he would be in
tomorrow morning and I said I wasn't sure. He then asked if he would be checking emails and I said I'm
sure he would be... Then the person said okay good talking to you and hung up. He said the call was
regarding project funding.
Caller ID: 312.499.5900
Caller: Houlihan Smith

                                                                    Reply   !

Admin - 16 Oct 2009                                               Rating 0

Got a call from Aaron Witsky who said our Pres should recognize the name; no message necessary. I
asked him if we were on a list and he said no - I said if we WERE on a list I wanted us off. He said we
were not (isn't that illegal?!). Anyone ever see "Broiler Room" with Vince Vaughn?! That's these guys. As
an FYI - Dunn&Bradstreet sell names and numbers to these companies. You can send them a request to
get taken off, but it takes a while.
Caller ID: 3124995900
Caller: Houlihan Smith

                                                                    Reply   !

1 2 3 4 5 6 7 8 9

Report a phone call from 1-312-499-5900:

Your Name or Nickname

                        Your name or alias as you would like it to appear in the title of your post.

Call Details

Caller ID (if you know)

                        Text on your Caller ID.

Caller Company (if you know)

                        The name of this company that called you.

Caller Type (if you know)

                        Unknown

Validation Code

┌─────────────────┐
│                 │     Type the characters you see in the picture.
└─────────────────┘

                        ( Submit Report )

Thank you for your contribution Oh, and please watch your language and post only truthful information.

Other phone numbers in 1-312 area code

## 800Notes

### 312-499-5900

Did you get a call from 312-499-5900? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

**Comments about 3124995900 number:**

Ari - 22 Oct 2009                                                    Rating: 0

I received a call from an Alex Roberts and he asked for my boss. Was not rude but asked if he still received emails...I said yes but he didn't ask for his email address. I told the guy he would be out for the next 2 weeks. The guy said that was fine and hung up.

*Caller ID: 312,499,5900*
*Caller: Houlihan Smith*

                                                                    Reply

Extremely Disenchanted !!!! - 25 Oct 2009                           Rating: -2

I worked for this company and it is the worst work environment of all time. If anybody reads this and even thinks about applying there, you are scarly mistaken and will be smoke and mirrored from beginning to end. They promise you that it's the best opportunity and that you will have and will have no chance of finding another job in this tough market. Well, guess what - I found a much better job and actually PAYS!!!! Do not apply for this "inside sales position" if you are a talented sales person!!! Your efforts will be rewarded by other companies that are ethical. Kim LaDolce is the recruiter for now - do not be persuaded by her manipulative ways!!! Or by anybody else that works there if you take the job.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

                                                                    Reply

Amy - 6 Nov 2009                                                    Rating: 0

Good to hear I'm not the only one bothered by Houlihan Smith. They ARE pushy and rude. Don't they realize the receptionist has the power to get them where they want to be? Might be smart to at least be nice. Doesn't matter anyway they will not get past me either! Glad I found this. Finally had to threaten to report to Attorney Gen office...we'll see if it worked.

                                                                    Reply

Kim LaDolce is a slopehead - 18 Nov 2009                           Rating: 0

Kim LaDolce is the recruiter for these mopes. She calls me constantly trying to get me in for an interview, finally I went. During the training one of the "Sales Managers" spelled college and business (college bizness.....seriously) on the blackboard. 3 or 4 of the people in the room with me began to laugh. Bottom line, 50,000 salary and I'll replace 5 or 6 of these morons. Try asking Kim LaDolce where she went to colllege?!? WHat a joke. Turn and burn shithole with no desire to keep people.

*Caller ID: 1-312-499-5900*
*Caller: Kim LaDolce*
*Caller Type: Telemarketer*

                                                                    Reply

Timothy Rogers - 22 Dec 2009                                       Rating: 0

I almost took this opportunity years ago when I was first getting out of college through Kim. When she failed to mention that the job was entirely commissions based and got arrogant when I pressed for further information, I decided to no show her. Three years down the road these people were calling me when I placed my ad back on Careerbuilder.

Needless to say after ignoring quite a few calls everyday, I told 2 of the recruiters that I had found a job opportunity and was no longer interested. Another man called me and when I said I had already informed his staff that I was no longer interested, He told me "well why do you have your add on Careerbuilder?", to which I had replied that it was up since I had recently found a job. He got a real snide attitude and then told me I should take it down then if I don't calls. My next instinct was to tell them that if they had trained their staff better and communicated they would no longer be contacted me and I to use some obscenities. They are so unprofessional there...you would think I would be on a no re-hire for never showing up but clearly this company is seriously jacked up and needs all the dults they can get in the operation

                                                                    Reply

In Atlanta - 13 Jan 2010                                           Rating: 0

A "Ted Bundt" called to speak with the President. Pushy, rude, aggressive, liar, loser, scumbag! Obviously, these cold-callers have no clue as to how to get by us Executive Assistant Gatekeepers!

As if we would do business with anyone with this type of sales tactic.

Get a real job, Ted! LOSER.

*Caller ID: 312-499-5900*
*Caller: Houlihan's*
*Caller Type: Telemarketer*

                                                                    Reply

Site Menu
- Homepage
- News
- Articles
- Videos
- Contact Us

Search Phone Number

                    [Search]

For example, 777-777-7777

Latest News
- Vision Media Sues 800notes
- This Week Roundup: New in Phone Scams (Jan. 24)
- FDA Warn Consumers About Phone Scam to Collect Fake Fines
- Toronto Telemarketing Firm Fined $15M For Business Directory Scam
- This Week Roundup: New in Phone Scams (Dec. 11)

Latest Articles
- 16 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

Latest Videos
- Gaeri's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetery Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

Link Buttons
Place one of these buttons on your blog and spread the word! The more people participate the stronger our voice is.

(312) 499-5900 / 3124995900

Copyright 800notes.com 2008 | Privacy Policy | Terms of Service | Legal Stuff

---

**Operator8 - 21 Jan 2010**  Rating: 0

"John Hamilton" has called two times this week. The first time, he asked to speak with "Dave". (Confident "we're best pals!" tactic.) I love taking the wind out of their sails by asking "which one?" —hey, it's a really common name—and he said the Gen. Mgr.'s full name. I said he wasn't available—standard answer for unverified callers—and he started to ask about where he was and when he would be available. I said we don't give out that information. He then pulled out the "you're being mean to me and I don't understand" tactics, going on and on and on. I explained that we don't give out location info for security reasons, which "John" found unacceptable. He kept pushing for a time when he could reach our GM. At this point, given his rudeness and over-the-top tactics which completely destroyed what little credibility he might have had, I wasn't even willing to send him to voicemail file 13. Not worth wasting bytes on. He eventually gave up.

He called again today, and asked for "Dave!" When I asked "which one", he just hung up. Sometimes this is so fun!

Its amazing how they will call again and again just hoping for someone else to bamboozle. Tough luck.

By the way, the GM has a policy that if he wants to talk to someone, he'll give them his direct number. If they don't have it, I can confidently assume he doesn't want the call. So tactics like the above won't work.

*Caller ID: 3124995900*
*Caller: Houlihan Smith*
*Caller Type: Telemarketer*

Reply

---

**Corp. VP / partner - 21 Jan 2010**  Rating: 0

My family owns 4 size able companies our receptionist is out sick, so I was filling in for her, long story short is

I get a call from these Clowns and this guy was very direct and asked for the CEO (my father)  without giving any info.

(I heard telemarketing background noise) so i asked what company he's with twice as well as his name, placed him on hold i get back on and he's being very abrasive kind of irritated, he insisted the CEO knew him little did he know I know 95% of his contact group as i work with them as well.
I replied  something like he is not in the office right now either i can take a message, send you to his voicemail or if you have his cellphone number you may be able to reach him.

at this point He replies well what is his number, i chuckled (a little unprofessional but he's a moron) and said if you dont have it then "There's no how no way you get to speak to the OZ",

he made a threatening remark and asked for my name at this point im trying not to start howling in laughter as i just finished looking up his company and phone number through google.

i gave him my name laughing at him at this point and directed him to send an email to our receptionist, he said he would try back another day.

The reason i laugh is because i envisioned some little leprechaun goofy guy in a cubicle in this telemarketing floor trying to bully someone over the phone in to talking with their CEO which they would probably get in trouble for putting through if they did, not knowing who he's talking to. it made my day, and it has given me a new found respect for all secretaries, and receptionists, ya'll put up with alot of garbage.

FYI the firm apparently has people who use the internet as a marketing tool on these sites, and this crack pot hooligan smith firm needs to rethink their sales strategy, as its obvious they arent making many friends trying to cold call.

*Caller ID: 1-312-499-5900*

Reply

---

**ArkyGranny - 22 Jan 2010**  Rating: 0

This number was on our caller ID when we got home this evening.  We are an older couple with no business interest and we're not looking for money.  Why would they call us?  Just random, I guess.

*Caller ID: Houlihan Smith*
*Caller: Same, I guess*

Reply

---

**Shippy - 26 Jan 2010**  Rating: 0

1-26-10 I just received the 2nd call from Jacob at Houlihan Smith, he was everything bad mentioned above. I work directly for the President of the Company and I would not be on his good side if I allowed rude callers such as "Jacob" beyond my desk.  I don't understand why there isn't something that we can do to stop these calls?  It appears there are enough of us who have been irritated by them, why don't we call them continually, daily and be rude and see how they like it?

*Caller: Houlihan Smith*

Reply

---

**Admin Assistant - 27 Jan 2010**  Rating: 0

Received a call. Yes pushy, cocky sales people are. I did not put them through but they did not get irate or swear. I took a message (name, number, company, nothing more) which I will pass on.

