# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | Robert M. Dow, Jr. |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2412 | **DATE** | 4/23/2010 |
| **CASE TITLE** | Houlihan Smith & Co. Vs. Julia Forte | | |

**DOCKET ENTRY TEXT**

MOTION of Paul Alan Levy for Leave to Appear Pro Hac Vice [7] on behalf of Defendant Julia Forte, individually and d/b/a 800Notes.com &whocallsme.com, is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|