**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Houlihan Smith & Co. *et al.*, v. Julia Forte, *et al.* | 1:10-cv-2412 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Julia Forte, Julia Forte d/b/a 800Notescom AdventLLC, and Julia Forte d/b/a whocallsme.com, subject to their objection to the Court's personal jurisdiction over them

| | |
|---|---|
| NAME (Type or print)<br>    Paul Alan Levy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/    Paul Alan Levy | |
| FIRM    Public Citizen Litigation Group | |
| STREET ADDRESS    1600 - 20th Street, NW | |
| CITY/STATE/ZIP Washington, DC 20009 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>202-588-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES x☐    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☐x |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☐x |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |