UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOULIHAN SMITH & COMPANY, INC., *et al.* )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>JULIA FORTE, *et al.*, )<br>)<br>Defendants. ) | Case No. 1:10-cv-2412 |

**WITHDRAWAL OF MOTION WITH PREJUDICE**

Pursuant to the settlement of the fee application between the parties, a copy of which is attached, defendant Julia Forte withdraws with prejudice her motion for an award of attorney fees and expenses.

Respectfully submitted,

  /s/ L. Steven Platt
L. Steven Platt
splatt@clarkhill.com
Clark Hill
Suite 2700
150 North Michigan Avenue
Chicago, Illinois 60601
312-985-5943
312-985-5981  fax


     /s/   Paul Alan Levy
Paul Alan Levy
plevy@citizen.org
(pro hac vice)
Michael Kirkpatrick
mkirkpatrick@citizen.org

Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-1000

September 7, 2011                                              Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 7, 2011, I have filed the foregoing Withdrawal using the Court's ECF filing system, which will cause it to be served on counsel for plaintiffs. I am emailing the document to defendant Jamon Silva at email@jamon.name, per his preference to receive service by email only.

                                                           /s/ Paul Alan Levy

September 7, 2011