*Caller: Houlihan Hernandez*
*Caller Type: Commercial*

Reply

71

2/23/2010

(312) 499-5900 / 3124995900

**Jacksonville, FL - 1 Feb 2010**                                      Rating: 0

Holihan & Smith just called and ask for the president of our company by his first name. I asked if I could take a message, he just kept repeating "Is he going to be in today". I said I could probably get ahold of him if he told me the purpose of the call. He did not. I told him we do not take solication phone calls. He said it wasn't. He hung up

*Caller ID: 312-499-5900*
*Caller: Holihan & Smith*
*Caller Type: Telemarketer*

                                                                    ⏎ Reply

**Rest Of The Story - 2 Feb 2010**                                    Rating: 0

There are 2 Houlihan Smith entities...Houlihan Smith & Co. is a legitimate, regulated mid-market investment banking firm. "Houlihan Smith Advisors LLC" is the nightmare being described and the boiler room on the 3rd floor is kept intentionally separate and away from the ivory tower real headquarters upstairs in the leased corporate headquarters in Chicago. Concerning background checks...indeed...a former senior associate who collected checks in the field for HS Advisors LLC was an ex-con who ran a commodity pool scam and bilked 25 investors out of $5 million and spent 51 months in a federal "condo".

Everything else reported from the others here is true...very true...I know I worked for them.

As the late Paul Harvey said..."now you know the rest of the story".

                                                                    ⏎ Reply

1 2 3 4 5 6 7 8 [9]

**Report a phone call from 1-312-499-5900:**

Your Name or Nickname

      Your name or alias as you would like it to appear in the title of your post

Call Details

Caller ID (if you know)

      Text on your Caller ID

Caller Company (if you know)

      The name of the company that called you.

Caller Type (if you know)        Unknown

Validation Code

      Type the characters you see in this picture

[ Submit Report ]

*Thank you for your contribution! Oh, and please watch your language and post only truthful information.*

Other phone numbers in 1-312 area code

http://800notes.com/Phone.aspx/1-312-499-5900/9                    2/23/2010

Calls from 312-499-5900 5/5                                     Page 1 of 2

**WhoCallsMe**                                          sign in | register

**Block Unwanted Calls Now**
Amazing Telebouncer T81000 Call Blocker. Deal of
the week...$49.99!
www.shopitchicago.com

**FreeConferenceCall.com**
24/7 Unlimited Free Conferencing. Calls. Easy Sign
Up Online!
FreeConferenceCall.com

**Reverse Phone # Lookup**
Find out who owns a phone number. Search a
reverse phone directory.
www.reverselookupphones.com

**FHTM Bank Warning**
Simple Short Cuts To Add 7 Reps A Day Into FHTM
Business - Free PDF
www.mlmMarketingBlueprint.com/FHTM

Ads by Google

312-499-5900
Got a call from 312-499-5900? Report it and help to identify who and why is calling from this number.

 Susan replies to barid
2 Apr 2010

Reply |

 WARNING
6 Apr 2010

This company is the biggest scam on the face of the earth and it is definitely a lawsuit waiting to
happen. In fact, I know they are being looked at. It's sad that a man, Andy Smith, who seems like such
a family guy is a scam artist. He has no clue what he is talking about as far as valuations. They hire
kids to do the reports and if you are given a quote, don't believe it. They will find a way to squeeze
more money out of you. They charge $2500/cusip and they've valued those cusip's a million times.
They cut/paste and re-ceive $20,000 for something that took a half hour. It's company asks Houlihan if
they provide a certain service and they have never done it, they will tell you they have, try to figure it
out, deliver the report late and in horrible quality. Auditors have not accepted these reports and the
company is forced to spend more money.
Charles Botchway is an ex-con for a scam involving commodities. Check out their website. That's why
he is not listed under the professionals tab. They paid Rip Off report a lot of money to remove all the
complaints. And everything I read about the "boiler room" is true. They pass around folders of
companies and don't put the phone down. They are trained to be rude to administrative assistants and
they will get the wrath of charles if not. They are verbally abusive to their employees. Both the 3rd floor
and 15th floors are scams. DO NOT TRUST THEM WITH YOUR MONEY!!! I can't wait for the day they
finally get busted. It won't be too much longer I can assure you.
Caller: Houlihan Smith

Reply |

 shomako s mushira
7 Apr 2010

1 2 3 4

**Stop Collection Calls**
Stop Collection Calls - No Consumer Costs -
Submit Your Case Now Free!
FCRALawFirm.com

**"Reverse Lookup" - Free**
Find personal info using only a phone number.
Search Free Now!
www.PhoneAgentSource.com

**Ripoff Report Inquiry**
See Report on the Investigation of M&A Firm,
Generational Equity
www.ripoffreport.com

**Provident Royalties**
Legal investigation into alleged securities fraud.
Contact us.
www.GirardGibbs.com

Ads by Google

Submit a comment about 3124995900 phone number:

Your Name *

Your name or nickname as you would like it to appear in the title of your post.


EXHIBIT
C

3124995900 - who calls me from 312-499-5900? 1/4

**Fiona**
17 Dec 2008
they called asking for the CEO and I asked to take a message and "mike" responded with "I know you have to screen his calls, but I'll wait, and stay on hold." I told him he would have to leave a message and he said "there's the message: I am on hold and want to speak with him." That's when I hung up. If he calls back I'll put him on hold and leave him there until he hangs up. At least I did what he said! A$$ hole.

*Caller: Houlihan Smith*

Reply |



**910**
24 Dec 2008

The person is usually rude when he asks to speak to the CEO, I do not know why they are so rude...and when you ask them who they are with they respond with an attitude "Well is he available or not??" or give me a false name... I just put them on hold and let them listen to our crappy music.

*Caller ID: 312-499-5900*

Reply |



**Houlihan Scam**
6 Jan 2009

My former employer was scammed out of business by these guys...unfortunately he was desperate and gullible. They called the CEO with the "we understand you need capital" routine and were flown to our office within 2 days. It sounded too good to be true from day 1, but the CEO and COO had swallowed the hook. Close to $40K later, we had a valuation document that looked great, complete with the resumes/biography of each of the key employees. The problem is that there was never any capital going to come our way. Originally they had promised we'd have access to the money in 4-6 weeks...several months later...nothing. The CEO and the COO became greedy from the first phone call and effectively pushed our main investor out of the valuation and finally out of the company.

Once the scam was complete and Houlihan had all of our cash reserves and we couldn't afford to give them anymore to produce these pretty looking folders...they disappeared. No return calls, emails that were never replied to, contacts ALWAYS in a meeting, etc., etc. No money ever came to us (because there was never any in the first place) and after being drained, the owner of the company finally realized he'd been rooked and gave a tearfull goodbye to all the employees as he announced the closing of a business he had run for 18 years.

Houlihan will tell you that they CAN'T tell you how they got your name and number, just that somebody out there has their eye on you and is interested in investing or purchasing your company. They follow that by fluffing up a series of relationships/alliances they have with banks and firms that will swoop in and dump cash on you after the valuation is complete.

I could go on and on and I'd be pleased to answer any question anyone might have.

Reply |



**Mary**
16 Jan 2009

They call at least twice a week, asking for my boss by name. The caller we get calls himself Damion. He is always rude and sounds like he is in a hurry, and is never forth coming. My boss doesn't know of them, even though Damion says the call is regarding "private matters". HA! They never get through and insist on calling and calling and calling AND being extremely RUDE. This company must be run by idiots if they this type of telemarketing, or any telemarketing works.

*Caller: HULIHAN SMITH*

Reply |



**Mike**
19 Jan 2009

*Caller ID: 3124995900*
*Caller: Houlehan Smith*

74

3124995900 - who calls me from 312-499-5900? 1/4

Copyright WhoCallsMe.com 2010 | Contact Us | Privacy
Policy | Terms of Service | Legal Stuff

I have had the same experance as all the other postings, thank god I checked these guys out. I have had my two days of meetings and BS and was quoted a price of $36,000.00 for a annaliss prior to selling my business for me.
thank god for this web site!

*Caller ID: 3214995900*
*Caller: houlihan smith*

Reply   1



### Gordon Gekko, Investment Banker
26 Jun 2008

It's an Investment Banking firm. Ask anyone of high repute in the business(Merrll Lynch, Goldman Sachs, Salomon Smith Barney, Morgan Stanley, etc), about their hours as an entry level associate, 7a-7p is considered a pleasure cruise.
Investment Banking is for bold, driven, take-charge individuals, not wusses. If you're looking to engage an IB firm to do half-assed work, look elsewhere. If you're looking for a 30-hour work week, Starbucks might be more to your liking.

Reply   1



### check out this site too
4 Jul 2008

www.800notes.com and type in 312-499-5900, you'll be amazed!

Reply   1



### here's another great site
14 Jul 2008

www.ripoffreport.com and type in Houlihan Smith

Reply   1



### Gayle
12 Aug 2008

I receive calls from that number probably once a week and the guy "insists" that he has talked to my boss (President) before and I know he hasn't. He also says, "I'll call him on his cell then." Yeah right. I just got a call from him and he pulled the same tricks but to no avail. He left his # and I just called and spoke to someone named Kim and passed the message on to her to remove our phone # from their call list! The guy that calls me all the time is "supposedly" Nick Passick" and always says it's in regards to a personal business matter. I hope they'll stop calling now, and if they don't, I'll get in touch w/our local PUC.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

Reply   1



### TJ in AZ
15 Aug 2008

They call a few times a week and have been doing so for about a year. Today I felt adventurous and I answered the phone. The guy was short with me and rude. All he wanted was to talk to the owner. Is there a way to get them to stop calling?

*Caller ID: 312499590*
*Caller: HOULIHAN SMITH*

Reply   1



### Jenn
18 Aug 2008

Got a call this morning. "Tony" asked to speak to my boss private business matter. Was quite rude when I said he was not able to take the call would you like to leave a message. Didn't want to - will call back.
Unfortunately for him - I man the phones all day. Looks like I'm gonna have some fun with "tony".

*Caller ID: 312-499-5900*
*Caller: HOULIHAN SMITH*

Reply   1

75

312-499-5900 Phone Number Details 3/4

Copyright, WhoCallsMe.com 2010 | Contact Us | Privacy
Policy | Terms of Service | Legal Stuff

I felt she was deceiving me into getting our CEO on the line.

*Caller ID: Houlihan Smith*

Reply | |

 **BC**
17 Sep 2009

Just got a call from a guy and asked for my boss' name who's the president of the company I'm working for. I told my boss the name of the caller and since the name didn't ring a bell, he said to put the call to his voice mail. When I went back to tell the guy that my boss is in a meeting, he said in a very arrogant manner "I tell you what, I'll give you my number, it's 312-499-5900 to give to (first name of my boss)". Good thing I researched this number on the internet first before doing anything further...

Reply | |

 **concerned and annnoyed**
28 Sep 2009

this is a scam, same entry as below and a complete waste of time. will write an editorial submission for newspaper and see how long it take so ride the blogs.

appreciate this website gives me a place to at least attempt to stop this type of business practice.

ps you can return call and ask for their ceo voicemail as well. it is at least satisfying

*Caller ID: 312 499 5900*
*Caller: houlihan*

Reply | |

 **Scam? Are you kidding me?**
2 Oct 2009

To all the people that claim Houlihan Smith is a "SCAM"

I had the pleasure of having a position at Houlihan Smith in the headquarters in Chicago IL. I think I saw one comment on here that said "those guys must get paid per phone call they make." That is not the case and I think any Research Associate (Prospector) that works there now wishes it was that way.

Each RA there averages a little over 350 calls a day in hopes that he/she can reach a business owner to find out what kind of state that business is in. These are not sales calls - they gather information to see if Houlihan Smith can be of assistance to help them climb there way out of an economic crisis.

Now for the business owners that they actually connect with on the phone. The RA finds out what any business may be trying to accomplish to improve the overall state of the business. It is approached with a sense of "professional arrogance" because many of these business owners think they have it all figured out and do not need assistance. They may not have another "way out" by continually speaking to traditional banks and get turned down, time and time again for funding. Especially in the economic climate we all currently face. Business owners do not know there are other ways to accomplish what it is they are looking for (raising money or to sell the business for what the company is actually worth). That is why Houlihan Smith is around. To help business owners find another way by taking an objective look at their overall operations.

I am no longer employed with Houlihan Smith for my own reasons (very little pay for the amount of work put in). It was a tough job and I applaud all those that still put in the hours they do and make as many calls as they do to reach out to the business owners or CEO's of small to mid size businesses across the country. They are there to help, not to annoy or come across as rude.

Houlihan Smith is NOT a Scam - They are licensed properly for the work they do and more receptionists, gatekeepers, etc. should give them a chance to speak with the CEO or Owners because it could be imperative to your job and lively hood if there are financial hardships going on with the company. Houlihan Smith literally saves companies in the small to mid size market. They have proven this many times over since conception in 1996. So you cannot hate until you have all the facts.

Sincerely,
Former Employee and Prospector of Houlihan Smith

*Caller ID: 3124995000*
*Caller: Houlihan Smith*

Reply | |

 **DD**
8 Oct 2009

They may not be a scam, but they certainly don't act in a professional manner. The sales reps are rude and discourteous. They continue to call, even after being told by the company's owner not to call here again.

312-499-5900 Phone Number Details 3/4

Here's what we do now:
When they ask if the owner is in, instead of answering the question, we simply ask "who's calling please?" The rep will reply with a name, probably fake, but not the company. That's your first clue. A legitimate business caller will almost always say "Bill Smith from Worldwide Widgets"

So, you then ask what company they're with. (Remember, it's your phone, and you're in charge of the call, not them. You don't have to follow their script.) They'll then reply, usually in annoyed tone "Houlihan Smith." Then you simply "Please hold" and put them on hold. That way you waste some of their time.

Works great. I've actually had them stay on hold for a minute or so, then call back. "Oh, I'm sorry, he didn't answer, let me try that extension again" and then quickly put them back on hold before they can reply. :)

It's also foolproof in that if it really is Bill Smith from Worldwide Widgets, you've answered in a polite and professional manner and you can pass the call along.

Note to telemarketers: Don't want me wasting your time like this? Simple solution, DON'T WASTE MY TIME BY CALLING ME! (Especially after being told to stop calling)

*Caller ID: 312-499-5900*

Reply   |



**Laughing at these dorks**
13 Nov 2009

I just got a call from these guys asking for my CEO. We have two gentleman by the same first name, so I asked to clarify and he tells me "The owner of your business." I told him he was in a meeting. The guy asked me when the meeting would be over and I told him I wasn't sure. He tells to pull him out- he's returning my CEO's call and expecting him. Funny. You didn't know the guy's last name? I told him he was behind closed doors and I couldn't pull him out. He finally tells me "That's fine I'll catch him on his cell later." This is when I got to mess with him and told him "You really must not know him then because you'd know he's one of those anti cell and cell phone people and doesn't carry one." and hung up on him. If they weren't rude, it wouldn't be an issue. They should remember that when you're calling the main line, you don't know who you're getting on the phone. I love this site- thanks for the opportunity to vent against these jerk offs!

*Caller: Houlihan Smith*

Reply   |



**Tired of it**
20 Nov 2009

These guys are a joke.  They call here all the time asking for our CEO, lying about appointments and meetings, refuse to tell you who they are calling with, etc.  Today they told me they were calling from "the gates of hell."  It is always entertaining when they call - as our CEO is not even in this country, doesn't speak English, and has never been to this office.

The only reason I know it is H&S is because a friend of mine almost left his good job to gain an entry level position with them - these kinda sites saved his a**. I saw this site and immediately knew who it was that was always calling being complete pricks.

Reply   |



**Nature Boy**
25 Nov 2009

They called, must have found my resume on Monster/Careerbuilder.com, about coming in for an interview. I had no idea who they were, remember they called me, and asked the lady on the other line to tell me about them. She literally said "Ugh" and seemed completely annoyed that I would want to know anything about a company that wants me to work for them. Needless to say, I declined an interview with them and yet I still get a couple calls a week from them! Sounds like a well run company to me!!! -NOTE THE SARCASM!

Reply   |



**Lamont Seckman**
4 Dec 2009

These guys are scammers and they call all the time...they keep calling even after you forcefully tell them to stop. I would urge anyone getting a call from these people to report them.

Reply   |



**AJ**
11 Dec 2009

http://whocallsme.com/Phone-Number.aspx/3124995900/3                              2/23/2010

312-499-5900 Phone Number Details 3/4

A man called and asked for the owner by his first name. I told the caller he was on another line and asked if he would like to leave a voicemail. He told me he wouldn't mind holding.

I told him that the owner doesn't take these kinds of calls directly, and it would be best for him to leave a voicemail. He sounded very angry and asked "What kind of calls? I don't know what you're talking about!" I said, "Unsolicited calls. I can hear the call center in the background." He got snotty and continued to deny it. I told him again that I could hear other calls in the background.

He asked my name, and his tone suggested that he wanted it so he could complain about me to my boss, and told me he would "just send him an email."

I just love the obvious insiders leaving comments pretending we should be thanking these cold callers for attempting to save our jobs, when all they are doing is trying to save their own.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

Reply | 



**Executive Assistant**
16 Dec 2009

The caller said he'd like to speak to (my boss's first name). I said he wasn't available, take a message? He wanted me to just let my boss know that Rob Becker was on the line. I said my boss wasn't physically in that morning, but I could get a message to him. Then he asked for one of our executives by first and last name. I let the 2nd person know about the call - he didn't recognize the name and wanted him put into voicemail. I told Rob that the 2nd person was in an employee training meeting and would have a break in a hour, would he like voicemail. He said no, he'd try back later, and we ended the call. That's when my 2nd person forwarded me this link. I'll be on guard against any future calls.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith*

Reply | 



**former employee**
7 Jan 2010

I used to work for this company. This company is bu***hit. They tell you that they got their your info as a referral also a lot of them lie about their name that's bu***hit. They can also be very rude to you and your secretary. If someone from this company calls you tell them to shove the phone up their a**. The biggest thing is that they treat the employees like s**t. They yell and scream at their employees like, the hours are long and the pay is s**t. When they hire they don't do a background check on the applicants because they hire you the next day. For all you know business owners you could be giving your company's financial info to an ex-con. I want to see what houlihan smith has to say about that.

*Caller ID: 3124995900*
*Caller: Houlihan Smith*

Reply | 



**van**
13 Jan 2010

calls and doesn't leave message.

*Caller ID: 312-499-5900*

Reply | 



**Shauna Brown**
14 Jan 2010

A gentleman continues to call and ask for our current CEO - when asked what it is regarding the caller becomes completely evasive.

I was given the following information from him during my call - Caller: Mike Pulumbo Company: Houlihan Smith

I was told to pass on the information but I would have to provide a name of the person they could expect to call back as they "heavily" screen their calls. I answered "then we're at a stalemate as I am not providing that information"! I was hung up on.

*Caller ID: 312-499-5900*
*Caller: Houlihan Smith?*

Reply | 



**OperatorB**
21 Jan 2010

http://whocallsme.com/Phone-Number.aspx/3124995900/3                    2/23/2010

whocalled.us / 312-499-5900

### 6 Comments

**B**                                                                2010-01-19 14:37:03 UTC

Call almost daily asking for the CEO. I voicemail 'em & have no clue if they ever leave a message. I think even once they said that our CEO had called them. As said below, yeahright.

**Yeahright**                                                        2010-01-11 14:28:26 UTC

Houlihan Smith- full of Shenanigans.

**Executive**                                                        2009-11-13 23:01:04 UTC

Logan:
You are full of sh**! You have been on other complaint sites regarding this scam company Houlihan/Smith. No one believes you actually even did business with them. I would wager you are actually employed by them. Why would you take time out of your day to plug their number in to a search engine and then on complaint sites to say something "nice" about them. IT'S A COMPLAINT SITE!! Wouldn't your time be better spent looking for sites where people looking to sell their business or receive finanical options would appreciate the kind words. You are foolin' no one.

**Logan**                                                            2009-04-30 05:12:02 UTC

I also got a call from Houlihan Smith... Same routine I was trying to get 5m for expansion purposes. In the end a somewhat lengthy process I got the money. I've been able to create 38 new full time jobs. Had it not been for them I may have had to cut 7-8 key employees due to the economy. Judy my assistant had gotten several calls from these guys before I told her to put them through. The guy I spoke to sounded like a wet noodle, I called the punk out, but he told me was just an intern, I asked where did he hear about me, he told me where they get refferals but that it may be a cold call, he wasnt sure. That didnt matter since I had tried and tried and tried again to get the money before I had to go to my friends and family. I told my uncle of their services who engaged them and sold his business, and might I add that all of the employees kept their jobs. There are other websites like this one giving them a bad wrap. My uncle and I would beg to differ. Thanks to Houlihan and Judy life is good... Very Good

**Sam E.**                                                           2008-08-26 20:14:55 UTC

The caller identified himself as Ryan Handley. He said he understood that I was trying to raise some capital for my business. I said no I wasn't. He then said well I guess you must be trying to sell your business. I told him no. He then said he must have gotten some wrong information and hung-up.

**Sam E.**                                                           2008-08-26 20:07:54 UTC

called a business line. gave name as Ryan Handley. Said he understood I was trying to raise capital I said I was not. Then he said well you must be trying to sell your business. I said no I was not. He then told me he must have gotten some wrong information.

EXHIBIT

tabbies

http://whocalled.us/lookup/3124995900                                2/23/2010

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| HOULIHAN SMITH & COMPANY, INC.® and HOULIHAN SMITH ADVISORS, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. |
| JULIA FORTE, individually; JULIA FORTE d/b/a 800Notes.com Advent LLC; JULIA FORTE d/b/a whocallsme.com; JAMON SILVA, individually; JAMON SILVA d/b/a whocalled.us.com; JOHN DOES 1-30; and JANE DOES 1-30, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF CHARLES BOTCHWAY

I, Charles Botchway, am over the age of 18 and I am competent to testify about the facts in this Affidavit, all on personal knowledge.

1.      Houlihan Smith & Company, Inc.® ("Houlihan Smith") is a Nevada corporation with its principal place of business located at 105 West Madison, Chicago, Illinois. Houlihan Smith also has other offices located in New York, Los Angeles, London, Oxford & Accra.

2.      I am currently the Group Managing Director and Vice Chairman for Houlihan Smith.

3.      Houlihan Smith Advisors, LLC ("Houlihan Smith Advisors" or "Houlihan Advisors") is a Nevada limited liability company with its principal place of business located at 105 West Madison, Chicago, Illinois.



EXHIBIT
E

80

4.      Houlihan Smith is the owner of the common law trademark "Houlihan Smith," which it has used in connection with its investment banking services continuously and exclusively since 1996. Houlihan Smith is also the owner of U.S. Trademark Registration Nos. 3,390,591 for Houlihan Smith & Company, Inc. (words only) and 3,387,276 for Houlihan Smith & Company Inc. (words and design) (hereinafter referred to as "the Houlihan Marks"). *See* Exhibit A. The Houlihan Marks were filed with the USPTO in 2007 and reside on the Principal Register. *See id.* The Houlihan Marks have been used in connection with Houlihan Smith's financial advisory and financing services throughout the state of Illinois and on the internet.

5.      Houlihan Smith is a national investment banking firm that provides financial advisory and financing services to public and private businesses. Since its inception in 1996, it has specialized in providing financial opinions, valuation services and corporate advisory services to public and private businesses. It has provided financial opinions for some of the largest publicly traded companies, as well as for complex private transactions. It is recognized as a leading provider of financial opinions, valuation, financing, merger and acquisitions, and other corporate advisory services.

6.      Houlihan Smith is also a registered broker-dealer and a member of the Financial Industry Regulatory Authority ("FINRA"). FINRA is the largest independent regulator for all securities firms doing business in the United States. Throughout its 14 years of providing investment banking and other financial related services to customers, Houlihan Smith has never been the subject of a complaint filed by any of its customers before FINRA or its predecessor institution, the National Association of Securities Dealers.

7.      I recently learned that various unknown individuals and/or entities have published and continue to publish false, inaccurate and extremely offensive statements about Houlihan

2

Smith, Houlihan Smith Advisors, and their principals, employees, agents and representatives on the websites located at 800Notes.com, Whocallsme.com and Whocalled.us.com (the "Websites"). A copy of the defamatory postings are attached to the Complaint as Exhibits B through D.

8.      In particular, the anonymous posting dated April 6, 2010 that was published on 800Notes.com and Whocallsme.com is false, entirely inaccurate, and malicious ("April 6 Posting"). Houlihan Smith is not now and has never been a "scam" or a "lawsuit waiting to happen" as stated in the April 6 Posting. Houlihan Smith is not under investigation by FINRA or any other entity, as claimed in the April 6 Posting. Andrew Smith, the president and founder of Houlihan Smith, is not a scam artist, but a highly experienced and successful investment banker. He has significant knowledge and expertise in the valuation of businesses and all other aspects of valuation in the financial services industry in which Houlihan Smith operates. All of the services Houlihan Smith provides and for which it receives payment are valuable and necessary to an appropriate valuation of a customer's business and/or assets or other financial services provided by Houlihan Smith. At no time has an auditor refused to accept valuations performed by Mr. Smith or any other individual associated with Houlihan Smith.

9.      The April 6 Posting also falsely and maliciously accuses me of being "an ex-con for a scam involving commodities." That statement is patently false and highly offensive. I have never been accused or convicted of any crime or scam. I have never been accused or convicted of any crime or scam involving commodities.

10.      No employee or individual associated with Houlihan Smith trains its employees to be "rude to administrative assistants." Neither I nor anyone else at Houlihan Smith is "verbally

abusive to [Houlihan's] employees" as stated in the April 6 Posting. No aspect of Houlihan

Smith is a "scam", including the 3rd floor and 15th floors of Houlihan's offices.

11.     No individual employed by or otherwise associated with Houlihan Smith

authorized anyone to publish the false information contained in the April 6 Posting.

12.     The other publications/postings in Exhibits B through D and appearing on

800Notes.com, Whocallsme.com and Whocalled.us.com are also false, misleading and

inaccurate. Among the defamatory statements located on the Websites are the following:

- You are full of sh**! You have been on other complaint sites regarding this scam company Houlihan/Smith. See http://whocalled.us/lookup/3124995900.

- "Once the scam was complete and Houlihan had all of our cash reserves and we couldn't afford to give them anymore to produce these pretty looking folders...they disappeared..." Houlihan Scam - 5 Jan 2009. See http://whocallsme.com/Phone-Number.aspx/3124995900.

- "Absolute scam and only sucker would fall for it." Crystal display, Delama City, Delaware, U.S.A. See http://800notes.com/Phone.aspx/1-312-499-5900/5.

- "looked it up and found out it was Holiahan (sic) and smith... They are like IPA out in Buffalo Grove... Ripe (sic) off artists..." Cocoa MC 20 - 27 Feb 2009. See http://800notes.com/Phone.aspx/1-312-499-5900.

- "I was stupid enough to take a job with this strong armed scam company that calls itself an investment banking advisory firm. ... This company lies to its so called clients. It lies to it's (sic) employees..." Former employee. See http://800notes.com/Phone.aspx/1-312-499-5900/2.

- "Houlihan clearly is a scam..." Not quite right - 5 May 2009. See http://800notes.com/Phone.aspx/1-312-499-5900/4.

- "... they were not in the business of doing anything other than ripping us off.... * * * Thank you very much to the commentors on this site - you just saved my company a lot of money." Caitlin - 15 Jun 2009. See http://800notes.com/Phone.aspx/1-312-499-5900/8.

- "... a former senior associate who collected checks in the field for HS Advisors LLC was an ex-con who ran a commodity pool scam and bilked 25 investors out of $5 million and spent 51 months in a federal "condo". Rest Of The Story - 2 Feb 2010. See http://800notes.com/Phone.aspx/1-312-499-5900/9.

4

Copies of these false and defamatory postings are attached to the Complaint as Exhibits A (800Notes), B (whocallsme), and C (whocalled.us.com). The statements in the attachments are false. Houlihan Smith and Houlihan Smith Advisors are not now and never have been a "scam", "rip off", "fraud", or a "boiler room." Neither Houlihan Smith, Houlihan Smith Advisors, nor any of their employees or representatives has lied to, scammed, ripped off, or defrauded any of their customers or any other individual or entity. They do not operate a "boiler room". Nor has any employee, representative, agent, or individual associated with Houlihan Smith or Houlihan Smith Advisors been accused, or convicted, of a crime. Neither company has any "ex-cons" in its employment or otherwise associated with it. The statements to the contrary that are published on the Websites and attached to the Complaint as Exhibits B through D are false, inaccurate and misleading.

13.    The false and defamatory statements on the Websites have caused and continue to cause Houlihan Smith and Houlihan Smith Advisors significant harm to their reputations and to the reputations of their employees, representatives, principals, owners, and agents, including Andrew Smith and myself. The false and defamatory statements on the Websites have caused and continue to cause significant monetary damage to Houlihan Smith, Houlihan Smith Advisors, and to their employees, representatives, principals, owners, and agents, including Andrew Smith and myself.

14.    If the false publications are not removed from the Websites or all access to them forever blocked, Houlihan Smith and Houlihan Smith Advisors will continue to suffer irreparable harm to their reputations and to the reputations of their employees, representatives, principals, owners, and agents. In particular, the harm to the reputation of Mr. Smith and me that the postings have already caused is immeasurable and that harm will continue into the future

5

with untold negative consequences if the postings are not immediately removed and/or all access to them completely blocked.

15.     On information and belief, the individuals publishing these false and defamatory statements are part of a malicious conspiracy and scheme to harm Houlihan Smith, Houlihan Smith Advisors, and their employees, representatives, principals, owners, and agents without reason or justification.  At no time has anyone associated with Houlihan Smith or Houlihan Smith Advisors ever authorized the dissemination of the defamatory, inaccurate and false statements that are attached to the Complaint or posted on the Websites.

16.     These false statements are so widely publicized that Houlihan Smith, Houlihan Smith Advisors, and their employees find themselves constantly having to explain and defend the false statements in their business and in their private and personal lives.

6

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil

Procedure, the undersigned certifies that the statements set forth in this instrument are true and

correct, except as to those matters stated to be on information and belief, and as to such matters

the undersigned certifies as aforesaid that he verily believes the same to be true.

Charles Boichway

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

HOULIHAN SMITH & COMPANY,           )
INC.® and HOULIHAN SMITH           )
ADVISORS, LLC,                      )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )      Case No.
                                    )
JULIA FORTE, individually;          )
JULIA FORTE d/b/a 800Notes.com      )
Advent LLC;                         )
JULIA FORTE d/b/a whocallsme.com;   )
JAMON SILVA, individually;          )
JAMON SILVA d/b/a whocalled.us.com; )
JOHN DOES 1-30; and                 )
JANE DOES 1-30,                     )
                                    )
            Defendants.             )

## AFFIDAVIT OF ANDREW SMITH

I, Andrew Smith, am over the age of 18 and I am competent to testify about the facts in
this Affidavit, all on personal knowledge.

1.      I am the founder and president of Houlihan Smith & Company, Inc.® ("Houlihan

Smith"). Houlihan Smith is a Nevada corporation with its principal place of business located at

105 West Madison, Chicago, Illinois. Houlihan Smith also has other offices located in New

York, Los Angeles, London, Oxford & Accra.

2.      Houlihan Smith Advisors, LLC ("Houlihan Smith Advisors" or "Houlihan

Advisors") is a Nevada limited liability company with its principal place of business located at

105 West Madison, Chicago, Illinois.

3.      Houlihan Smith is the owner of the common law trademark "Houlihan Smith,"

which it has used in connection with its investment banking services continuously and

exclusively since 1996. Houlihan Smith is also the owner of U.S. Trademark Registration Nos.

DM1\2152257.4



EXHIBIT
tables F

92

3,390,591 for Houlihan Smith & Company, Inc. (words only) and 3,387,276 for Houlihan Smith
& Company Inc. (words and design) (hereinafter referred to as "the Houlihan Marks"). *See*
Exhibit A. The Houlihan Marks were filed with the USPTO in 2007 and reside on the Principal
Register. *See id.* The Houlihan Marks have been used in connection with Houlihan Smith's
financial advisory and financing services throughout the state of Illinois and on the internet.

4.      Houlihan Smith is a national investment banking firm that provides financial
advisory and financing services to public and private businesses. Since its inception in 1996, it
has specialized in providing financial opinions, valuation services and corporate advisory
services to public and private businesses. It is recognized as a leading provider of financial
opinions, valuation, financing, merger and acquisitions, and other corporate advisory services.

5.      Houlihan Smith is also a registered broker-dealer and a member of the Financial
Industry Regulatory Authority ("FINRA"). FINRA is the largest independent regulator for all
securities firms doing business in the United States. Throughout its 14 years of providing
investment banking and other financial related services to customers, Houlihan Smith has never
been the subject of a complaint filed by any of its customers before FINRA or its predecessor
institution, the National Association of Securities Dealers.

6.      I recently learned that various unknown individuals and/or entities have published
and used, and continue to publish and use, false, inaccurate and extremely offensive statements
about Houlihan Smith, Houlihan Smith Advisors, me, the vice-chairman of Houlihan Smith,
other principals, employees, agents and representatives on the websites located at 800Notes.com,
Whocallsme.com and Whocalled.us.com (the "Websites"). A copy of the defamatory postings
are attached to the Complaint as Exhibits B through D.

2

93

7.      Neither Houlihan Smith, Houlihan Smith Advisors, nor I have authorized the publication or use of the materials in Exhibit B or the information therein for any purpose.

8.      In particular, the anonymous posting dated April 6, 2010 that was published on 800Notes.com and Whocallsme.com is false, entirely inaccurate, and malicious ("April 6 Posting"). Houlihan Smith is not now and has never been a "scam" or a "lawsuit waiting to happen" as stated in the April 6 Posting. Houlihan Smith is not under investigation by FINRA or any other entity, as claimed in the April 6 Posting. I am the president and founder of Houlihan Smith. I am not a scam artist, but a highly experienced and successful investment banker. I have significant knowledge and expertise in the valuation of businesses and all other aspects of valuation in the financial services industry in which Houlihan Smith operates. All of the services Houlihan Smith provides and for which it receives payment are valuable and necessary to an appropriate valuation of a customer's business and/or assets or other financial services provided by Houlihan Smith. At no time has an auditor refused to accept valuations performed by me or any other individual associated with Houlihan Smith.

9.      The April 6 Posting also falsely and maliciously accuses me of being "an ex-con for a scam involving commodities." That statement is patently false and highly offensive. I have never been accused or convicted of any crime or scam. I have never been accused or convicted of any crime or scam involving commodities.

10.      No employee or individual associated with Houlihan Smith trains its employees to be "rude to administrative assistants." Neither I nor anyone else at Houlihan Smith is "verbally abusive to [Houlihan's] employees" as stated in the April 6 Posting. No aspect of Houlihan Smith is a "scam", including the 3rd floor and 15th floors of Houlihan's offices.

3

11.     I have not, and no other individual employed by or otherwise associated with Houlihan Smith, authorized anyone to publish the false information contained in the April 6 Posting or otherwise appearing on the Websites concerning Houlihan Smith and Houlihan Smith Advisors or their principals, employees, agents or representatives.

12.     The other unauthorized publications/postings in Exhibit B and appearing on 800Notes.com, Whocallsme.com and Whocalled.us.com are also false, misleading and inaccurate. Among the defamatory statements located on the Websites are the following:

- You are full of sh\*\*! You have been on other complaint sites regarding this scam company Houlihan/Smith. See http://whocalled.us/lookup/3124995900.

- "Once the scam was complete and Houlihan had all of our cash reserves and we couldn't afford to give them anymore to produce these pretty looking folders…they disappeared…" Houlihan Scam - 5 Jan 2009. See http://whocallsme.com/Phone-Number.aspx/3124995900.

- "Absolute scam and only sucker would fall for it." Crystal display, Delama City, Delaware, U.S.A. See http://800notes.com/Phone.aspx/1-312-499-5900/5.

- "looked it up and found out it was Holiahan (sic) and smith… They are like IPA out in Buffalo Grove… Ripe (sic) off artists…" Cocoa MC 20 - 27 Feb 2009. See http://800notes.com/Phone.aspx/1-312-499-5900.

- "I was stupid enough to take a job with this strong armed scam company that calls itself an investment banking advisory firm. … This company lies to its so called clients. It lies to it's (sic) employees…" Former employee. See http://800notes.com/Phone.aspx/1-312-499-5900/2.

- "Houlihan clearly is a scam…" Not quite right - 5 May 2009. See http://800notes.com/Phone.aspx/1-312-499-5900/4.

- "… they were not in the business of doing anything other than ripping us off…. \* \* \* Thank you very much to the commentors on this site - you just saved my company a lot of money." Caitlin - 15 Jun 2009. See http://800notes.com/Phone.aspx/1-312-499-5900/8.

- "… a former senior associate who collected checks in the field for HS Advisors LLC was an ex-con who ran a commodity pool scam and bilked 25 investors out of $5 million and spent 51 months in a federal "condo". Rest Of The Story - 2 Feb 2010. See http://800notes.com/Phone.aspx/1-312-499-5900/9.

4

Copies of these false and defamatory postings are attached to the Complaint as Exhibits B

(800Notes), C (whocallsme), and D (whocalled.us.com). The statements in the attachments are

false. Houlihan Smith and Houlihan Smith Advisors are not now and never have been a "scam",

"rip off", "fraud", or a "boiler room." Neither Houlihan Smith, Houlihan Smith Advisors, nor

any of their employees or representatives has lied to, scammed, ripped off, or defrauded any of

their customers or any other individual or entity. They do not operate a "boiler room". Nor has

any employee, representative, agent, or individual associated with Houlihan Smith or Houlihan

Smith Advisors been accused, or convicted, of a crime. Neither company has any "ex-cons" in

its employment or otherwise associated with it.

13.     The false and defamatory statements on the Websites, the unauthorized use and

resulting dilution of the Houlihan Marks, and violation of the right of publicity of Houlihan

Smith's principals, employees, agents and representatives have caused and continue to cause

Houlihan Smith and Houlihan Smith Advisors significant harm to their reputations and to the

reputations of their employees, representatives, principals, owners, and agents, including Charles

Botchway and myself. The false and defamatory statements on the Websites have caused and

continue to cause significant monetary damage to Houlihan Smith, Houlihan Smith Advisors,

and to their employees, representatives, principals, owners, and agents, including Charles

Botchway and myself.

14.     If the false publications are not removed from the Websites or all access to them

forever blocked, Houlihan Smith and Houlihan Smith Advisors will continue to suffer

irreparable harm to their reputations and to the reputations of their employees, representatives,

principals, owners, and agents. In particular, the harm to the reputations of Mr. Botchway and

me that the postings have already caused is immeasurable and that harm will continue into the

5

future with untold negative consequences if the postings are not immediately removed and/or all access to them completely blocked.

15.     The publication and use of the publications has significantly damaged Houlihan's ability to attract new customers and new employees; existing customers and employees have repeatedly questioned the accuracy of the publications, threatening Houlihan's ability to maintain these customers and employees.  I have been forced to explain the inaccurate postings in my personal and professional life.  They have and will continue, if not removed, harm Houlihan and me.

16.     On information and belief, the individuals publishing these false and defamatory statements are part of a malicious conspiracy and scheme to harm Houlihan Smith, Houlihan Smith Advisors, and their employees, representatives, principals, owners, and agents without reason or justification.

17.     These false statements are so widely publicized that Houlihan Smith, Houlihan Smith Advisors, and their employees find themselves constantly having to explain and defend the false statements in their business and in their private and personal lives.

18.     I and the other principals, employees, agents and representatives identified in the defamatory postings have authorized Houlihan Smith and Houlihan Smith Advisors to bring an action on my behalf under the Illinois Right of Publicity Act against Defendants.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil

Procedure, the undersigned certifies that the statements set forth in this instrument are true and

correct, except as to those matters stated to be on information and belief, and as to such matters

the undersigned certifies as aforesaid that he verily believes the same to be true.

Andrew Smith
PRESIDENT

Legal Stuff

## Legal Stuff

Sometimes we receives notices from companies, individuals, and their lawyers who claim that false information about them has been posted on this website. These people often threaten to sue 800notes.com for defamation and other claims unless the statements they do not like are removed.

If you are about to write us a threatening letter or even consider making a trip to your lawyer because you feel that someone posted false or inaccurate information about you or your company, please read this page.

### WHY SUING 800NOTES.COM IS A BAD IDEA

Suing 800notes.com and its owners will turn into a waste of your time and money simply because, as an interactive computer service provider, we are not liable for the content posted by the users of the service.

We realize that it might be difficult to understand since the content you do not like appears on our website. But imagine that your computer got a virus from the internet, so you decide to sue your internet provider because they have allowed the virus to get to your computer via their cable lines. Doesn't sound right, does it? Your internet provider cannot possibly check and guarantee safety of every file you download. They are service providers, and the author of the virus is the one at fault.

800notes.com is a service provider just like your internet company. We cannot possibly monitor the accuracy of the huge volume of information that our users may choose to post and are not liable for the content we do not post.

This immunity is granted by the federal law called the Communications Decency Act or "CDA", 47 U.S.C. § 230, which says that "No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider."

Because the content on 800notes.com is authored by users of the site, we cannot be legally regarded as the "publisher or speaker" of the postings contained here, and hence we are not liable for the statements that others have written even if they contain false or inaccurate information.

Here is a link that will help you understand the law:

* http://www.citmedialaw.org/legal-guide/immunity-online-publishers-under-communications-decency-ac

That's why it's nearly impossible for 800notes.com to lose a lawsuit. 800notes.com is immune from virtually every type of civil liability when it is sued based on information posted by a third party. If your lawyer claims otherwise, s/he is either incompetent or just wants to get some billable hours. Not only will you lose, it will very likely end up being very expensive for you because in addition to the fees you pay to your attorney, 800notes.com will not stipulate to a dismissal of the case unless the party who filed the suit agrees to pay all our attorney fees.

### THIS DOES NOT MEAN THAT THERE IS NOTHING YOU CAN DO

You can write a polite rebuttal to the post. Just click the 'Reply' button at the bottom of the post and explain your side of the story.

Look at it as an opportunity to better understand your clients and improve your business operations. Every business has unhappy customers but only successful one can turn unsatisfied client into a loyal customer.

If you know the statement is false, explain it in your response. If the poster cannot back up their claims, it will only prove that the claims are false and that you CARE.

Sometimes we receive letters demanding that we remove postings because they violate our Terms of Service, which prohibits posting false information. Please understand that we cannot serve as the judge or jury in such disputes, and have no way to determine if the information is true. That has to be determined in court, not by us. We will remove the content once we receive a lawful court order with proper jurisdiction.

If the above solution still does not satisfy you, and you want to pursue the poster who violated your rights, you will need to file a law suit against the author, NOT 800NOTES.COM. Consult a knowledgeable attorney who can help you better understand the procedure.

Please do not ask us to reveal poster's IP information or any other information we might have about the user. We are committed to protecting our user privacy and require that we are presented with a valid subpoena from a court or governmental entity with proper jurisdiction before any personally identifying information is released.

If a posting contains private information such as a social security number, bank account details, or threats of violence, we will try to remove it. Please use the 'Abuse' button to report abusive postings.

Copyright: 800notes.com 2009 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff

Homepage
News
Articles
Videos

PHONE NUMBER SEARCH

[ Search ]

Type a phone number, for example 777-777-7777

LATEST NEWS
* Auto Warranty Robocallers Must Sell Own Cars For Consumer Redress
* Confessions of a Collector
* New 800notes Design and Features
* Florida Man Charged in Telephone Cramming Scheme
* Vision Media Sues 800notes

banner ads will be back after this message

## Etiquette at 800Notes

a message from admins:

"Here at 800Notes we are asking you to

use no offensive language
post no threats of any kind
be nice to each other
refrain from using ALL CAPS

Thank you."

LATEST ARTICLES
* 16 Ways You Can be Phone Scammed
* 9 Things To Do When Your Identity Stolen
* Harassing calls from a debt collector? Here is what you need to know
* Harassing Phone Calls: What To Do
* The Truth about Cell Phones and the Do Not Call Registry

LATEST VIDEOS
* Gnarl's PSA on telemarketers
* Fun with Telemarketers
* Tom Mabe - Cemetery Telemarketer Prank
* Tom Mabe Pranks Telemarketer With Fake Death Scene
* Silly Telemarketer



EXHIBIT
G

Legal Stuff

banner ads will be back after
this message!

**Etiquette**
**at 800Notes**

a message from admins:
"Please help keep the board
profanity free and

report messages
sprinkled with

\* \*\*\* \*\* \* \*\* \*\*\* \*\*\*
Thank you."

## 800notes

### Legal Stuff

Sometimes we receives notices from companies, individuals, and their lawyers who claim that false information about them has been posted on this website. These people often threaten to sue 800notes.com for defamation and other claims unless the statements they do not like are removed.

If you are about to write us a threatening letter or even consider making a trip to your lawyer because you feel that someone posted false or inaccurate information about you or your company, please read this page.

**WHY SUING 800NOTES.COM IS A BAD IDEA**

Suing 800notes.com and its owners will turn into a waste of your time and money simply because, as an interactive computer service provider, we are not liable for the content posted by the users of the service.

We realize that it might be difficult to understand since the content you do not like appears on our website. But imagine that your computer got a virus from the Internet, so you decide to sue your internet provider because they have allowed the virus to get to your computer via their cable lines. Doesn't sound right, does it? Your internet provider cannot possibly check and guarantee safety of every file you download. They are service providers, and the author of the virus is the one at fault.

800notes.com is a service provider just like your internet company. We cannot possibly monitor the accuracy of the huge volume of information that our users may choose to post and are not liable for the content we do not post.

This immunity is granted by the federal law called the Communications Decency Act or "CDA", 47 U.S.C. § 230, which says that *"No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider."*

Because the content on 800notes.com is authored by users of the site, we cannot be legally regarded as the "publisher or speaker" of the postings contained here, and hence we are not liable for the statements that others have written even if they contain false or inaccurate information.

Here is a link that will help you understand the law:

- http://www.citmedialaw.org/legal-guide/immunity-online-publishers-under-communications-decency-act

That's why it's nearly impossible for 800notes.com to lose a lawsuit. 800notes.com is immune from virtually every type of civil liability when it is sued based on information posted by a third party. If your lawyer claims otherwise, s/he is either incompetent or just wants to get some billable hours. Not only will you lose, it will very likely end up being very expensive for you because in addition to the fees you pay to your attorney, 800notes.com will not stipulate to a dismissal of the case unless the party who filed the suit agrees to pay all our attorney fees.

**THIS DOES NOT MEAN THAT THERE IS NOTHING YOU CAN DO**

You can write a polite rebuttal to the post. Just click the 'Reply' button at the bottom of the post and explain your side of the story.

Look at it as an opportunity to better understand your clients and improve your business operations. Every business has unhappy customers but only successful one can turn unsatisfied client into a loyal customer.

If you know that the statement is false, explain it in your response. If the poster cannot back up their claims, it will only prove that the claims are false and that you CARE.

Sometimes we receive letters demanding that we remove postings because they violate our Terms of Service, which prohibits posting false information. Please understand that we cannot serve as the judge or jury in such disputes, and have no way to determine if the information is true. That has to be determined in court, not by us. We will remove the content once we receive a lawful court order with proper jurisdiction.

If the above solution still does not satisfy you, and you want to pursue the poster who violated your rights, you will need to file a law suit against the author, NOT 800NOTES.COM. Consult a knowledgeable attorney who can help you better understand the procedure.

Please do not ask us to reveal poster's IP information or any other information we might have about the user. We are committed to protecting our user's privacy and require that we are presented with a valid subpoena from a court or governmental entity with proper jurisdiction before any personally identifying information is released.

If a posting contains private information such as a social security number, bank account details, or threats of violence, we will try to remove it. Please use the 'Abuse' button to report abusive postings.

Copyright 800notes.com 2009 · Contact Us | Privacy Policy | Terms of Service | Legal Stuff

Homepage
News
Articles
Videos

PHONE NUMBER SEARCH

[Search]

Type a phone number for example, 777-777-7777

**LATEST NEWS**
- Auto Warranty Robocallers Must Sell Own Cars For Consumer Redress
- Confessions of a Collector
- New 800notes Design and Features
- Florida Man Charged in Telephone Cramming Scheme
- Vision Media Sues 800notes

banner ads will be seen after this message:

### Etiquette at 800Notes

a message from admin:

"Here at 800Notes we are asking you to

use no offensive language
post no threats of any kind
be nice to each other
refrain from using ALL CAPS

Thank you."

**LATEST ARTICLES**
- 10 Ways You Can be Phone Scammed
- 9 Things To Do When Your Identity Stolen
- Harassing calls from a debt collector? Here is what you need to know
- Harassing Phone Calls: What To Do
- The Truth about Cell Phones and the Do Not Call Registry

**LATEST VIDEOS**
- Gaef's PSA on telemarketers
- Fun with Telemarketers
- Tom Mabe - Cemetery Telemarketer Prank
- Tom Mabe Pranks Telemarketer With Fake Death Scene
- Silly Telemarketer

Legal Stuff

# WhoCallsMe

## Legal Stuff

Sometimes we receives notices from companies, individuals, and their lawyers who claim that false information about them has been posted on this website. These people often threaten to sue WhoCallsMe.com for defamation and other claims unless the statements they do not like are removed.

If you are about to write us a threatening letter or even consider making a trip to your lawyer because you feel that someone posted false or inaccurate information about you or your company, please read this page.

### WHY SUING WHOCALLSME.COM IS A BAD IDEA

Suing WhoCallsMe.com and its owners will turn into a waste of your time and money simply because, as an interactive computer service provider, we are not liable for the content posted by the users of the service.

We realize that it might be difficult to understand since the content you do not like appears on our website. But imagine that your computer got a virus from the Internet, so you decide to sue your internet provider because they have allowed the virus to get to your computer via their cable lines. Doesn't sound right, does it? Your internet provider cannot possibly check and guarantee safety of every file you download. They are service providers, and the author of the virus is the one at fault.

WhoCallsMe.com is a service provider just like your internet company. We cannot possibly monitor the accuracy of the huge volume of information that our users may choose to post and are not liable for the content we do not post.

**Phone Number Search**

[ Search ]

Type a phone number, for example: 777-777-7777

This immunity is granted by the federal law called the Communications Decency Act or "CDA", 47 U.S.C. § 230, which says that "No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider."

Because the content on WhoCallsMe.com is authored by users of the site, we cannot be legally regarded as the "publisher or speaker" of the postings contained here, and hence we are not liable for the statements that others have written even if they contain false or inaccurate information.

Here is a link that will help you understand the law:

- http://www.citmedialaw.org/legal-guide/immunity-online-publishers-under-communications-decency-act

That's why it's nearly impossible for WhoCallsMe.com to lose a lawsuit. WhoCallsMe.com is immune from virtually every type of civil liability when it is sued based on information posted by a third party. If your lawyer claims otherwise, s/he is either incompetent or just wants to get some billable hours. Not only will you lose, it will very likely end up being very expensive for you because in addition to the fees you pay to your attorney, WhoCallsMe.com will not stipulate to a dismissal of the case unless the party who filed the suit agrees to pay all our attorney fees.

### THIS DOES NOT MEAN THAT THERE IS NOTHING YOU CAN DO

You can write a polite rebuttal to the post. Just click the 'Reply' button at the bottom of the post and explain your side of the story.

Look at it as an opportunity to better understand your clients and improve your business operations. Every business has unhappy customers but only successful one can turn unsatisfied client into a loyal customer.

If you know the statement is false, explain it in your response. If the poster cannot back up their claims, it will only prove that the claims are false and that you CARE.

Sometimes we receive letters demanding that we remove postings because they violate our Terms of Service, which prohibits posting false information. Please understand that we cannot serve as the judge or jury in such disputes, and have no way to determine if the information is true. That has to be determined in court, not by us. We will remove the content once we receive a lawful court order with proper jurisdiction.

If the above solution still does not satisfy you, and you want to pursue the poster who violated your rights, you will need to file a law suit against the author, NOT WHOCALLSME.COM. Consult a knowledgeable attorney who can help you better understand the procedure.

Please do not ask us to reveal poster's IP information or any other information we might have about the user. We are committed to protecting our user privacy and require that we are presented with a valid subpoena from a court or governmental entity with proper jurisdiction before any personally identifying information is released.

If a posting contains private information such as a social security number, bank account details, or threats of violence, we will try to remove it. Please use the 'Abuse' button to report abusive postings.

Copyright WhoCallsMe.com 2010 | Contact Us | Privacy Policy | Terms of Service | Legal Stuff

\



EXHIBIT
H

**WhoCallsMe**                                                    sign in | register

## Terms of Service

Your use of WhoCallsMe.com is subject to these Terms of Service ("TOS"). We may modify these TOS at any time without notice to you by posting revised TOS. Your use of the website constitutes your binding acceptance of these TOS, including any modifications that we make.

The Service include a combination of content that we create and that other third party content suppliers create. You understand that the Service are provided "AS IS", and that WhoCallsMe.com does not guarantee the accuracy, integrity or quality of any content available on the website. WhoCallsMe.com disclaims all responsibility and liability for the accuracy, availability, timeliness, security or reliability of the Service. We reserve the right to modify, suspend or discontinue the Service with or without notice at any time and without any liability to you.

The Service is directed to adults and teenagers and is not directed to children under the age of 13. You must be 13 years of age or older to use the Service.

**Access to Sites:** WhoCallsMe.com grants you a limited license to access and use the website via Web browsers or RSS readers only. You agree not to copy, republish, frame, download, transmit, modify, rent, lease, loan, sell, assign, distribute, license, sublicense, reverse engineer, or create derivative works based on the Content or Design of the website.

| Phone Number Search |
In addition, you agree not to use any data mining, robots, or similar data gathering and extraction methods in connection with the website. You further agree that you will not interfere with another member's use and enjoyment of the Service; you will not interfere with or disrupt the security measures of the Service; you will not interfere with or disrupt networks connected to the Service.

**Phone Number Search**

[ Search ]

Type a phone number, for example: 777-777-7777

**Contribution of Content:** Much of the content of this website is provided by and is the responsibility of the person or people who made those postings. WhoCallsMe.com does not monitor the content and takes no responsibility for such content. However, we reserve the right to delete any Content at any time without notifying the person from which such Content originated.

You agree that you will not post Content that:

- is known by you to be false, inaccurate or misleading
- is for purposes of spamming
- claims the identity, characteristics or qualifications of another person
- is unlawful, threatening, obscene, vulgar, pornographic, profane or indecent including any communication that constitutes (or encourages conduct that would constitute) a criminal offense, gives rise to civil liability or otherwise violates any local, state or federal law
- violates the copyright, trademark or other intellectual property rights
- contains links to viruses, worms or any items of a destructive nature
- for which you were compensated or granted any consideration by any third party

Please be advised that neither WhoCallsMe.com nor any affiliated persons or entities is in a position to investigate, censor or otherwise ensure the accuracy of any comments, remarks or other information posted or generated by users of this Web site, and therefore is not responsible in any way for such Content provided by users or other third parties.

You acknowledge, by using this Web site, that are fully responsible and liable for Content submitted by you.

**Proprietary Rights:** Content displayed on or through the Service is protected by copyright as a collective work and/or compilation. Any reproduction, or redistribution of the site or the collective work is prohibited without the express written consent of WhoCallsMe.com.

By posting Content to any public area of the Service, you automatically grant, and you represent and warrant that you have the right to grant, to WhoCallsMe.com an irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy, perform, display, and distribute said Content and to prepare derivative works of, or incorporate into other works, said Content, and to grant and authorize sublicenses of the foregoing.

**Links to other Websites and Advertisement:** This website includes links to third party sites. You acknowledge and agree that WhoCallsMe.com is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any content, advertising, products, or other materials available from such sites or resources. WhoCallsMe.com takes no responsibility for third party advertisements which are posted on the website, nor does it take any responsibility for the products or services provided by its advertisers.

**User Privacy:** For a description of how WhoCallsMe.com maintains the personal information you provide, please see Privacy Policy.

**Disclaimer of Warranties:** WhoCallsMe.com disclaims any and all responsibility or liability for the accuracy, content, completeness, legality, reliability, or operability or availability of information or Content displayed on the website.

ALL CONTENT IS PROVIDED ON AN "AS IS" BASIS WITHOUT ANY WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED. YOU AGREE THAT YOUR USE OF THIS SERVICE IS ENTIRELY AT YOUR OWN RISK.

UNDER NO CIRCUMSTANCES WILL WhoCallsMe.com BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES ARISING OUT OF OR IN CONNECTION WITH USE OF THE SERVICE, EVEN IF WhoCallsMe.com HAS PREVIOUSLY BEEN ADVISED OF, OR REASONABLY COULD HAVE FORESEEN, THE POSSIBILITY OF SUCH DAMAGES.

**Indemnification:** You agree to hold harmless and indemnify WhoCallsMe.com, and its subsidiaries, affiliates, officers, agents, and employees from and against any third-party claim arising from or in any way related to your use of the Service, including any liability or expense arising from all claims, losses, damages (actual and consequential), suits, judgments, litigation costs and attorneys' fees, of every kind and nature.

**Termination:** WhoCallsMe.com reserves the right to immediately terminate your use of, or access to the Service if WhoCallsMe.com decides at its sole discretion that you have breached this Agreement or any relevant law, rule or regulation or you have engaged in conduct that we consider to be inappropriate or

Copyright WhoCallsMe.com 2010 | Contact Us | Privacy
Policy | Terms of Service | Legal Stuff unacceptable.

102

DuaneMorris*

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

RICHARD P. DARKE
DIRECT DIAL: 312-499-6743
PERSONAL FAX: +1 312 277 2355
E-MAIL: rpdarke@duanemorris.com

www.duanemorris.com

April 12, 2010

VIA E-MAIL, FACSIMILE AND US MAIL

Julia Forte
800Notes.com
Whocallsme.com
624 Holly Springs Rd St.#303
Holly Springs, North Carolina 27540

Re:   Houlihan Smith & Company, Inc.® and Houlihan Smith Advisors, LLC

Dear Ms. Forte:

This firm represents Houlihan Smith & Company, Inc.®, an Illinois-based investment banking and financial services firm and Houlihan Smith Advisors, LLC ("Houlihan Smith" or "Houlihan"). We have recently learned that various defamatory and false statements about Houlihan Smith, its principals and agents have been posted on 800notes.com and whocallsme.com (collectively, the "Websites"). It is our understanding that you own, operate and otherwise manage both the Websites. A copy of the defamatory postings are attached to this letter as Group Exhibit A. As recently as April 6, 2010, patently false and *per se* defamatory statements have been published on your Websites. See Exhibit A. The statements in these postings are completely false. Their sole purpose is to harass, defame and disparage Houlihan Smith and its reputation in the operation of its business and to harass, defame and disparage the reputation of the individuals identified in the same. Houlihan Smith has not authorized the publication or continued publication of these statements.

The statements identified in Exhibit A are defamatory *per se* under Illinois law. In Illinois, "five categories of statements are considered defamatory *per se*:

    (1) words that impute the commission of a criminal offense;

    (2) words the impute infection with a loathsome communicable disease;

    (3) words that impute an inability to perform or want of integrity in one's discharge of the duties of office or employment;

DUANE MORRIS LLP

190 SOUTH LASALLE STREET, SUITE 3700   CHICAGO, IL 60603-3433          PHONE: 312.499.6700   FAX:



EXHIBIT
I

403

DuaneMorris

To Whom it May Concern
Julia Forte
April 12, 2010
Page 2

     (4)  words that prejudice a party, or impute a lack of ability, in his or her trade, profession, or business; and

     (5)  accusations of fornication or adultery."

ILLINOIS LAW AND PRACTICE, *Libel and Slander*, Vol. 33A, § 5, pp. 90-92 (West 2005). There is no plausible way to construe the statements in the attached as anything other than defamatory *per se*, as all of them impute the commission of a crime to Houlihan and its officers, principals, agents, and employees; impute an inability to perform or the want of integrity in one's discharge of the duties of office or employment; and/or prejudice Houlihan and its representatives or impute a lack of ability to perform their trade, profession or business.

     In addition to the clear defamatory and malicious nature of the postings, it is also clear that they violate the Website's *Terms of Service*, which provide in part:

> **Contribution of Content:** Much of the content of this website is provided by and is the responsibility of the person or people who made those postings. 800notes.com [and Whocallsme.com] does not monitor the content and takes no responsibility for such content. However, we reserve the right to delete any Content at any time without notifying the person from which such Content originated.

> You agree that you will not post Content that:

> - is known by you to be false, inaccurate or misleading
> - is for purposes of spamming
> - claims the identity, characteristics or qualifications of another person
> - is unlawful, threatening, obscene, vulgar, pornographic, profane or indecent including any communication that constitutes (or encourages conduct that would constitute) a criminal offense, gives rise to civil liability or otherwise violates any local, state or federal law
> - violates the copyright, trademark or other intellectual property rights
> - contains links to viruses, worms or any items of a destructive nature for which you were compensated or granted any consideration by any third party

http://800notes.com/nb/tos.aspx (emphasis added); http://whocallsme.com/nb/tos.aspx (emphasis added). As noted above, the statements in the postings attached to this letter are false, inaccurate and misleading. They are also unlawful and threatening, giving rise to not only civil liability for defamation, and tortious interference with prospective economic advantage, *inter alia*, but also give rise to claims for violation of the Illinois Deceptive Trade Practices Act, the Illinois Consumer Fraud and Deceptive Trade Practices Act, and are a violation Houlihan Smith's rights in and to its trademark Houlihan Smith & Company, Inc.®

504

Duane Morris

To Whom it May Concern
Julia Forte
April 12, 2010
Page 3

We respectfully request that you remove and/or block access to all statements attached hereto as Exhibit A (and such other postings that contain similar information currently on the Website or posted to the Website in the future) posted on the Websites concerning Houlihan Smith and its principals, agents, representatives, and employees on or before April 15, 2010. Further, we request that the Websites block any additional defamatory statements about Houlihan from being posted on the Websites and block the individuals and/or entities that have published the defamatory and otherwise wrongful comments on the Websites from posting any additional and further statements regarding Houlihan Smith and any of its principals, officers, agents, and representatives.

The "Terms of Service" Agreement for the Websites specifically authorizes you to delete the information, providing: "[W]e reserve the right to delete any Content at any time without notifying the person from which such Content originated." http://800notes.com/nb/tos.aspx and http://whocallsme.com/nb/tos.aspx. It further authorizes you to block the users from publishing any additional false and defamatory statements:

> **Termination:** [The Website] reserves the right to immediately terminate your use of, or access to the Service if [the Website] decides at its sole discretion that you have breached this Agreement or any relevant law, rule or regulation or you have engaged in conduct that we consider to be inappropriate or unacceptable

Id. As the postings clearly defame Houlihan Smith and its principals and violate the Terms of Service for both Websites, and you have the right to delete the information and block future postings, complying with our request will cause no harm or prejudice to the Websites and require minimal effort on your part. In order to provide you with a good faith basis to comply with our request, I am attaching to this letter as Exhibit B the Affidavit of Charles Botchway, the Group Manager and Vice Chairman of Houlihan Smith & Company, Inc.®

If you are not able to comply with our request on or before April 15, 2010, we will have no choice but to seek the necessary relief in court.

Very truly yours,

Richard P. Darke

RPD:ga
Enclosure

$05

DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

RICHARD P. DARKE
DIRECT DIAL: 312-499-6743
PERSONAL FAX: +1 312 277 2355
E-MAIL: rpdarke@duanemorris.com

www.duanemorris.com

April 12, 2010

VIA E-MAIL, FACSIMILE AND US MAIL

Jamon Silva
65 Winter St.
Lexington, MA 02420

Re:    Houlihan Smith & Company, Inc.® and Houlihan Smith Advisors, LLC

Dear Mr. Silva:

This firm represents Houlihan Smith & Company, Inc.®, an Illinois-based investment banking and financial services firm and Houlihan Smith Advisors, LLC ("Houlihan Smith" or "Houlihan"). We have recently learned that various defamatory and false statements about Houlihan Smith, its principals and agents have been posted on Whocalled.us.com (the "Website"). It is our understanding that you own, operate and otherwise manage the Website. A copy of the defamatory postings are attached to this letter as Group Exhibit A. The statements in these postings are completely false. Their sole purpose is to harass, defame and disparage Houlihan Smith and its reputation in the operation of its business and to harass, defame and disparage the reputation of the individuals identified in the same. Houlihan Smith has not authorized the publication or continued publication of these statements.

The statements identified in Exhibit A are defamatory *per se* under Illinois law. In Illinois, "five categories of statements are considered defamatory *per se*:

(1)  words that impute the commission of a criminal offense;

(2)  words the impute infection with a loathsome communicable disease;

(3)  words that impute an inability to perform or want of integrity in one's discharge of the duties of office or employment;

(4)  words that prejudice a party, or impute a lack of ability, in his or her trade, profession, or business; and

(5)  accusations of fornication or adultery."

EXHIBIT

J

29 to 1 66

To Whom it May Concern
Jamon Silva
April 12, 2010
Page 2

**DuaneMorris**

ILLINOIS LAW AND PRACTICE, *Libel and Slander*, Vol. 33A, § 5, pp. 90-92 (West 2005). There is no plausible way to construe the statements in the attached as anything other than defamatory *per se*, as all of them impute the commission of a crime to Houlihan and its officers, principals, agents, and employees; impute an inability to perform or the want of integrity in one's discharge of the duties of office or employment; and/or prejudice Houlihan and its representatives or impute a lack of ability to perform their trade, profession or business.

As noted above, the statements in the postings attached to this letter are false, inaccurate and misleading. They are also unlawful and threatening, giving rise to not only civil liability for defamation, and tortious interference with prospective economic advantage, *inter alia*, but also give rise to claims for violation of the Illinois Deceptive Trade Practices Act, the Illinois Consumer Fraud and Deceptive Trade Practices Act, and are a violation Houlihan Smith's rights in and to its trademark Houlihan Smith & Company, Inc.®

We respectfully request that you remove and/or block access to all statements attached hereto as Exhibit A (and such other postings that contain similar information currently on the Website or posted to the Website in the future) posted on the Website concerning Houlihan Smith and its principals, agents, representatives, and employees on or before April 15, 2010. Further, we request that the Website block any additional defamatory statements about Houlihan from being posted on the Website and block the individuals and/or entities that have published the defamatory and otherwise wrongful comments on the Website from posting any additional and further statements regarding Houlihan Smith and any of its principals, officers, agents, and representatives.

As the postings clearly defame Houlihan Smith and its principals and they are harassing, complying with our request will cause no harm or prejudice to the Websites and require minimal effort on your part. In order to provide you with a good faith basis to comply with our request, I am attaching to this letter as Exhibit B the Affidavit of Charles Botchway, the Group Manager and Vice Chairman of Houlihan Smith & Company, Inc.®

If you are not able to comply with our request on or before April 15, 2010, we will have no choice but to seek the necessary relief in court.

Very truly yours,

Richard P. Darke

RPD:ga
Enclosure

**Darke, Richard P.**

| | |
|---|---|
| From: | Julia Forte [julialforte@gmail.com] |
| Sent: | Tuesday, April 13, 2010 12:39 PM |
| To: | Darke, Richard P. |
| Subject: | Re: Houlihan Smith & Company, Inc. and Houlihan Smith Advisors, LLC |

Dear Mr. Darke,

Thank you for your email.

Please be advised that neither 800notes.com nor any affiliated persons or entities is in a position to investigate, censor, remove, or otherwise ensure the accuracy of any comments, remarks or other information.

Any views and opinions expressed at the website belong to and are a responsibility of the individual authors or commenters and do not represent the views of the 800notes.com staff.

We are a US service provider and according to the federal law (Communications Decency Act or "CDA", 47 U.S.C. § 230) do not have to fact-check or monitor content posted by third party users.

We cannot judge whether the message contains a defamatory statement as such decisions must be made by a US court. For more information please read http://800notes.com/nb/Legal.aspx

Companies and individuals are welcome to respond if they believe that statements about them are wrong.

Please introduce yourself, explain why the posters are wrong, and provide facts, client's testimonials, other information that can help your potential clients, and a way to reach you if they have more questions.

If, however, you conclude that litigation is preferable, please recognize that you will have to sue the speakers who posted the messages.

As you may know, courts throughout the country have developed a Doe procedure requiring you to make a showing of a reasonable basis to believe that you can succeed in a defamation claim against each poster.

We need to be presented with a valid subpoena from a court or governmental entity with proper jurisdiction before any personally identifying information is released.

EXHIBIT

K

1

31 10

Once you obtain the subpoena, you will need to post a notice on the message board about it and provide a link to it, so that any of the posters can respond to the subpoena with appropriate process.

Regards,
Julia Forte
800notes.com
whocallsme.com

On Mon, Apr 12, 2010 at 5:11 PM, Darke, Richard P. <RPDarke@duanemorris.com> wrote:

Dear Ms. Forte,


My firm represents Houlihan Smith & Company, Inc. and Houlihan Smith Advisors, LLC. I am attaching a letter to this email requesting that you and your company remove certain false and defamatory postings on your websites, 800Notes.com and Whocallsme.com. If you have any attorney who generally represents you and/or your companies, please have him or her give call me with any questions. I thank you in advance for your cooperation.



Richard P. Darke

Partner
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603-3433
P: 312.499.6743
F: 312.499.6701

◆ BIO
◆ E-MAIL
◆ WEB SITE
◆ VCARD

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.